## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF HAWAIʻI; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN,<br><br>         *Plaintiffs*,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,<br><br>         *Defendants*. | Case No. 25-4452<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and supporting declarations, Plaintiffs will move this Court, on a date set by the Court, for an order pursuant to Federal Rule of Civil Procedure 65(a) granting their motion for a preliminary injunction against Defendants National Science Foundation and Brian Stone, sued in his official capacity as Acting Director of the National Science Foundation, and such other and further relief as the Court deems necessary and appropriate. A proposed order is attached.

Dated: New York, New York
       May 28, 2025

               Respectfully Submitted:

| | |
|---|---|
| **LETITIA JAMES**<br>Attorney General for the State of New York<br><br>By: */s/ Rabia Muqaddam*<br>Rabia Muqaddam<br>Special Counsel for Federal Initiatives<br>Colleen K. Faherty<br>Special Trial Counsel<br>Jessica Ranucci<br>Special Counsel<br>28 Liberty St.<br>New York, NY 10005<br>(212) 416-8883<br>Rabia.muqaddam@ag.ny.gov<br>Colleen.Faherty@ag.ny.gov<br>Jessica.Ranucci@ag.ny.gov<br><br>*Attorneys for the State of New York* | **ANNE E. LOPEZ**<br>Attorney General for the State of Hawaiʻi<br><br>By: */s/ Kalikoʻonālani D. Fernandes*<br>David D. Day*<br>Special Assistant to the Attorney General<br>Kalikoʻonālani D. Fernandes*<br>Solicitor General<br>Caitlyn B. Carpenter*<br>Deputy Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>david.d.day@hawaii.gov<br>kaliko.d.fernandes@hawaii.gov<br>caitlyn.b.carpenter@hawaii.gov<br><br>*Attorneys for the State of Hawaiʻi* |
| **ROB BONTA**<br>Attorney General for the State of California<br><br>By: */s/ José Pablo Galán de la Cruz*<br>José Pablo Galán de la Cruz*<br>Deputy Attorney General<br>Maureen C. Onyeagbako*<br>Supervising Deputy Attorney General<br>Cheryl L. Feiner*<br>Senior Assistant Attorney General<br>California Attorney General's Office<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>(415) 510-3439<br>Pablo.Galan@doj.ca.gov<br>Maureen.Onyeagbako@doj.ca.gov<br>Cheryl.Feiner@doj.ca.gov<br><br>*Attorneys for the State of California* | **PHILIP J. WEISER**<br>Attorney General for the State of Colorado<br><br>By: */s/ Lauren Peach*<br>Shannon Stevenson*<br>Solicitor General<br>Lauren Peach*<br>First Assistant Attorney General<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>(720) 508-6000<br>Lauren.Peach@coag.gov<br><br>*Attorneys for the State of Colorado* |

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: /s/ Ashley Meskill
Ashley Meskill*
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5270
ashley.meskill@ct.gov

*Attorney for the State of Connecticut*

**KWAME RAOUL**
Attorney General of Illinois

By: /s/ *Cara Hendrickson*
Cara Hendrickson*
Assistant Chief Deputy Attorney General
Rebekah Newman*
Assistant Attorney General
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
(312) 814-3000
Cara.Hendrickson@ilag.gov
Rebekah.Newman@ilag.gov

*Attorneys for the State of Illinois*

**KATHLEEN JENNINGS**
Attorney General for the State of Delaware

By: /s/ *Vanessa L. Kassab*
Ian R. Liston*
Director of Impact Litigation
Vanessa L. Kassab*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: /s/ Virginia A. Williamson
Virginia A. Williamson*
*Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202
410-576-6584
VWilliamson@oag.state.md.us

*Attorneys for the State of Maryland*

| | |
|---|---|
| **ANDREA JOY CAMPBELL**<br>Attorney General for the State of Massachusetts<br><br>/s/ Katherine Dirks<br>Katherine Dirks*<br>Chief State Trial Counsel<br>Jak Kundl*<br>Assistant Attorney General<br>Office of the Massachusetts Attorney General<br>1 Ashburton Place<br>Boston, MA 02108<br>(617) 963-2277<br>katherine.dirks@mass.gov<br><br>*Attorneys for the Commonwealth of Massachusetts* | **AARON D. FORD**<br>Attorney General for the State of Nevada<br><br>By: /s/ Heidi Parry Stern<br>Heidi Parry Stern*<br>Solicitor General<br>Office of the Nevada Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV 89101<br>HStern@ag.nv.gov<br><br>*Attorney for the State of Nevada* |
| **MATTHEW J. PLATKIN**<br>Attorney General for the State of New Jersey<br><br>By: */s/ Farng-Yi Foo*<br>Angela Cai<br>Executive Assistant Attorney General<br>Farng-Yi D. Foo*<br>Anaiis Gonzalez*<br>Deputy Attorneys General<br>Office of the Attorney General<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>(609) 696-5365<br>Farng-Yi.Foo@law.njoag.gov<br><br>*Attorneys for the State of New Jersey* | **RAÚL TORREZ**<br>Attorney General for the State of New Mexico<br><br>By: /s/ Astrid Carrete<br>Astrid Carrete*<br>Counsel<br>New Mexico Department of Justice<br>P.O. Drawer 1508<br>Santa Fe, NM 87504<br>(505) 490-4060<br>acarrete@nmdoj.gov<br><br>*Attorney for the State of New Mexico* |

**DAN RAYFIELD**
Attorney General of the State of Oregon

By: /s/ *Anuradha Sawkar*
Anuradha Sawkar*
Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
anu.sawkar@doj.oregon.gov

*Attorneys for the State of Oregon*

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s/ Ellen Range*
Ellen Range*
Assistant Attorney General
Office of the Washington State Attorney General
7141 Cleanwater Drive SW
P.O. Box 40111
Olympia, WA 98504-0111
(360) 709-6470
Ellen.Range@atg.wa.gov

*Attorney for the State of Washington*

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Leonard Giarrano IV*
Leonard Giarrano IV*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2062
lgiarrano@riag.ri.gov

*Attorney for the State of Rhode Island*

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: /s/ Aaron J. Bibb
Aaron J. Bibb*
*Assistant Attorney General*
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-0810
aaron.bibb@wisdoj.gov

*Attorney for the State of Wisconsin*

*\*Pro hac vice application forthcoming*