# Exhibit 4

| List of Declarations Attached as Exhibits to the Ranucci Declaration |||| 
|---|---|---|---|
| Ex. # | State | Declarant | Primary Agency |
| 6 | CA | Dr. Ganesh Raman | California State University |
| 7 | CA | Jeni Kitchell | California State University |
| 8 | CO | Kenneth Christensen | University of Colorado Denver |
| 9 | CO | Cassandra Moseley (Second) | Colorado State University |
| 10 | CO | Jieun Lee | University of Northern Colorado |
| 11 | CO | Justin Schwartz (Second) | University of Colorado Boulder |
| 12 | CO | Dr. Jeri-Anette Lyons | University of Northern Colorado |
| 13 | CO | Cassandra Moseley (First) | Colorado State University |
| 14 | CO | Justin Schwartz (First) | University of Colorado Boulder |
| 15 | CT | Julianne Fowler (Second) | Southern Connecticut State University |
| 16 | CT | Julianne Fowler (First) | Southern Connecticut State University |
| 17 | CT | Pamir Alpay | University of Connecticut |
| 18 | CT | Laura Cisneros | University of Connecticut |
| 19 | DE | Dr. Miguel Garcia-Diaz | University of Delaware |
| 20 | HI | Lui Hokoana | University of Hawai'i Maui College |
| 21 | HI | Misaki Takabayashi | Kapi'olani Community College |
| 22 | HI | Michael Bruno | University of Hawai'i Manoa |
| 23 | HI | Bonnie Irwin | University of Hawai'i Hilo |
| 24 | HI | Vassilis Syrmos | Unversity of Hawai'i |
| 25 | IL | Edmundo Garcia-Solis | Chicago State University |
| 26 | IL | Chris Botanga | Chicago State University |
| 27 | IL | Richard Mocarski (Second) | Northern Illinois University |
| 28 | IL | Richard Mocarski (First) | Northern Illinois University |
| 29 | MA | Denise Barton | University of Massachusetts |
| 30 | MD | Dr. Guy Alain Amoussou | Bowie State University (University of Maryland) |
| 31 | MD | Karl V. Steiner | University of Maryland, Baltimore County |
| 32 | NJ | John A. Pelesko, Ph.D. | New Jersey Institute for Technology |
| 33 | NJ | Susannah Porterfield | Kean University |
| 34 | NM | James P. Holloway (Second) | University of New Mexico |
| 35 | NM | Luis A. Cifuentes | New Mexico State University |
| 36 | NM | James P. Holloway (First) | University of New Mexico |

| 37 | NM | Enrico Pontelli | New Mexico State University |
|---|---|---|---|
| 38 | NV | David Gillum | University of Nevada Reno |
| 39 | NV | David Hatchett (Second) | University of Nevada Las Vegas |
| 40 | NV | Adriana Gomez | Unviersity of Nevada Reno |
| 41 | NV | David Hatchett (First) | University of Nevada Las Vegas |
| 42 | NY | Ben Friedman | State University of New York |
| 43 | NY | Rosemarie Wesson | City University of New York |
| 44 | NY | Dave Martin | State University of New York |
| 45 | OR | Anshuman Razdan | University of Oregon |
| 46 | OR | Richard Tankersley (Second) | Portland State University |
| 47 | OR | Irem Tumer (Second) | Oregon State University |
| 48 | OR | Joanna Goode | University of Oregon |
| 49 | OR | Maxwell Foxman | University of Oregon |
| 50 | OR | Richard Tankersley (First) | Portland State University |
| 51 | OR | Irem Tumer (First) | Oregon State University |
| 52 | RI | Bethany D. Jenkins | University of Rhode Island |
| 53 | WA | David Patrick | Western Washington University |
| 54 | WA | Mari Ostendorf | University of Washington |
| 55 | WA | Jason Young | University of Washington |
| 56 | WA | Rachel Solemsaas | North Seattle College |
| 57 | WA | Dr. Jonathan Anderson | Eastern Washington University |
| 58 | WA | Brianna Blaser | University of Washington |
| 59 | WA | Filberto Barajas-Lopez | University of Washington |
| 60 | WA | Amy J. Ko | University of Washington |
| 61 | WI | Joshua Smith | Universities of Wisconsin |
| 62 | WI | Kristian O'Connor (First) | University of Wisconsin-Milwaukee |
| 63 | WI | Cheryl Bauer-Armstrong | University of Wisconsin-Madison |
| 64 | WI | Nicole Louie | University of Wisconsin-Madison |
| 65 | WI | Carlynn Mueller | University of Wisconsin-Madison |
| 66 | WI | Judith A. Simcox | University of Wisconsin-Madison |
| 67 | WI | Dorota A. Grejner-Brzezinska | University of Wisconsin-Madison |
| 68 | WI | Kristian O'Connor (Second) | University of Wisconsin-Madison |