# Exhibit 25

**DECLARATION OF EDMUNDO GARCIA-SOLIS**

I, Edmundo Garcia-Solis, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am an Associate Provost at Chicago State University. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I submit this Declaration in support of the Plaintiff States' Motion for Preliminary Injunction to explain the consequence of the National Science Foundation's ("NSF") grant terminations to Chicago State University and the impact of NSF's stated plan to impose a flat 15% cap on indirect cost rates.

**Chicago State University**

3. I am the Associate Provost for Grants and Research Administration at Chicago State University ("CSU" or the "University") in Chicago, Illinois. I have held that position since August 2021 and have been a Professor of Physics at CSU since 2011. I hold a Ph.D. in Physics and have over 30 years of experience in research, education, and research administration.

4. As the Associate Provost for Research and Grant Administration, I oversee the University's funding research sources and ensure the proper management of grant resources, providing me with insight into the overall funding of the entire University. I collaborate with fiscal offices to analyze how indirect costs, such as facilities and administrative expenses, are allocated across research projects. This understanding is crucial for calculating accurate indirect cost rates, enabling the University to recover its appropriate costs while maintaining compliance

with federal and state regulations. My role ensures effective management of research funding and proper allocation of indirect costs to support the University's financial and research goals.

5. CSU is a comprehensive public institution located in Chicago, Illinois, serving a diverse student population with a strong focus on research, education, and community engagement. The University primarily operates on its main campus, which includes academic buildings, research labs, and administrative facilities. Research activities funded by the National Science Foundation ("NSF") are conducted mainly within the University's dedicated research labs, science facilities, and collaborative spaces on the main campus. The University actively supports research across various disciplines through its faculty and student research programs.

**National Science Foundation Grant Funding and Termination**

6. The funding CSU receives from NSF supports critical, cutting-edge research vital to our nation's development. This research often benefits businesses and the workforce in areas essential to the US global hegemony.

7. The award, "Chicagoland Partnership for Semiconductor and Microelectronics Experiential," responds to two national imperatives: the national security concerns arising from the reliance on computing components manufactured abroad and the need to engage underdeveloped and underutilized pools of talent in the STEM workforce. The project is a partnership between the University, non-profit community organizations, a national laboratory, and industries to prepare individuals with the skills necessary to start new careers in the semiconductor and microelectronics industry in the Midwest by reskilling workers through a series of compensated experiential learning activities.

8. The "Quantum Leap Challenge Institute for Quantum Sensing in Biophysics and Bioengineering – QUBBE" grant creates quantum measurement and imaging systems, enabling

novel information extraction from biology. This research has the potential to open new avenues of scientific exploration and technologies that enhance health, national security, and economic competitiveness.

9. The project "Studies of Cosmic Ray Muon Radiation and its Application to Archaeometry" studies imaging with muons. This consists of measuring the absorption of muons generated by the interaction of cosmic rays with the Earth's atmosphere in matter. This technique makes it possible to measure the changes in the density of large objects and their locations. Its applications range from archaeometry to the detection of lava flow in volcanoes to the location of heavy elements in cargo containers.

10. CSU receives substantial annual NSF funding. NSF funds around 30% of CSU's grant portfolio. During the fiscal year 2024, the federal grants expenditure amounted to approximately $8.5 million.

11. Prior to April 18, 2025, the NSF expenditures for fourteen grants totaled approximately $2.49 million, for around twenty programs within CSU that specifically seek to promote participation in STEM fields. As of the date of this declaration, six of those have had their funding canceled. Cancellation dates: 04/18/25, 04/25/25, and 05/02/25 (four awards).

12. CSU intends to apply to NSF for new funding awards, and renewals and continuations of existing funding awards, in the next year and in future years to come.

**National Science Foundation Indirect Costs and Impacts of Proposed Caps**

13. NSF's plan to reduce federal funding by capping indirect cost recovery at 15% would be devastating for CSU's research and educational mission, particularly in the areas of science, engineering and mathematics.

14. Indirect costs are essential to support the research at the University; they support research infrastructure, such as labs and facilities, provide the funding for the maintenance of research equipment, and support administrative functions essential for maintaining compliance with regulations, such as Institutional Review Boards ("IRB"), animal care protocols, and biosafety standards. Without this critical support, CSU faculty cannot conduct research.

15. Most research grants necessitate the availability of specialized laboratories, teaching facilities, and advanced research and teaching instrumentation. Additionally, they require robust cyberinfrastructure to facilitate effective communication and collaboration with other institutions. To ensure grant compliance, administrative and legal support are essential for every award. Furthermore, training is crucial for faculty and staff to uphold safety standards, adhere to research protocols, and maintain research integrity. The University also provides support to critical committees such as the IRB, the Animal Care and Use Committee, and the Biosafety Committee. Indirect costs are vital as they fund all these essential research support activities, enabling the institution to maintain a high standard of research excellence.

16. Recovering the costs of research, including indirect costs, is essential to maintain the operations of CSU. To perform research sponsored by federal agencies, the University incurs a variety of significant costs that it would not otherwise incur. Indirect cost rates for federally sponsored research enable CSU to recover some, but not all, costs for University infrastructure that facilitates multiple projects but is not specifically attributable solely to one of them. This includes things like maintaining sophisticated high-tech laboratories and secured cyberinfrastructure and data repositories; basic utilities like light, heat and telecommunications; hazardous waste disposal; and the administrative apparatus necessary to comply with a broad range of legal, regulatory, and reporting requirements. Such shared resources not only support pioneering

research facilities and research teams, but also the personnel and systems that are needed for them to work. As a result, a significant portion of the University's NSF funding is derived from indirect cost reimbursements.

17. Recovery of the University's indirect costs is based on predetermined rates that have been negotiated and agreed upon between CSU and the federal government through the Department of Health and Human Services based on review of the University's actual costs of conducting research. That process is established by regulation. The resulting negotiated rate for CSU is 50.5% for on-campus research and 26% for off-campus research. The University's agreement with the federal government for these rates runs through 2026, and the University would negotiate rates for indirect cost reimbursements with the Department after the current rates expire.

18. CSU faces a loss of $660,000 annually in indirect cost recovery as a result of NSF's planned cap over the next three years. This loss will have an immediate, deleterious impact on the success of the University's NSF sponsored research projects and ability to maintain staff and infrastructure critical to those projects.

19. The University has relied on NSF's longstanding acceptance of its indirect cost rates negotiated and agreed with the federal government to develop its budget and make capital infrastructure investments that make it possible for research to occur at CSU currently and in the future.

20. For example, research funding is typically awarded through competitive grants processes, meaning that the annual research budget varies from year to year and is dependent on the success of the University's researchers in these competitions. Federally supported research comes to CSU in a combination of both single- and multi-year awards. NSF awards are typically multi-year projects. Chicago State University programs receive and expend 2.5 million dollars

annually in NSF multi-year awards. CSU produces budget estimates for planning purposes in reliance on the indirect cost rates periodically negotiated with the federal government.

21. Because the University's current annual budget was set with the expectation that CSU would receive the indirect cost rates agreed to with the federal government, NSF's suddenly announced reduction will cause budgetary and operational chaos that will have an immediate negative impact on the research projects and programs.

22. NSF's plan to cap indirect cost recovery rates creates confusion and uncertainty for the University and the programs we oversee. The reduction required will leave holes in budgets that support the facilities and staff where CSU's federally sponsored research occurs and will stop the University from serving and meeting some of its critical missions, including education and research.

23. On an annual basis, the federal government is the largest single sponsor of the University's research. NSF's cap would almost certainly mean that many individuals (including faculty, staff, and students), programs, and initiatives receiving NSF funding will be forced to significantly scale back or halt research. This outcome will be potentially devastating to research projects, the training of research personnel, and to the University's research enterprise regardless of discipline.

24. The indirect cost reduction would immediately and deeply damage CSU's ability to conduct research. Many of CSU's current research projects will be forced to slow down or cease abruptly if the University cannot apply for renewals at the 15% indirect cost cap. This will also necessarily and immediately result in staffing reductions across the board.

25. The salaries of the grants accounting personnel come from indirect costs; an effective reduction of 70% in the recovery of indirect cost funds will translate into a corresponding

decrease in supporting personnel. The University would be required to lay off an estimated four individuals. This would significantly hamper our ability to continue with critical support to research projects, jeopardizing our ability to contribute to the nation's growth. Even if funding were later restored, it would not be easy to find qualified individuals to fill these positions and doing so would impose significant administrative burdens on already over-burdened University operations.

26. Another area that would be jeopardized is research safety and compliance, because it would be harder for the University to maintain support for these areas at the current level.

27. Finally, the University could not increase the research infrastructure, and the maintenance of the current infrastructure would be reduced. The same goes for equipment maintenance.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of May 2025, in Chicago, Illinois

Edmundo Garcia-Solis
Associate Provost
Chicago State University
egarcia@csu.edu