# Exhibit 52

## DECLARATION OF BETHANY D. JENKINS

I, Bethany Jenkins, PhD, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am the Vice President for Research and Economic Development and a Professor of Cell and Molecular Biology and Oceanography at the University of Rhode Island (URI) in Kingston, RI.

2.      I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

3.      I submit this Declaration in support of the Plaintiff States' Motion for Preliminary Injunction to explain the consequence of the National Science Foundation (NSF)'s grant terminations to URI and the impact of NSF's stated plan to impose a flat 15% cap on indirect cost rates.

## The University of Rhode Island

4.      I have held the Vice President for Research and Economic Development (VPRED) position since April 2023 and a faculty position at URI since May 2005.

5.      In my role as VPRED, I am URI's senior research officer and oversee URI's research ecosystem including our offices of sponsored projects, research integrity and research security.

6.      For the past 20 years as a faculty member at URI, I have had extensive experience leading projects and managing funding from the National Science Foundation, during both Democratic and prior Republican presidential administrations. I have obtained $3.5M in NSF funding for my own research program (OCE awards 0526800, 0926875, 0962208, 1558490,

1756816; OPP award 1443474) and from 2017-2024, I was a co-investigator on the URI-led

$20M NSF EPSCoR award (RII Track-1: Rhode Island Consortium for Coastal Ecology

Assessment, Innovation, and Modeling-OIA 1655221). I am senior personnel on the current

(2024-2028) $8M URI-led NSF EPSCoR RI E-CORE II award (OIA 243276).

## Projects Affected by NSF Priority Changes

7.      On April 18, 2025, NSF provided notice that it had terminated four of URI's

active grants, NSF Awards 2148704 (Collaborative Research: Enhancing MPOWIR to Build a

Diverse and Inclusive Oceanography Workforce), 2321219 (Challenging Cultural Norms through

Asset-focused Narratives: Examining Intersecting Stigmatized Identities from Graduate Student

and Faculty Perspectives in the Natural Sciences), 2327257 (Postdoctoral Fellowship:

STEMEdIPRF: Scholars in the Margins: Historically excluded postdoctoral experiences in

STEM), and 2422305 (Collaborative Research: IMPLEMENTATION: C-COAST: Changing the

Culture of our Occupations to Achieve Systemic Transformation).

8.      Additionally on April 25, 2025, NSF provided notice that it had terminated two

additional active grants at URI, NSF Awards 2415563 (Fostering Partnerships Between

Community Leaders and Informal STEM Learning Institutions: Co-Constructing Research on

Films for Racial Equity Dialogue, Intellectual Science Communication Research) and 2115971

(Intercultural Science Communication Research and Training to Broaden Participation Among

Historically Minoritized Science Practitioners).

9.      Most recently on May 2, 2025, NSF provided notice that it had terminated another

of URI's active grants, NSF Award ID 2110083 (Louis Stokes Renewal STEM Pathways and

Research Alliance: Northeast LSAMP 2021-2026).

10. The then-current funding for award 2148704 was funded by NSF by an award issued on March 20, 2022, in the amount of $579,183. That document is attached as Exhibit A.

11. The fundamental purpose of the project funded by award 2148704 (Collaborative Research: Enhancing MPOWIR to Build a Diverse and Inclusive Oceanography Workforce) is to promote increased participation and retention in the physical oceanography field by early career women and additional marginalized and underrepresented genders in the field.

12. The project advances that purpose by providing continuity of mentoring from grad school to job placement, mentorship training, fostering community through conferences, townhalls, webinars and discussions, providing professional development opportunities, and engaging a cross section of stakeholders.

13. The then-current funding for award 2321219 was funded by NSF by an award issued on September 14, 2023, and an award supplement issued on August 10, 2024, in the amount of $349,958 and $19,621, respectively. The documents are attached as Exhibits B and C.

14. The fundamental purpose of the project Challenging Cultural Norms through Asset-focused Narratives: Examining Intersecting Stigmatized Identities from Graduate Student and Faculty Perspectives in the Natural Sciences funded by award 2321219 is to create an understanding of how to broaden participation in biology, chemistry and physics by examining how graduate students with multiple stigmatized identities perceive the culture and climate of academic STEM and dismantle public discourse that reinforce racist, sexist, and anti-religious stereotypes of grad students of color.

15. The project advances that purpose by utilizing focus groups and semi-structured interviews to analyze collected narratives with a goal of training and retaining a broad STEM workforce.

16.     The then-current funding for award 2327257 was funded by NSF by an award issued on September 7, 2023, in the amount of $328,223. That document is attached as Exhibit D.

17.     The award 2327257 is funded by the Kaleta A. Dollin Foundation in partnership with NSF specifically to promote greater diversity within the STEM and STEM education workforce. The fundamental purpose of the project, Postdoctoral Fellowship: STEMEdIPRF: Scholars in the Margins: Historically excluded postdoctoral experiences in STEM, funded by award 2327257, is to fund an early career STEM postdoctoral research and enhance their educational and professional training as they conduct research with regard to how science identity maps to intersectional identities of a postdoctoral scholars from historically excluded and marginalized backgrounds.

18.     The project advances that purpose by conducting interviews with postdocs from marginalized backgrounds to examine self-efficacy, STEM identity development, sense of belonging, challenges in their fields, general interests, and science communication outcomes. The study will also examine participant intended STEM career pathways. Interview findings will inform the design of a national survey. Findings will be used to co-create a guide to change postdoctoral training spaces with evidence-based approaches and mentorship that focuses on marginalized postdocs.

19.     The then-current funding for award 2422305 was funded by NSF by an award issued on March 5, 2024, in the amount of $127,883. That document is attached as Exhibit E.

20.     The fundamental purpose of the project Collaborative Research: IMPLEMENTATION: C-COAST: Changing the Culture of our Occupations to Achieve Systemic Transformation, funded by award 2422305, is to promote increased retention and

recruitment in one or more science/technology/engineering/mathematical fields by those underrepresented in the field to grow a new generation of estuarine and coastal science professionals, an area of need by employers in Rhode Island, the Ocean State.

21.     The project advances that purpose by working with the Coastal and Estuarine Research Federation to assist the next generation of leaders in coastal and estuarine science by providing support to those underrepresented in the field and foster their development as leaders through a leadership development program that includes professional development programming, mentoring, and networking opportunities. Current leaders will be educated on how to increase leadership skills for future leaders.

22.     The then-current funding for award 2415563 was funded by NSF by an award issued on July 10, 2024, in the amount of $149,433. That document is attached as Exhibit F.

23.     The fundamental purpose of the project Fostering Partnerships Between Community Leaders and Informal STEM Learning Institutions: Co-Constructing Research on Films for Racial Equity Dialogue, Intellectual Science Communication Research, funded by award 2415563, is to develop behavior change and solution-based pathways between institutions and local communities of color.

24.     The project advances that purpose by using films that speak directly to science and environmental justice, in ways that support reflection and thoughtful dialogues. The project connects community leaders with informal learning institutions to plan programming for films that serve as a catalyst for difficult conversations on around race, anti-racism, and inclusion in STEM. This includes providing multiple pathways for broadening access to and engagement in STEM learning experiences. This Partnership Development and Planning project is funded by the Advancing Informal STEM Learning (AISL) program, which seeks to advance new

approaches to, and evidence-based understanding of, the design and development of STEM learning in informal environments.

25.      The then-current funding for award 2115971 was funded by NSF by an award/award amendment issued on July 16, 2021, in the amount of $1,696,109. That document is attached as Exhibit G.

26.      The fundamental purpose of the project Intercultural Science Communication Research and Training to Broaden Participation Among Historically Minoritized Science Practitioners, funded by award 2115971, is to advance the science of communication make science more accessible and democratize the STEM fields and broaden participation.

27.      The project advances that purpose by applying intercultural communication theory to the design, development, and testing of a new curriculum that will provide evidence-based methods to make science communication trainings inclusive. It will train 60 environmental scientists from different racial and ethnic minorities in strategic communication. The project will increase representation of racial and ethnic minority scientists as science communicators, including in environmental news coverage; provide a new peer-reviewed podcast series for public audiences that will introduce listeners to environmental research through a culturally responsive lens; provide tested methods for designing inclusive and effective science communication training curricula; and will inform faculty efforts to incorporate science communication activities as part of career advancement.

28.      The then-current funding for award 2110083 was funded by NSF by an award/award amendment issued on August 12, 2021, in the amount of $248,073. That document is attached as Exhibit H.

29.     The fundamental purpose of the project Louis Stokes Renewal STEM Pathways and Research Alliance: Northeast LSAMP 2021-2026, funded by award 2110083, is to recruit and retain historically underrepresented students pursuing bachelor degrees in STEM fields

30.     The project advances that purpose by proactively building relationships with LSAMP institutions in the Northeast including in addition to URI, the University of Connecticut (the project's lead institution), Northeastern University, Tufts University, The University of Massachusetts, Amherst, other LSAMP alliances, community colleges, and K-12 institutions throughout the Northeast region. The project has been at URI for 25 years and increases the number of-LSAMP eligible students enrolling and graduating with baccalaureate degrees in STEM fields and encourages high-achieving undergrads to pursue grad study, thus diversifying the next generation of STEM professionals particularly in Rhode Island and the Northeast.

### Funding History for Terminated Grants

31.     In my experience, and as stated in NSF's Proposal & Award Policies and Procedures Guide, all proposed projects submitted to NSF are evaluated for both intellectual merit and broader societal impacts, and must score highly in both areas to be considered for funding. All awards received by URI to date that were terminated when funded, demonstrated that each "reflects NSF's statutory mission and has been deemed worthy of support through evaluation using the Foundation's intellectual merit and broader impacts review criteria".

32.     Funding for NSF award 2148704 Collaborative Research: Enhancing MPOWIR to Build a Diverse and Inclusive Oceanography Workforce was initially requested by an application on 8/13/2021 to NSF's Division of Ocean Sciences (OCE) Physical Oceanography Program. The application was processed by NSF and selected for funding as described above. See Exhibit A.

33.    The original term of funding under award 2148704 was for the period between April 1, 2022, to March 31, 2026.

34.    As of the termination date, April 18, 2025, $322,461 of current funding had not been disbursed by NSF.

35.    Funding for NSF Award 2321219 (Challenging Cultural Norms through Asset-focused Narratives: Examining Intersecting Stigmatized Identities from Graduate Student and Faculty Perspectives in the Natural Sciences) was initially requested by an application on 2/24/2023 to NSF's Division of Equity and Excellence in STEM EHR Core Research (ECR) program. The application was processed by NSF and selected for funding as described above. See Exhibit B.

36.    The original term of funding under award 2321219 was for the period between October 1, 2023, to September 30, 2026. A supplement was awarded on 8/10/2024 in the amount of $19,621. See Exhibit C.

37.    As of the termination date, April 18, 2025, $327,297 of current funding had not been disbursed by NSF.

38.    Funding for NSF award 2327257 Postdoctoral Fellowship: STEMEdIPRF: Scholars in the Margins: Historically excluded postdoctoral experiences in STEM) was initially requested by an application on September 7, 2023 to NSF's Division of Graduate Education. The application was processed by NSF and selected for funding as described above. See Exhibit D.

39.    The original term of funding under award 2327257 was for the period between March 1, 2024, to February 28, 2026.

40.    As of the termination date, April 18, 2025, $162,998 of current funding had not been disbursed by NSF.

41.     Funding for NSF award 2422305 Collaborative Research: IMPLEMENTATION: C-COAST: Changing the Culture of our Occupations to Achieve Systemic Transformation was initially requested by an application on 1/16/2025 to NSF's Division of Research, Innovation, Synergies and Education (RISE). The application was processed by NSF and selected for funding as described above. See Exhibit E.

42.     The original term of funding under award 2422305 was for the period between February 1, 2024, to April 30, 2027.

43.     As of the termination date, April 18, 2025, $73,857.75 of current funding had not been disbursed by NSF.

44.     Funding for NSF award 2415563 Fostering Partnerships Between Community Leaders and Informal STEM Learning Institutions: Co-Constructing Research on Films for Racial Equity Dialogue, Intellectual Science Communication Research was initially requested by an application on January 9, 2024 to NSF's Division of Research on Learning in Formal and Informal Settings (DRL). The application was processed by NSF and selected for funding as described above. See Exhibit F.

45.     The original term of funding under award 2415563 was for the period between September 15, 2024, to August 31, 2025.

46.     As of the termination date, April 25, 2025, $99,375 of current funding had not been disbursed by NSF.

47.     Funding for NSF award 2115971 Intercultural Science Communication Research and Training to Broaden Participation Among Historically Minoritized Science Practitioners was initially requested by an application to NSF's Division of Research on Learning in Formal and

Informal Settings. The application was processed by NSF and selected for funding as described above. See Exhibit G.

48.    The original term of funding under award 2115971 was for the period between September 1, 2021, to August 31, 2026.

49.    As of the termination date, April 25, 2025, $634,880 of current funding had not been disbursed by NSF.

50.    Funding for NSF award 2110083 Louis Stokes Renewal STEM Pathways and Research Alliance: Northeast LSAMP 2021-2026 was initially requested by an application to NSF's Division of Equity for Excellence in STEM. The application was processed by NSF and selected for funding as described above. See Exhibit H.

51.    The original term of funding under award 2110083 was for the period between September 1, 2021, to August 31, 2026.

52.    As of the termination date, May 2, 2025, $67,887 of current funding had not been disbursed by NSF.

**<u>Termination Notice</u>**

53.    In my experience, termination of an active project's funding is rare. In 20 years of NSF funding, I have never had a project's funding terminated. To my knowledge, prior to 2025, grant termination by NSF to URI has been exceedingly rare and termination has only occurred in cases of scientific or budgetary misconduct, typically with prior notice and opportunities to respond and correct any underlying issues.

54.    Nevertheless on April 18, 2025, NSF sent notice that awards 2148704, 2321219, 2327257, and 2422305 were terminated. That notice is attached as Exhibit I. Additionally on April 25, 2025, NSF sent notice that awards 2415563 and 2115971 were terminated. That notice

is attached as Exhibit J. Most recently on May 2, 2025, NSF sent the University of Connecticut

notice that award 2110083 was terminated, Exhibit K, and terminated that award, Exhibit L. I am

aware that NSF also sent many other notices terminating projects around the nation on the same

date. This is unprecedented in my experience with NSF.

55.     The notices terminating awards 2148704, 2321219, 2327257, 2422305, 2415563,

2115971, and 2110083 came without any previous process or communication about the projects

from NSF. The notices contain little explanation for the termination, and no explanation with

respect to the intellectual merit or broader impact of the underlying project. The notices recite

that "termination of certain awards is necessary because they are not in alignment with current

NSF priorities" and continues:

> NSF is issuing this termination to protect the interests of the government pursuant
> to NSF Grant General Conditions (GC-1) term and condition entitled
> 'Termination and Enforcement,' on the basis that they no longer effectuate the
> program goals or agency priorities. This is the final agency decision and not
> subject to appeal.

Other termination notices issued by NSF in April and May of this year that I have seen are

identical, apart from grant numbers.

56.     At the time funded all awards were stated to align with NSF's statutory mission. I

understand that NSF's purpose is to support scientific and engineering research and education,

particularly with regards to Broader Impacts that still include broadening participation as

currently stated on NSF's website (April 18 Statement of NSF priorities). As described in

Paragraphs 11, 12, 14, 15, 17, 18, 20, 21, 23, 24, 26, 27, 29, and 30 above, URI's projects

advance those goals. NSF recognized as much when, after careful consideration in its rigorous

peer-reviewed funding process, it approved funding for the projects.

## Harms from NSF Funding Terminations

57.     The termination of awards 2148704, 2321219, 2327257, 2422305, 2415563, 2115971, and 2110083 by NSF will terminate the projects.

58.     As a result, skilled STEM workforce in Rhode Island will be impacted and a pipeline of early career talent disrupted as the terminated awards supported graduate students, postdoctoral associates and faculty. These awards were particularly valuable at fulfilling NSF's mission of broadening participation in STEM.

59.     In addition, in the case of award 2148704 (Collaborative Research: Enhancing MPOWIR to Build a Diverse and Inclusive Oceanography Workforce), due to termination a staff member and a faculty member lose a portion of their salary. In the case of Challenging Cultural Norms through Asset-focused Narratives: Examining Intersecting Stigmatized Identities from Graduate Student and Faculty Perspectives in the Natural Sciences funded by award 2321219, 3 undergraduate students lose hourly wages and a faculty member loses a portion of their salary. In the case of 2327257 (Postdoctoral Fellowship: STEMEdIPRF: Scholars in the Margins: Historically excluded postdoctoral experiences in STEM) the postdoctoral associate conducting the research will lose her salary and benefits that were supported on the award. In addition this award was supporting hourly wages for a PhD student. For the awards, 2422305 (Collaborative Research: IMPLEMENTATION: C-COAST: Changing the Culture of our Occupations to Achieve Systemic Transformation, 2422305 (Collaborative Research: IMPLEMENTATION: C-COAST: Changing the Culture of our Occupations to Achieve Systemic Transformation, faculty members loses portions of their salary. For the award 2115971 (Intercultural Science Communication Research and Training to Broaden Participation Among Historically Minoritized Science Practitioners), a faculty member, a staff member lose portions of their salary and a PhD student loses their funding for the 25-26 academic year and two other graduate students lose

partial stipend support. In total these terminations have impacts on the salaries and livelihoods of multiple URI employees.

60.     There is no way to recover lost time or restore research continuity once disrupted, and staff who depart will take their training and expertise with them, requiring new investment in training.

### Flat 15% Cap on Indirect Cost Rates

61.     URI annually receives approximately $131M annually from the federal government to support that research work, reflecting 90% of URI's annual research budget.

62.     URI receives substantial annual funding from the NSF. Currently, URI has $88.07M in active NSF grants that include $20.02M in indirect or costs known as facilities and administrative (F&A) costs obtained at our federally negotiated rate. In the last year (2024), we have received $27.95M in awards with $6.57M in F&A (indirect costs) at our federally negotiated rate from NSF. In FY 2023, $18.72M in federally sponsored research funded by NSF.

63.     URI intends to apply to NSF for new funding awards, and renewals and continuations of existing funding awards, in the next year and in future years to come.

64.     The funding URI receives from NSF supports critical and cutting-edge research vital to our nation's security and for keeping ecosystems and humans healthy. Research infrastructure at URI also supports NSF's national oceanographic mission and critical areas such as American seafood competitiveness. In addition, NSF funding to URI also supports workforce training that can contribute to these areas and benefit American businesses that depend on skilled workforce and cybersecurity. Millions of Americans benefit from and depend on this research. For example:

a. URI submitted a $7M proposal to NSF on July 12, 2024 as the lead organization
for a multi-institutional project to the NSF Established Program to Stimulate
Competitive Research (EPSCoR) program entitled E-RISE RII: Socio-ecological
Impact of Microplastics in Coastal Ecosystems (SIM Coast). The SIMCoast
project will help keep America healthy as it will build Rhode Island's research
capacity through physical, human, and cyber infrastructure to monitor and
characterize marine microplastics, determine their fate and transport in aquatic
ecosystems, and identify use-inspired needs for the strategic plan. SIMCoast will
build research capacity in Rhode Island on tiny plastics in the ocean prone to
bioaccumulate across marine food webs—and their environmental fragmentation
and biochemical transformations that collectively determine their fate, transport,
and socio-ecological impacts. The purpose of the NSF EPSCoR program is to
enhance the research competitiveness of targeted jurisdictions (i.e. state, territory
or commonwealth) by strengthening science, technology, engineering, and
mathematics (STEM) capacity and capability through a diverse portfolio of
investments from talent development to local infrastructure. The purpose of the
EPSCoR program is to build capacity in jurisdictions receiving the lowest
amounts of NSF funding in the US (0.75% of total NSF budget). Rhode Island is
an eligible EPSCoR jurisdiction. When the SIMCoast award was submitted on
July 12, 2024 it was done so using URI's negotiated F&A (indirect) rate of
57.5%, with a total of $1.6M in F&A on cost eligible categories to be awarded to
URI. On February 7, 2025, URI was informed by NSF that the project would be
funded. As of May 5, URI has not yet received this funding, and if it were to be

14

awarded, based on the new NSF rate policy, we would receive F&A (indirect costs) at a rate of 15%, resulting in a loss of $1.19M to URI that would support this project. This reduction in F&A to URI effectively decreases our research competitiveness, against the purpose of the NSF EPSCoR program as it erodes support for critical infrastructure documented in the paragraphs to follow.

b. URI has $1M in NSF for Pivots: Creating a pathway to a career in quantum information science and technology (ITE 2321413) to train science, technology, engineering, and math (STEM) professionals to be a quantum information science and technology (QIST) workforce that is a collaboration with MITRE corporation, an non-profit corporate entity supporting the US government in this domain. Real-world QIST challenges will be integrated into the educational projects, which will be jointly developed by the researchers and MITRE. These skills in a workforce will be needed for artificial intelligence (AI), machine learning, cybersecurity, drug discovery, materials science and in the finance industry by financial institutions.

c. URI has early career investigators with NSF funding to prevent cyberattacks on industrial control systems like power grids. For example, with the CAREER: PARP: mislead physical-disruption attacks by preemptive anti-reconnaissance for power grids cyber-physical infrastructure (CNS 2144513), URI is designing and quantifying preemptive anti-reconnaissance techniques that will mislead adversaries about power grids' cyber-physical infrastructures. This project will mislead attacks before malicious activities are launched, removing potential threats in advance and thus preventing damage. Second, preventing

reconnaissance on a critical set of physical data can protect against a wide spectrum of attacks, including unknown ones that enable America to respond to potentially crippling cyber-attacks by foreign adversaries on critical infrastructure.

d.   URI is leading a project to use cyber-physical systems to improve stroke rehabilitation for young adults. The RE-GAIN; an adaptive, medical CPS platform integrating e-textile wearables, virtual reality, and AI for stroke rehabilitation (CNS 241838) will use smart textile gloves embedded with multimodal sensors for monitoring and biofeedback, to enhancing the rehabilitation experience through interactive visual and haptic cues. This project will lead to improved health outcomes for young Americans who survive stroke.

e.   URI is the home institution of the NSF-owned University-National Oceanographic Laboratory System (UNOLS) research vessel RIV Endeavor. URI manages the Endeavor ship operations and scheduling on behalf of UNOLS and NSF funded researchers whose projects utilize the ship and her sampling capabilities. In 2024 alone, the RIV Endeavor was used for 12 projects supporting research across 11 distinct lead institutions. URI staffs the RIV Endeavor and makes sure the ship and her equipment are safe and operational to support NSF-funded scientific missions. For example, the RIV Endeavor supports multiple expeditions a year for the $6.37M NSF-funded Northeast US Shelf Long-Term Ecological Research (LTER) program. This program is led by the Woods Hole Oceanographic Institution with investigators from URI along with the University of Massachusetts Dartmouth, Wellesley College, and the NOAA Northeast

Fisheries Science Center. This program supports the fisheries in the North Atlantic by providing essential scientific data for forecasting future fisheries production. URI's operation of the RIV Endeavor is essential to NSF's oceanographic field operations writ large and projects using her as a platform are critical for maintaining American seafood competitiveness among many other areas.

65.     Reimbursement of URI's indirect costs is essential for supporting this research. NSF's cutting of indirect cost rates to 15% would preclude carrying out the kinds of research projects described in Paragraph 64 in the future.

66.     Recovering costs of research, including indirect costs or research, is essential to maintain the operations of Carnegie-ranked R1 (very high research spending and doctorate production) a research university like URI. To perform research sponsored by federal agencies, URI incurs a variety of significant costs that it would not otherwise incur. Indirect cost rates for federally sponsored research enable URI to recover some, but not all, costs for research security, research compliance, safety for labs human subjects and animals, maintenance of laboratories and research equipment including maintenance of high-performance computational infrastructure, staffing to support research vessels including critical and timely procurement. These are infrastructure and facilities costs that facilitate multiple projects but is not specifically attributable solely to one of them. Such shared resources not only support pioneering research facilities and research teams, but also the personnel and systems that are needed for them to work. As a result, a significant portion of URI's NSF funding is derived from indirect cost reimbursements. Without this critical infrastructure, we simply cannot conduct the research.

67.     For example, with respect to the areas of research described in Paragraph 64;

a. The NSF EPSCoR SIMCoast project will act as an incubator to build research and workforce to establish Rhode Island as a global leader in identifying and addressing the societal and ecological challenges concerning the impacts of microplastics within marine environments. The SIMCoast project will offer workforce development programs and an incubator-style seed grant program state-wide. The administration of these programs relies on staff supported by F&A (indirect costs) to the Division of Research and the College of Engineering at URI. A reduction of over $1M in indirect costs to URI would mean that we would not have the necessary staff support to offer these programs. In addition, the SIM Coast project utilizes electron microscopes and other analytical instruments within the Rhode Island Consortium for Nanoscience and Nanotechnology (RIN2) core facility located at URI. Indirect costs are essential to fund supplies, electricity, and personnel to run and maintain the facility.

b. All projects described in Paragraph 64 (a)–(c) include computational, quantum, and cybersecurity research and thus require access to and support for high performance computing. URI uses a portion of its F&A (indirect costs) to support its Center for Computational Research (CCR) that fosters interdisciplinary and multidisciplinary computational research including AI, data science, and quantum computing for over 150 faculty. In 2024 alone $2.3M in new federal funding was mapped to this infrastructure with $780,000 from NSF awards at URI's federally negotiated F&A rate of 57.5% applied to modified direct costs. Furthermore, URI's CCR has been part of NSF's Open Storage Network for 3 years. This network is a collaboration between 17 research institutions that is designed to

store vast amounts of research data and allow for sharing over a high-speed

network. If NSF rates were cut to 15%, URI simply would not be able to support

this critical infrastructure as we do not have a source of funds that could be used

to replace those from F&A (indirect costs) that support computational hardware

and staffing. Researchers would no longer have access to high-speed computing

critical for the success of their NSF-funded research and URI could no longer

participate in the NSF Open Storage Network.

    c.    As described in Paragraph 64(c), URI has research that involves patient

rehabilitation from strokes. Human subjects research requires a staffed

Institutional Review Board (IRB). URI uses monies from F&A (indirect) costs to

fully cover salaries for its Office of Research Integrity staff and salary support for

the faculty member serving as the chair of its IRB. A rate cap of 15% F&A would

mean that we would not be able to pay our Director of Research Integrity, nor our

IRB specialist, nor our IRB chair.

    d.    As explained in Paragraph 64(d)., URI manages the research vessel R/V Endeavor

on behalf of NSF. Without F&A (indirect) costs associated for the management of

the R/V Endeavor we would not be able to provide salaries to the staff that are

responsible for procurement on behalf of the ship, needs that are often very time

sensitive and would not be met if we had to shift that burden to reduced staff.

68.    Physical facilities costs are one of the largest components of indirect costs. This

includes not only the usual costs of constructing and maintaining buildings where research

occurs, but the very high costs of outfitting and maintaining specialized laboratory space, which

can require special security, advanced HVAC systems, and specialized plumbing, electrical

systems, and waste management, as well as specialized laboratory and computational equipment. In addition, at URI the maintenance of space requires safe access to the pier for RIV Endeavor operations and functional forklifts and cranes for loading the vessel. The features and amount of space available to researchers have a direct and obvious impact on the nature and amount of research that can be done at URI. In addition, indirect costs fund the administration of awards, including staff who ensure compliance with a vast number of regulatory mandates from agencies such as NSF. These mandates serve many important functions, including ensuring research integrity; protecting research subjects; properly managing and disposing of chemical and biological agents and other materials used in research; managing specialized procurement and security requirements for sensitive research; managing funds; preventing technologies and other sensitive national security information from being inappropriately accessed by foreign adversaries; providing the high level of cybersecurity, data storage, and computing environments mandated for regulated data; ensuring compliance with specialized security protocols and safety standards; maintaining facility accreditation and equipment calibration to meet research quality and security standards; and preventing financial conflicts of interest.

69.     Recovery of URI's indirect costs is based on predetermined rates that have been contractually negotiated and agreed to between URI and the federal government through the Department of Health and Human Services based on review of URI's actual costs of conducting research. That process is established by regulation. The resulting negotiated predetermined indirect cost rates are 57.5% for on-campus organized research activities; 55% for instruction; 50% for activities associated with the State's Agricultural Experiment Station housed at URI; 46% for on-campus other sponsored program activities; and 26% for off-campus activities. URI's agreement with the federal government runs through fiscal year 2025.

70.    The effects of a reduction in the indirect cost rate to 15% would be devastating. Of the $88.07M in active NSF funding at URI, $68.04M of those funds consist of payment of direct costs of which $48.04M were subject to F&A (indirect cost recovery). $20.02M consists of reimbursement of indirect costs. In 2024 (January 2024 to December 2024), URI received $21.37M in new NSF funding that supports $6.57M F&A (indirect) costs.

71.    Based on trends of the last three fiscal years, over the next five years, URI would anticipate expending an average of $13.4M from the NSF for annual direct costs and applying that rate to the direct costs (as modified pursuant to the CFR) $4.1M in F&A (indirect) costs, based on the predetermined indirect cost rate of 57.5%, which was agreed upon by the federal government as of July 22, 2019.

72.    If—contrary to what URI has negotiated with the federal government—the indirect cost rate was reduced to 15% for all new NSF awards, that would significantly reduce URI's anticipated annual indirect cost recovery. For example, applying the 15% rate to the anticipated modified direct costs over the next five years, URI faces a loss of $2.8M annually in indirect cost recovery as a result of NSF's planned cap. This loss will have an immediate deleterious impact on the success of URI's NSF sponsored research projects and ability to maintain staff and infrastructure critical to those projects.

73.    Many of URI's current research projects will be forced to slow down or cease abruptly if forced to apply the 15% indirect cost cap to new awards or subsequent years' funding. This will also necessarily and immediately result in staffing reductions across the board. For example:

    a.    URI's Division of Research's staff salaries are supported by F&A (indirect) funds. Simply put, URI does not have any other sources of funds it can use for

most of these salaries. If NSF F&A rates were capped at 15% we would have to start laying off staff within a matter of weeks. This would significantly hamper our ability to continue with critical research projects, and in turn jeopardize our ability to contribute to the nation's security. Moreover, recruiting staff who have the requisite knowledge, experience, and security clearances to work on such projects is exceedingly difficult. Even if funding were later restored, it would be difficult to find qualified individuals to fill these positions. Ultimately, top scientists will not move to (or stay at) URI if we cannot provide the facilities necessary to conduct world-class research.

74.     Further, research funding is typically awarded through competitive grants processes, meaning that the annual research budget varies from year to year and is dependent on the success of URI's researchers in these competitions. Federally supported research comes to URI in a combination of both single- and multi-year awards. NSF awards are typically multi-year projects. URI programs expend $121M dollars annually in multi-year awards. URI produces budget estimates for planning purposes in reliance on the indirect cost rates periodically negotiated with the federal government.

75.     If NSF F&A rates were capped at 15% URI would be in the very difficult position of having to decide on a grant-by-grant basis which research it could "afford" to support at the reduced F&A and these would likely be projects only requiring office space. We would not be able to support projects requiring high speed computing, laboratory infrastructure including safety, human or animal subjects. Thus, we would be in the very difficult position of discouraging our investigators from seeking NSF funding.

76.    URI has for decades relied on NSF's longstanding acceptance of URI's indirect cost rates negotiated and agreed with the federal government. URI's federally negotiated rate was well above 15% at 44% twenty years ago. The Administrative portion of F&A has been at 26% since 1991. And until now, we have been able to rely on the well-established process for negotiating indirect cost rates with the government to inform our budgeting and planning and to make human resource and capital infrastructure investments that make it possible for research to happen at URI currently and in the future. Operating budgets rely on an estimate of both direct and indirect sponsored funding to plan for annual staffing needs (e.g., post-docs, PhD students, and other research staff), infrastructure support (e.g., IT networks, regulatory compliance, and grant management support), and facility and equipment purchases. And in some cases, URI has long-term obligations-for example, employees funded on F&A that have statutory employment status in Rhode Island, and it relies on budgeted grant funding, including associated indirect cost recovery, to fulfill these commitments. This multi-year budgeting process also assumes the availability or possibility of grant renewals on roughly similar terms—and certainly at the negotiated indirect cost rate—as had been previously available.

77.    Because URI's current annual budget was set with the expectation that URI would receive the indirect cost rates agreed to with the federal government, NSF's suddenly announced reduction will cause budgetary and operational chaos that will have an immediate negative impact on the research projects and programs.

78.    In addition to the immediate effects and reliance interests described above, dramatically cutting indirect cost reimbursement would have longer-term effects that are both cumulative and cascading. URI could be in a position where it would not be able to guarantee

compliance with federal requirements including for research security and integrity, safety in the laboratory for researchers and animals due to its inability to pay staff who fulfill these roles.

79.     NSF's plan to cap indirect cost recovery rates creates confusion and uncertainty for URI and the programs we oversee. The reduction required will leave holes in the budgets that support the facilities and staff where URI's federally sponsored research occurs and will stop us from serving and meeting some of our critical missions, including education and research.

80.     On an annual basis, the federal government is the largest single sponsor of URI's research. NSF's cap would almost certainly mean that many individuals (including faculty, staff, and students), programs, and initiatives receiving NSF funding will be forced to significantly scale back or halt research. This outcome will be potentially devastating to research projects, the training of research personnel, and to URI's research enterprise regardless of discipline.

81.     NSF's plan to reduce federal funding by capping indirect cost recovery at 15% would be devastating for URI's research and educational mission, particularly in the areas of science, engineering and mathematics.

82.     Disruptions to URI's research will also have negative effects across Rhode Island and the broader region. URI is the lead institution on the NSF EPSCoR project as described in section 1. Through this E-CORE project URI collaborates with state and local partners to help solve regional challenges through joint research and innovation and needs its F&A funded staff to make sure this project is compliant. URI's research also fuels spending in the regional economy, including by driving discoveries that launch new ventures, attract private investment, and make a positive social impact. A massive reduction in URI's research budget would immediately and seriously jeopardize these contributions to the local region.

83.     Finally, slowdowns or halts in research by URI and other American universities will allow competitor nations that are maintaining their investments in research to surpass the United States on this front, threatening both our Nation's national security and its economic dominance particularly in areas of AI and cybersecurity, NSF-funded areas to URI.

84.     URI cannot cover the funding gap itself from capped F&A. While URI maintains an endowment, valued at $237M at the end of FY24, it is neither feasible nor sustainable for URI to use endowment funds or other revenue sources to offset shortfalls in indirect cost recovery:

    a.     The majority of URI's endowment is restricted to specific donor-designated purposes, such as scholarships, and academic programs. URI is not legally permitted to use those funds to cover research infrastructure costs.

    b.     Even the portion of the endowment that is unrestricted is subject to a carefully managed annual payout, typically around 5%, to ensure long-term financial stability for the institution.

85.     It is also not feasible or sustainable for URI to use other revenue sources to offset shortfalls in indirect cost recovery. As a non-profit institution, URI reinvests nearly all of its revenue into mission-critical activities, mainly undergraduate teaching, leaving little margin to absorb funding gaps. In other words, unlike for-profit organizations, URI does not generate significant surpluses that could be redirected without impacting core academic priorities such as educational programs and financial aid support for students. Absorbing the cost of a lower indirect cost rate, even if it were possible, would create long-term budget pressures on URI which would in turn force reductions in key investments supporting URI's faculty, students, staff, research, and teaching infrastructure, as well as other critical activities needed to maintain URI's academic excellence. So even if URI could "cover" some of the indirect costs previously

funded by NSF, it could do so only by negatively affecting other critical goals central to the institution's mission. In particular, URI would have to rely on student tuition increases to cover any gaps, something we are unwilling to do given the rising cost of education.

86.     If URI can no longer apply for NSF grants because it is unable to accept the new indirect cost rate cap—a risk that would impact 100% of our NSF grants—the harms described herein would be exacerbated. That greater loss in funding from NSF would mean more significant cost-cutting measures would need to be adopted—and quickly. URI cannot "float" all of the F&A costs it would likely lose coverage for—nor could it float NSF grants altogether if it is not able to accept the 15% cap—so some research projects would need to be terminated altogether, and others would need to be scaled down or pared back significantly. The process of identifying these cuts would need to begin immediately, and layoffs, closures, and research pauses or contractions would follow soon thereafter.

## Conclusion

87.     The mass termination of previously approved NSF grants based on purported new priorities will undermine the NSF's mission to support science, engineering, and mathematical education and research. Targeting projects like those terminated to URI that specifically promote participation in STEM by underrepresented groups including women, minorities, and disabled people will close pathways to bring underrepresented groups into the STEM workforce. Grant terminations make it harder to secure talent needed to continue effective research efforts. These harms are ongoing and, in many instances, irreparable.

88.     Additionally, caps on previously federally-negotiated indirect rates will limit URI's capacity to support research in fields such as AI, quantum computing cybersecurity, and

oceanography. This will have long-term repercussions on the American workforce as well as long-term implications on national security and the American economy.

89.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of May, 2025, in KINGSTON, RHODE ISLAND.

_____
Bethany D. Jenkins, Ph.D.
Vice President, Research and Economic Development

# Exhibit A

Case 1:25-cv-04452-JPO    Document 7-52    Filed 05/28/25    Page 30 of 104

# THE
# UNIVERSITY
## OF RHODE ISLAND

Jean Gentile <jgentile@uri.edu>

---

## Re: NSF Award Notice for Award ID 2148704 - Amendment ID 000
1 message

---

**Jean McCullough** <jlmcc@uri.edu>                                              Mon, Mar 21, 2022 at 11:55 AM
To: SPA URI <spauri@etal.uri.edu>
Cc: Colleen Mouw <cmouw@uri.edu>, Jean Gentile <jgentile@uri.edu>, Theodore Myatt <tedmyatt@uri.edu>

Hi

This is P10476 in Infoed.  However, the grant officer changed the budget and sent it in an email.

You should have received it on Friday.  Let me know if you need it.

Jean

> On Mon, Mar 21, 2022 at 10:47 AM SPA URI <spauri@etal.uri.edu> wrote:
>
> Colleen,
>
> Would you please send me the correct number in InfoEd for this proposal or the title in Cayuse.
>
> Thanks,
> Franca
> ---------- Forwarded message ---------
> From: <wpowell@nsf.gov>
> Date: Sun, Mar 20, 2022 at 1:40 PM
> Subject: NSF Award Notice for Award ID 2148704 - Amendment ID 000
> To: <SPAURI@etal.uri.edu>
> Cc: <aphelps@nsf.gov>, <bmuz@nsf.gov>, <cmouw@uri.edu>, <gaddison@nsf.gov>, <kwiggins@nsf.gov>,
> <rdouglas@nsf.gov>

---

### NATIONAL SCIENCE FOUNDATION

#### Award Notice

**Award Number (FAIN):** 2148704

**Managing Division Abbreviation:** OCE                              **Amendment Number:** 000

**AWARDEE INFORMATION**

**Award Recipient:** UNIVERSITY OF RHODE ISLAND
**Awardee Address:** 75 LOWER COLLEGE KINGSTON, RI 02881-1974
**Official Awardee Email Address:** SPAURI@ETAL.URI.EDU
**Unique Entity Identifier (UEI):** CJDNG9D14MW7

**AMENDMENT INFORMATION**

---

**Amendment Type:** New Project
**Amendment Date:** 03/20/2022
**Amendment Number:** 000
**Proposal Number:** 2148704
**Amendment Description:**

The National Science Foundation hereby awards a Standard Grant for support of the project described in the proposal referenced above as modified by revised budget dated 03/11/2022, and email dated 03/17/2022.

Funds provided for participant support may not be diverted by the awardee to other categories of expense without the prior written approval of the cognizant NSF Program Officer. Since participant support cost is not a normal account classification, the awardee organization must be able to separately identify participant support costs. It is highly recommended that separate accounts, sub-accounts, sub-task, or sub-ledgers be established to accumulate these costs. The awardee should have written policies and procedures to segregate participant support costs.

Costs of entertainment, amusement, diversion and social activities, and any costs directly associated with such costs (such as meals, lodging, rentals, transportation and gratuities) are unallowable. When certain meals are an integral and necessary part of a conference or meeting (i.e., working meals where business is transacted), grant funds may be used for such meals. Grant funds may also be used to furnish a reasonable amount of coffee or soft drinks for conference or meeting participants and attendees during coffee breaks. No NSF funds may be spent on meals or coffee breaks for intramural meetings of an organization or any of its components, including, but not limited to, laboratories, departments and centers.

Incentive payments or gifts to participants must be made in accordance with written institutional policies and procedures and supported by auditable documentation. The allowability of these costs will ultimately be based on the awardee institution's ability to adequately demonstrate that the incentives have been disbursed in accordance with its policies and procedures.

## AWARD INFORMATION

**Award Number (FAIN):** 2148704
**Award Instrument:** Standard Grant
**Award Date:** 03/20/2022
**Award Period of Performance:**   Start Date: 04/01/2022    End Date: 03/31/2026
**Project Title:** Collaborative Research: Enhancing MPOWIR to Build a Diverse and Inclusive Oceanography Workforce
**Managing Division Abbreviation:** OCE
**Research and Development Award:** Yes
**Funding Opportunity:** PD 98-1610 Physical Oceanography
**Assistance Listing Number(s) and Name(s):** 47.050 Geosciences

## FUNDING INFORMATION

**Amount Obligated by this Amendment:** $579,183
**Total Intended Award Amount:** $579,183
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $579,183
**Expenditure Limitation:** Not Applicable

## PROJECT PERSONNEL

**Principal Investigator:** Colleen B Mouw
**Email:** cmouw@uri.edu
**Organization:** UNIVERSITY OF RHODE ISLAND

## COLLABORATIVE INFORMATION

| Proposal ID | Lead | PI Name | Organization |
|---|---|---|---|
| 2148704 | Y | Colleen B Mouw | University of Rhode Island |
| 2148705 | N | Mona Behl | University of Georgia Research Foundation, Inc. |

## NSF CONTACT INFORMATION

**Managing Grants Official**
(Primary Contact)
**Name:** Meredith Whitty
**Email:** mwhitty@nsf.gov

**Awarding Official**
**Name:** Willie M. Powell
**Email:** wpowell@nsf.gov

**Managing Program Officer**
**Name:** Baris M Uz
**Email:** bmuz@nsf.gov

## GENERAL TERMS AND CONDITIONS

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75) and is subject to Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 10/04/2021, available at https://www.nsf.gov/awards/managing/rtc.jsp.

## BUDGET

| A. Senior Personnel | |
|---|---|
| Senior Personnel Count | 4.00 |
| Senior Personnel Calendar Months | 4.00 |
| Senior Personnel Academic Months | 0.00 |
| Senior Personnel Summer Months | 0.00 |
| Senior Personnel Amount | $45,793 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 1.00 |
| Post Doctoral Calendar Months | 4.50 |
| Post Doctoral Academic Months | 0.00 |
| Post Doctoral Summer Months | 0.00 |

| | |
|---|---|
| Post Doctoral Amount | $23,164 |
| **Other Professionals** | |
| Other Professionals Count | 3.00 |
| Other Professionals Calendar Months | 13.50 |
| Other Professionals Academic Months | 0.00 |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $65,521 |
| **Graduate Students** | |
| Graduate Students Count | 0.00 |
| Graduate Students Amount | $0 |
| **Undergraduate Students** | |
| Undergraduate Students Count | 0.00 |
| Undergraduate Students Amount | $0 |
| **Secretarial - Clerical** | |
| Secretarial - Clerical Count | 0.00 |
| Secretarial - Clerical Amount | $0 |
| **Other** | |
| Other Count | 0.00 |
| Other Amount | $0 |
| *Total Salaries and Wages (A+B)* | $134,478 |
| **C. Fringe Benefits** | $60,308 |
| *Total Salaries, Wages, Fringe Benefits (A + B + C)* | $194,786 |
| **D. Equipment** | $0 |
| **E. Travel** | |
| Domestic | $17,092 |
| International | $0 |
| **F. Participant Support Costs** | |
| Participant Support Costs Stipends | $139,009 |
| Participant Support Costs Travel | $0 |
| Participant Support Costs Subsistence | $0 |
| Participant Support Costs Other | $0 |
| Total Number of Participants | 280.00 |
| *Total Participant Costs (F)* | $139,009 |
| **G. Other Direct Costs** | |
| Materials Supplies | $1,293 |
| Publication Costs | $4,205 |

| Consultant Services | $0 |
|---|---|
| Computer Services | $0 |
| Subawards | $0 |
| Other | $66,607 |
| *Total Other Direct Costs (G)* | $72,105 |
| **H. Total Direct Costs (A Through G)** | **$422,992** |
| **I. Indirect Costs\*** | **$156,191** |
| **J. Total Direct and Indirect Costs (H + I)** | $579,183 |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$579,183** |
| **M. Cost Sharing Proposed Level** | $0 |
| | |

*Indirect Cost Rates

| Item Name | Indirect Cost Rate |
|---|---|
| Indirect Cost | 55.0000% |

These rates are at the time of award and are based upon the budget submitted to the NSF. It does not include any out-year adjustments. The NSF will not modify awards simply to correct indirect cost rates cited in the award notice. See the Proposal & Award Policies & Procedures Guide (PAPPG) Chapter X.A.3.a. for guidance on re-budgeting authority.

--
*Jean McCullough*
*Specialist III, Grants and Contracts*
*Research & Economic Dev,*
*Research Office,* 70 Lower College Rd
Kingston RI 02881
*401-874-7883*

# Exhibit B



THE
**UNIVERSITY**
OF RHODE ISLAND

SPA URI <spauri@etal.uri.edu>

## NSF Award Notice for Award ID 2321219 - Amendment ID 000
4 messages

**aturner@nsf.gov** <aturner@nsf.gov>                      Thu, Sep 14, 2023 at 3:06 PM
To: SPAURI@etal.uri.edu
Cc: angela.google@uri.edu, bswan@nsf.gov, cajohnso@nsf.gov, carhall@nsf.gov, clnguyen@nsf.gov, cmdavis@nsf.gov, dkizer@nsf.gov, dmarshal@nsf.gov, jenlewis@nsf.gov, jhill@nsf.gov, labarnes@nsf.gov, mjugan@nsf.gov, radavis@nsf.gov, ttracy@nsf.gov

---

### NATIONAL SCIENCE FOUNDATION

**Award Notice**

**Award Number (FAIN):** 2321219

**Managing Division Abbreviation:** DUE                      **Amendment Number:** 000

**RECIPIENT INFORMATION**

**Recipient (Legal Business Name):** UNIVERSITY OF RHODE ISLAND
**Recipient Address:** 75 LOWER COLLEGE RD RM 103 KINGSTON, RI 02881-1974
**Official Recipient Email Address:** SPAURI@ETAL.URI.EDU
**Unique Entity Identifier (UEI):** CJDNG9D14MW7

**AMENDMENT INFORMATION**

**Amendment Type:** New Project
**Amendment Date:** 09/14/2023
**Amendment Number:** 000
**Proposal Number:** 2321219
**Amendment Description:**

The National Science Foundation hereby awards a Standard Grant for support of the project described in the proposal referenced above.

The ECR program has a resource coordination hub that is responsible for synthesizing findings across the ECR portfolio, providing technical assistance to ECR projects, promoting national awareness of research contributions from the ECR portfolio, and building the ECR community through PI and special interest meetings. All ECR projects are expected to share their findings with the resource coordination hub, to participate in biennial PI meetings, and other meetings of interest and to be responsive to requests for information from the resource coordination hub. If additional information is needed, contact the cognizant NSF Program Officer.

Incentive payments or gifts to participants must be made in accordance with written institutional policies and procedures and supported by auditable documentation. The allowability of these costs will ultimately be based on the awardee institution's ability to adequately demonstrate that the incentives have been disbursed in accordance with its policies and procedures.

**AWARD INFORMATION**

**Award Number (FAIN):** 2321219
**Award Instrument:** Standard Grant
**Award Date:** 09/14/2023
**Award Period of Performance:**   Start Date: 10/01/2023    End Date: 09/30/2026
**Project Title:** Challenging Cultural Norms through Asset-focused Narratives: Examining Intersecting Stigmatized Identities from Graduate Student and Faculty Perspectives in the Natural Sciences
**Managing Division Abbreviation:** DUE
**Research and Development Award:** Yes
**Funding Opportunity:** NSF 22-548 EHR Core Research: Building Capacity in STEM Education Research (ECR: BCSER)
**Assistance Listing Number(s) and Name(s):** 47.076 Education and Human Resources (Predominant source of funding for SEFA reporting)

**FUNDING INFORMATION**

**Amount Obligated by this Amendment:** $349,958
**Total Intended Award Amount:** $349,958
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $349,958
**Expenditure Limitation:** Not Applicable

**PROJECT PERSONNEL**

**Principal Investigator:** Angela N Google        **Email:** angela.google@uri.edu        **Organization:** UNIVERSITY OF RHODE ISLAND

**NSF CONTACT INFORMATION**

**Managing Grants Official** (Primary Contact)
**Name:** Denisa Traboini
**Email:** dtraboin@nsf.gov
**Phone:** (703) 292-4916

**Awarding Official**
**Name:** Angela A. Turner
**Email:** aturner@nsf.gov

**Managing Program Officer**
**Name:** Jennifer Ellen Lewis
**Email:** jenlewis@nsf.gov
**Phone:** (703) 292-7340

**GENERAL TERMS AND CONDITIONS**

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75) and is subject to Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 01/30/2023, available at https://www.nsf.gov/awards/managing/rtc.jsp.

This award is made in accordance with the provisions of NSF Solicitation: NSF 22-548 EHR Core Research: Building Capacity in STEM Education Research (ECR: BCSER).

**BUDGET**

| A. Senior Personnel | |
|---|---|
| Senior Personnel Count | 3.00 |
| Senior Personnel Calendar Months | 0.90 |
| Senior Personnel Academic Months | 0.00 |
| Senior Personnel Summer Months | 0.00 |
| Senior Personnel Amount | $9,828 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 0.00 |
| Post Doctoral Calendar Months | 0.00 |
| Post Doctoral Academic Months | 0.00 |
| Post Doctoral Summer Months | 0.00 |
| Post Doctoral Amount | $0 |
| **Other Professionals** | |
| Other Professionals Count | 0.00 |
| Other Professionals Calendar Months | 0.00 |
| Other Professionals Academic Months | 0.00 |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $0 |
| **Graduate Students** | |
| Graduate Students Count | 3.00 |
| Graduate Students Amount | $91,192 |
| **Undergraduate Students** | |
| Undergraduate Students Count | 0.00 |
| Undergraduate Students Amount | $0 |
| **Secretarial - Clerical** | |
| Secretarial - Clerical Count | 0.00 |
| Secretarial - Clerical Amount | $0 |
| **Other** | |
| Other Count | 0.00 |
| Other Amount | $0 |
| *Total Salaries and Wages (A+B)* | $101,020 |
| **C. Fringe Benefits** | $13,904 |
| *Total Salaries, Wages, Fringe Benefits (A +* | $114,924 |

| | |
|---|---|
| *B + C)* | |
| **D. Equipment** | $0 |
| **E. Travel** | |
| Domestic | $26,108 |
| International | $0 |
| **F. Participant Support Costs** | |
| Participant Support Costs Stipends | $0 |
| Participant Support Costs Travel | $0 |
| Participant Support Costs Subsistence | $0 |
| Participant Support Costs Other | $0 |
| Total Number of Participants | 0.00 |
| *Total Participant Costs (F)* | $0 |
| **G. Other Direct Costs** | |
| Materials Supplies | $5,700 |
| Publication Costs | $5,000 |
| Consultant Services | $25,500 |
| Computer Services | $0 |
| Subawards | $0 |
| Other | $64,091 |
| *Total Other Direct Costs (G)* | $100,291 |
| **H. Total Direct Costs (A Through G)** | **$241,323** |
| **I. Indirect Costs\*** | **$108,635** |
| **J. Total Direct and Indirect Costs (H + I)** | $349,958 |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$349,958** |
| **M. Cost Sharing Proposed Level** | $0 |
| | |

<u>\*Indirect Cost Rates</u>

| Item Name | Indirect Cost Rate |
|---|---|
| F&A | 57.5000% |

These rates are at the time of award and are based upon the budget submitted to the NSF. It does not include any out-year adjustments. The NSF will not modify awards simply to correct indirect cost rates cited in the award notice. See the Proposal & Award Policies & Procedures Guide (PAPPG) Chapter X.A.3.a. for guidance on re-budgeting authority.

**SPA URI** <spauri@etal.uri.edu>                                          Mon, Oct 23, 2023 at 8:33 AM
To: Franca Cirelli <franca@uri.edu>, Megan Totten <megan_totten@uri.edu>

HI,

Was this forwarded for processing? The PI sent an inquiry to Bethany over the weekend asking for guidance. Was it the process once these are received in this email?

Thanks for any clarification?

[Quoted text hidden]

---

**SPA URI** <spauri@etal.uri.edu>                                          Mon, Oct 23, 2023 at 8:36 AM
To: Sara Clabby <sara_clabby@uri.edu>

FYI.

---------- Forwarded message ---------
From: <aturner@nsf.gov>
Date: Thu, Sep 14, 2023 at 2:06 PM
Subject: NSF Award Notice for Award ID 2321219 - Amendment ID 000
To: <SPAURI@etal.uri.edu>
Cc: <angela.google@uri.edu>, <bswan@nsf.gov>, <cajohnso@nsf.gov>, <carhall@nsf.gov>, <clnguyen@nsf.gov>,
<cmdavis@nsf.gov>, <dkizer@nsf.gov>, <dmarshal@nsf.gov>, <jenlewis@nsf.gov>, <jhill@nsf.gov>,
<labarnes@nsf.gov>, <mjugan@nsf.gov>, <radavis@nsf.gov>, <ttracy@nsf.gov>

[Quoted text hidden]

---

**Megan Totten** <megan_totten@uri.edu>                                    Mon, Oct 23, 2023 at 9:02 AM
To: SPA URI <spauri@etal.uri.edu>
Cc: Franca Cirelli <franca@uri.edu>

Good Morning,

Congratulations to Angela! I don't receive these Federal Awards. It's my understanding that they go directly to the SPA box. This is for proposal P12210.

Please let me know if I can provide any further information.

Warm Regards,
Megan

Megan Totten
Specialist II, Grants & Contracts
Office of Sponsored Projects
University of Rhode Island
70 Lower College Road
Kingston, RI 02881-1967
(401) 874 - 2824
megan_totten@uri.edu
*Please note URI has a Five Day Policy  for proposals.*

[Quoted text hidden]

# Exhibit C



## THE
# UNIVERSITY
## OF RHODE ISLAND

SPA URI <spauri@etal.uri.edu>

---

## NSF Award Notice for Award ID 2321219 - Amendment ID 001
1 message

**lfarrior@nsf.gov** <lfarrior@nsf.gov>            Sat, Aug 10, 2024 at 4:03 PM
To: SPAURI@etal.uri.edu
Cc: angela.google@uri.edu, bswan@nsf.gov, cajohnso@nsf.gov, clnguyen@nsf.gov, cmdavis@nsf.gov, dkizer@nsf.gov, elockwoo@nsf.gov, jenlewis@nsf.gov, jhill@nsf.gov, labarnes@nsf.gov, meverett@nsf.gov, mjugan@nsf.gov, ttracy@nsf.gov

---

### NATIONAL SCIENCE FOUNDATION


**Award Notice**


**Award Number (FAIN):** 2321219

**Managing Division Abbreviation:** DUE            **Amendment Number:** 001


**RECIPIENT INFORMATION**


**Recipient (Legal Business Name):** UNIVERSITY OF RHODE ISLAND
**Recipient Address:** 75 LOWER COLLEGE RD RM 103 KINGSTON, RI 02881-1974
**Official Recipient Email Address:** SPAURI@ETAL.URI.EDU
**Unique Entity Identifier (UEI):** CJDNG9D14MW7


**AMENDMENT INFORMATION**


**Amendment Type:** Supplement
**Amendment Date:** 08/10/2024
**Amendment Number:** 001
**Proposal Number:** 2439162
**Amendment Description:**

The purpose of this amendment is to:

- Add supplemental support to the award in the amount shown below in the Funding Information section.

Except as modified by this amendment, the award conditions remain unchanged.


**AWARD INFORMATION**


**Award Number (FAIN):** 2321219
**Award Instrument:** Standard Grant
**Award Date:** 09/14/2023
**Award Period of Performance:**   Start Date: 10/01/2023    End Date: 09/30/2026
**Project Title:** Challenging Cultural Norms through Asset-focused Narratives: Examining Intersecting Stigmatized

Identities from Graduate Student and Faculty Perspectives in the Natural Sciences
**Managing Division Abbreviation:** DUE
**Research and Development Award:** Yes
**Funding Opportunity:** NSF 22-548 EHR Core Research: Building Capacity in STEM Education Research (ECR: BCSER)
**Assistance Listing Number(s) and Name(s):** 47.076 Education and Human Resources (See Amendment 000 for source of funding for SEFA reporting)

## FUNDING INFORMATION

**Amount Obligated by this Amendment:** $19,621
**Total Intended Award Amount:** $349,958
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $369,579

## PROJECT PERSONNEL

**Principal Investigator:** Angela N Google     **Email:** angela.google@uri.edu     **Organization:** UNIVERSITY OF RHODE ISLAND

## NSF CONTACT INFORMATION

**Managing Grants Official** (Primary Contact)
**Name:** Khoren Claiborne
**Email:** kclaibor@nsf.gov
**Phone:** (703) 292-2313

**Awarding Official**
**Name:** LeVar R. Farrior
**Email:** lfarrior@nsf.gov

**Managing Program Officer**
**Name:** Jennifer Ellen Lewis
**Email:** jenlewis@nsf.gov
**Phone:** (703) 292-7340

## GENERAL TERMS AND CONDITIONS

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75) and is subject to Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 05/20/2024, available at https://www.nsf.gov/awards/managing/rtc.jsp.

## BUDGET

| A. Senior Personnel | |
|---|---|
| Senior Personnel Count | 2.00 |
| Senior Personnel Calendar Months | 0.00 |
| Senior Personnel Academic Months | 0.00 |
| Senior Personnel Summer Months | 0.00 |

| | |
|---|---|
| Senior Personnel Amount | $0 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 0.00 |
| Post Doctoral Calendar Months | 0.00 |
| Post Doctoral Academic Months | 0.00 |
| Post Doctoral Summer Months | 0.00 |
| Post Doctoral Amount | $0 |
| **Other Professionals** | |
| Other Professionals Count | 0.00 |
| Other Professionals Calendar Months | 0.00 |
| Other Professionals Academic Months | 0.00 |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $0 |
| **Graduate Students** | |
| Graduate Students Count | 0.00 |
| Graduate Students Amount | $0 |
| **Undergraduate Students** | |
| Undergraduate Students Count | 0.00 |
| Undergraduate Students Amount | $0 |
| **Secretarial - Clerical** | |
| Secretarial - Clerical Count | 0.00 |
| Secretarial - Clerical Amount | $0 |
| **Other** | |
| Other Count | 0.00 |
| Other Amount | $0 |
| *Total Salaries and Wages (A+B)* | $0 |
| **C. Fringe Benefits** | $0 |
| *Total Salaries, Wages, Fringe Benefits (A + B + C)* | $0 |
| **D. Equipment** | $0 |
| **E. Travel** | |
| Domestic | $0 |
| International | $0 |
| **F. Participant Support Costs** | |
| Participant Support Costs Stipends | $10,200 |

| | |
|---|---|
| Participant Support Costs Travel | $1,509 |
| Participant Support Costs Subsistence | $0 |
| Participant Support Costs Other | $7,912 |
| Total Number of Participants | 2.00 |
| *Total Participant Costs (F)* | $19,621 |
| **G. Other Direct Costs** | |
| Materials Supplies | $0 |
| Publication Costs | $0 |
| Consultant Services | $0 |
| Computer Services | $0 |
| Subawards | $0 |
| Other | $0 |
| *Total Other Direct Costs (G)* | $0 |
| **H. Total Direct Costs (A Through G)** | **$19,621** |
| **I. Indirect Costs\*** | **$0** |
| **J. Total Direct and Indirect Costs (H + I)** | $19,621 |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$19,621** |
| **M. Cost Sharing Proposed Level** | $0 |

# Exhibit D



THE
UNIVERSITY
OF RHODE ISLAND

SPA URI <spauri@etal.uri.edu>

## NSF Award Notice for Award ID 2327257 - Amendment ID 000

1 message

**dmartin@nsf.gov** <dmartin@nsf.gov>                                    Thu, Sep 7, 2023 at 9:47 AM
To: SPAURI@etal.uri.edu
Cc: ajjenkin@nsf.gov, anixon@nsf.gov, bfair@nsf.gov, ccruz@nsf.gov, evaldezward@uri.edu, jhuntoon@nsf.gov, lchester@nsf.gov, lhollowa@nsf.gov, rcraven@nsf.gov, snclark@nsf.gov, sshah@nsf.gov

---

### NATIONAL SCIENCE FOUNDATION

**Award Notice**

**Award Number (FAIN):** 2327257

**Managing Division Abbreviation:** DGE                          **Amendment Number:** 000

#### RECIPIENT INFORMATION

**Recipient (Legal Business Name):** UNIVERSITY OF RHODE ISLAND
**Recipient Address:** 75 LOWER COLLEGE RD RM 103 KINGSTON, RI 02881-1974
**Official Recipient Email Address:** SPAURI@ETAL.URI.EDU
**Unique Entity Identifier (UEI):** CJDNG9D14MW7

#### AMENDMENT INFORMATION

**Amendment Type:** New Project
**Amendment Date:** 09/07/2023
**Amendment Number:** 000
**Proposal Number:** 2327257
**Amendment Description:**

The National Science Foundation hereby awards a Standard Grant for support of the project described in the proposal referenced above as modified by revised budget dated 06/22/2023, email dated 06/20/2023, and letter dated 04/10/2023.

No work with human subjects, including recruitment, may be conducted under this protocol or grant until IRB approval has been obtained.

The indirect cost rate(s) for this award is 26%. These rates are at the time of award and are based upon the budget submitted to the NSF. It does not include any out-year adjustments. The NSF will not modify awards simply to correct indirect cost rates cited in the award notice. See the Proposal & Award Policies & Procedures Guide (PAPPG) Chapter X.A.3.a. for guidance on re-budgeting authority.

Please disregard the below section on *Indirect Cost Rates.

**AWARD INFORMATION**

**Award Number (FAIN):** 2327257
**Award Instrument:** Standard Grant
**Award Date:** 09/07/2023
**Award Period of Performance:**   Start Date: 03/01/2024     End Date: 02/28/2026
**Project Title:** Postdoctoral Fellowship: STEMEdIPRF: Scholars in the Margins: Historically Excluded Postdoctoral Experiences in STEM
**Managing Division Abbreviation:** DGE
**Research and Development Award:** Yes
**Funding Opportunity:** NSF 23-544 Science, Technology, Engineering and Mathematics (STEM) Education Individual Postdoctoral Research Fellowships
**Assistance Listing Number(s) and Name(s):** 47.076 Education and Human Resources (Predominant source of funding for SEFA reporting)

**FUNDING INFORMATION**

**Amount Obligated by this Amendment:** $328,223
**Total Intended Award Amount:** $328,223
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $328,223
**Expenditure Limitation:** Not Applicable

**PROJECT PERSONNEL**

**Principal Investigator:** Evelyn Valdez-Ward      **Email:** evaldezward@uri.edu      **Organization:** UNIVERSITY OF RHODE ISLAND

**NSF CONTACT INFORMATION**

**Managing Grants Official** (Primary Contact)
**Name:** Denise M. Martin
**Email:** dmartin@nsf.gov
**Phone:** (703) 292-4808

**Awarding Official**
**Name:** Denise M. Martin
**Email:** dmartin@nsf.gov

**Managing Program Officer**
**Name:** Andrea Nixon
**Email:** anixon@nsf.gov
**Phone:** (703) 292-2321

**GENERAL TERMS AND CONDITIONS**

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75) and is subject to Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 01/30/2023, available at https://www.nsf.gov/awards/managing/rtc.jsp.

This award is made in accordance with the provisions of NSF Solicitation: NSF 23-544 Science, Technology, Engineering and Mathematics (STEM) Education Individual Postdoctoral Research Fellowships.

**BUDGET**

| A. Senior Personnel | |
|---|---|
| Senior Personnel Count | 1.00 |
| Senior Personnel Calendar Months | 24.00 |
| Senior Personnel Academic Months | 0.00 |
| Senior Personnel Summer Months | 0.00 |
| Senior Personnel Amount | $140,000 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 0.00 |
| Post Doctoral Calendar Months | 0.00 |
| Post Doctoral Academic Months | 0.00 |
| Post Doctoral Summer Months | 0.00 |
| Post Doctoral Amount | $0 |
| **Other Professionals** | |
| Other Professionals Count | 0.00 |
| Other Professionals Calendar Months | 0.00 |
| Other Professionals Academic Months | 0.00 |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $0 |
| **Graduate Students** | |
| Graduate Students Count | 2.00 |
| Graduate Students Amount | $6,825 |
| **Undergraduate Students** | |
| Undergraduate Students Count | 1.00 |
| Undergraduate Students Amount | $1,445 |
| **Secretarial - Clerical** | |
| Secretarial - Clerical Count | 0.00 |
| Secretarial - Clerical Amount | $0 |
| **Other** | |
| Other Count | 0.00 |
| Other Amount | $0 |
| *Total Salaries and Wages (A+B)* | $148,270 |
| **C. Fringe Benefits** | $90,262 |
| *Total Salaries, Wages, Fringe Benefits (A +* | $238,532 |

| | |
|---|---|
| *B + C)* | |
| **D. Equipment** | $0 |
| **E. Travel** | |
|   Domestic | $6,620 |
|   International | $0 |
| **F. Participant Support Costs** | |
|   Participant Support Costs Stipends | $0 |
|   Participant Support Costs Travel | $0 |
|   Participant Support Costs Subsistence | $0 |
|   Participant Support Costs Other | $0 |
|   Total Number of Participants | 0.00 |
|   *Total Participant Costs (F)* | $0 |
| **G. Other Direct Costs** | |
|   Materials Supplies | $1,199 |
|   Publication Costs | $3,000 |
|   Consultant Services | $0 |
|   Computer Services | $2,938 |
|   Subawards | $0 |
|   Other | $8,205 |
| *Total Other Direct Costs (G)* | $15,342 |
| **H. Total Direct Costs (A Through G)** | **$260,494** |
| **I. Indirect Costs\*** | **$67,729** |
| **J. Total Direct and Indirect Costs (H + I)** | $328,223 |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$328,223** |
| **M. Cost Sharing Proposed Level** | $0 |

\*Indirect Cost Rates

  The indirect cost rate(s) for this award is/are not available. These rates are at the time of award and are based upon the budget submitted to the NSF. It does not include any out-year adjustments. The NSF will not modify awards simply to correct indirect cost rates cited in the award notice. See the Proposal & Award Policies & Procedures Guide (PAPPG) Chapter X.A.3.a. for guidance on re-budgeting authority.

# Exhibit E

3/5/24, 1:28 PM
Case 1:25-cv-04452-JPC Document 1-52 Filed 05/28/25 Page 52 of 104
University of Rhode Island Mail - NSF Award Notice for Award ID 2422305 - Amendment I...

THE
**UNIVERSITY**
OF RHODE ISLAND

SPA URI <spauri@etal.uri.edu>

# NSF Award Notice for Award ID 2422305 - Amendment ID 000
1 message

**vlrichar@nsf.gov** <vlrichar@nsf.gov>
To: SPAURI@etal.uri.edu
Cc: ahobbs@nsf.gov, apatullo@nsf.gov, dwmason@nsf.gov, hanperry@nsf.gov, kristy.lewis@uri.edu, pmeng@nsf.gov, wfrancis@nsf.gov

Tue, Mar 5, 2024 at 7:36 AM

## NATIONAL SCIENCE FOUNDATION

**Award Notice**

**Award Number (FAIN):** 2422305

**Managing Division Abbreviation:** DBI

**Amendment Number:** 000

### ORIGINAL AWARD INFORMATION

**Recipient (Legal Business Name):** THE UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES
**Recipient Address:** 4000 CENTRAL FLORIDA BLVD ORLANDO, FL 32816-8005
**Official Recipient Email Address:** celeste.rivera-nunez@ucf.edu
**Unique Entity Identifier (UEI):** RD7MXJV7DKT9

**Award Number (FAIN):** 2233700
**Award Period of Performance:** Start Date: 05/15/2023 End Date: 04/30/2027
**Revised End Date:** 03/31/2024

### RECIPIENT INFORMATION

**Recipient (Legal Business Name):** UNIVERSITY OF RHODE ISLAND
**Recipient Address:** 75 LOWER COLLEGE RD RM 103 KINGSTON, RI 02881-1974
**Official Recipient Email Address:** SPAURI@ETAL.URI.EDU
**Unique Entity Identifier (UEI):** CJDNG9D14MW7

### AMENDMENT INFORMATION

**Amendment Type:** PI Transfer
**Amendment Date:** 03/05/2024
**Amendment Number:** 000
**Proposal Number:** 2422305
**Amendment Description:**

The award transfer referenced in this notice has been approved by NSF. Acceptance of this transfer award constitutes the recipient organization's agreement to assume responsibility for completion of the project effort and to administer the award from the agreed upon transfer date, noted on the NSF Grant Transfer Request, to completion of the project in accordance with any award-specific terms and conditions and the general terms and conditions contained in this notice.

NSF authorization to enter into the proposed subaward arrangement is being withheld pending submission of subaward information described in the applicable award terms and conditions in effect at the time of this award amendment.

It is the grantee's responsibility to ensure that any human subjects work conducted under this award has an Institutional Review Board (IRB) approval, where required, and that such approval remains valid at all times that human subjects work is conducted under the award. Failure to comply with this condition will result in suspension and/or termination of the award.

**AWARD INFORMATION**

**Award Number (FAIN):** 2422305
**Award Instrument:** Standard Grant
**Award Date:** 03/05/2024
**Award Period of Performance:**   Start Date: 02/01/2024    End Date: 04/30/2027
**Project Title:** Collaborative Research: IMPLEMENTATION: C-COAST: Changing the Culture of our Occupations to Achieve Systemic Transformation
**Managing Division Abbreviation:** DBI
**Research and Development Award:** Yes
**Funding Opportunity:** NSF 22-542 Leading Culture Change Through Professional Societies of Biology
**Assistance Listing Number(s) and Name(s):** 47.074 Biological Sciences (Predominant source of funding for SEFA reporting)

**FUNDING INFORMATION**

**Amount Obligated by this Amendment:** $106,151
**Total Intended Award Amount:** $127,883
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $106,151

**PROJECT PERSONNEL**

**Principal Investigator:** Kristy Lewis     **Email:** kristy.lewis@uri.edu          **Organization:** UNIVERSITY OF RHODE ISLAND

**NSF CONTACT INFORMATION**

**Managing Grants Official** (Primary Contact)
**Name:** Termia M. Millard
**Email:** tmillard@nsf.gov
**Phone:** (703) 292-7074

**Awarding Official**
**Name:** Vanessa L. Richardson
**Email:** vlrichar@nsf.gov

**Managing Program Officer**
**Name:** Wilson A. Francisco
**Email:** wfrancis@nsf.gov
**Phone:** (703) 292-7856

**GENERAL TERMS AND CONDITIONS**

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75) and is subject to Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 01/30/2023, available at https://www.nsf.gov/awards/managing/rtc.jsp.

This award is made in accordance with the provisions of NSF Solicitation: NSF 22-542 Leading Culture Change Through Professional Societies of Biology.

**BUDGET**

| A. Senior Personnel | |
|---|---|
| Senior Personnel Count | 1.00 |
| Senior Personnel Calendar Months | 3.75 |
| Senior Personnel Academic Months | 0.00 |
| Senior Personnel Summer Months | 0.00 |
| Senior Personnel Amount | $38,509 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 0.00 |
| Post Doctoral Calendar Months | 0.00 |
| Post Doctoral Academic Months | 0.00 |
| Post Doctoral Summer Months | 0.00 |
| Post Doctoral Amount | $0 |
| **Other Professionals** | |
| Other Professionals Count | 0.00 |
| Other Professionals Calendar Months | 0.00 |
| Other Professionals Academic Months | 0.00 |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $0 |
| **Graduate Students** | |
| Graduate Students Count | 0.00 |
| Graduate Students Amount | $0 |
| **Undergraduate Students** | |
| Undergraduate Students Count | 0.00 |
| Undergraduate Students Amount | $0 |
| **Secretarial - Clerical** | |
| Secretarial - Clerical Count | 0.00 |

| | |
|---|---|
| Secretarial - Clerical Amount | $0 |
| **Other** | |
| Other Count | 0.00 |
| Other Amount | $0 |
| *Total Salaries and Wages (A+B)* | $38,509 |
| **C. Fringe Benefits** | $0 |
| *Total Salaries, Wages, Fringe Benefits (A + B + C)* | $38,509 |
| **D. Equipment** | $0 |
| **E. Travel** | |
| Domestic | $0 |
| International | $0 |
| **F. Participant Support Costs** | |
| Participant Support Costs Stipends | $0 |
| Participant Support Costs Travel | $0 |
| Participant Support Costs Subsistence | $0 |
| Participant Support Costs Other | $0 |
| Total Number of Participants | 0.00 |
| *Total Participant Costs (F)* | $0 |
| **G. Other Direct Costs** | |
| Materials Supplies | $0 |
| Publication Costs | $0 |
| Consultant Services | $0 |
| Computer Services | $0 |
| Subawards | $0 |
| Other | $35,582 |
| *Total Other Direct Costs (G)* | $35,582 |
| **H. Total Direct Costs (A Through G)** | **$74,091** |
| **I. Indirect Costs\*** | **$32,060** |
| **J. Total Direct and Indirect Costs (H + I)** | **$106,151** |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$106,151** |
| **M. Cost Sharing Proposed Level** | $0 |
| | |

Total Amount of Request

The **Total Amount of Request** (Budget Line L) may differ from the **Amount Obligated by this Amendment** (Funding Information section) due to rounding. The **Amount Obligated by this Amendment** is the amount obligated in the NSF financial system for this award.

*Indirect Cost Rates

| Item Name | Indirect Cost Rate |
|-----------|--------------------|
| MTDC | 46.0000% |

These rates are at the time of award and are based upon the budget submitted to the NSF. It does not include any out-year adjustments. The NSF will not modify awards simply to correct indirect cost rates cited in the award notice. See the Proposal & Award Policies & Procedures Guide (PAPPG) Chapter X.A.3.a. for guidance on re-budgeting authority.

# Exhibit F



THE
**UNIVERSITY**
OF RHODE ISLAND

SPA URI <spauri@etal.uri.edu>

## NSF Award Notice for Award ID 2415563 - Amendment ID 000
1 message

**tshields@nsf.gov** <tshields@nsf.gov>                                        Wed, Jul 10, 2024 at 4:49 PM
To: SPAURI@etal.uri.edu
Cc: adapedo@nsf.gov, cmcgee@nsf.gov, imcghee@nsf.gov, kendallmoore@uri.edu, martha_merson@terc.edu,
sdiggs@nsf.gov, smiller@nsf.gov, tdancste@nsf.gov

---

### NATIONAL SCIENCE FOUNDATION

**Award Notice**

**Award Number (FAIN):** 2415563

**Managing Division Abbreviation:** DRL                                        **Amendment Number:** 000

#### RECIPIENT INFORMATION

**Recipient (Legal Business Name):** UNIVERSITY OF RHODE ISLAND
**Recipient Address:** 75 LOWER COLLEGE RD RM 103 KINGSTON, RI 02881-1974
**Official Recipient Email Address:** SPAURI@ETAL.URI.EDU
**Unique Entity Identifier (UEI):** CJDNG9D14MW7

#### AMENDMENT INFORMATION

**Amendment Type:** New Project
**Amendment Date:** 07/10/2024
**Amendment Number:** 000
**Proposal Number:** 2415563
**Amendment Description:**

The National Science Foundation hereby awards a Standard Grant for support of the project described in the
proposal referenced above.

Funds provided for participant support may not be diverted by the awardee to other categories of expense without
the prior written approval of the cognizant NSF Program Officer. Since participant support cost is not a normal
account classification, the awardee organization must be able to separately identify participant support costs. It is
highly recommended that separate accounts, sub-accounts, sub-task, or sub-ledgers be established to accumulate
these costs. The awardee should have written policies and procedures to segregate participant support costs.

Costs of entertainment, amusement, diversion and social activities, and any costs directly associated with such
activities (such as meals, lodging, rentals, transportation and gratuities) are unallowable. When certain meals are an
integral and necessary part of a conference or meeting (i.e., working meals where business is transacted), grant
funds may be used for such meals. Grant funds may also be used to furnish a reasonable amount of coffee or soft
drinks for conference or meeting participants and attendees during coffee breaks.

No NSF funds may be spent on meals or coffee breaks for intramural meetings of an organization or any of its
components, including, but not limited to, laboratories, departments and centers.

The Foundation authorizes the awardee to enter into the proposed subaward arrangement. The subaward agreement should contain appropriate provisions in accordance with the award terms and conditions in effect at the time of this award amendment, and contain any special conditions included in this award.

It is the grantee's responsibility to ensure that any human subjects work conducted under this award has an Institutional Review Board (IRB) approval, where required, and that such approval remains valid at all times that human subjects work is conducted under the award.  Failure to comply with this condition will result in suspension and/or termination of the award.

**AWARD INFORMATION**

**Award Number (FAIN):** 2415563
**Award Instrument:** Standard Grant
**Award Date:** 07/10/2024
**Award Period of Performance:**   Start Date: 09/15/2024    End Date: 08/31/2025
**Project Title:** Fostering Partnerships Between Community Leaders and Informal STEM Learning Institutions: Co-Constructing Research on Films for Racial Equity Dialogue
**Managing Division Abbreviation:** DRL
**Research and Development Award:** Yes
**Funding Opportunity:** NSF 22-626 Advancing Informal STEM Learning
**Assistance Listing Number(s) and Name(s):** 47.076 Education and Human Resources (Predominant source of funding for SEFA reporting)

**FUNDING INFORMATION**

**Amount Obligated by this Amendment:** $149,433
**Total Intended Award Amount:** $149,433
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $149,433
**Expenditure Limitation:** Not Applicable

**PROJECT PERSONNEL**

**Principal Investigator:** Kendall Moore

**Email:** kendallmoore@uri.edu

**Organization:** UNIVERSITY OF RHODE ISLAND

**co-Principal Investigator:** Martha Merson

**Email:** martha_merson@terc.edu

**Organization:** TERC, INC.

**NSF CONTACT INFORMATION**

**Managing Grants Official**
(Primary Contact)
**Name:** Tracy N. Shields
**Email:** tshields@nsf.gov
**Phone:** (703) 292-4882

**Awarding Official**
**Name:** Tracy N. Shields
**Email:** tshields@nsf.gov

**Managing Program Officer**
**Name:** Toni Nicole Dancstep
**Email:** tdancste@nsf.gov
**Phone:** (703) 292-7922

**GENERAL TERMS AND CONDITIONS**

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75) and is subject to Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 05/20/2024, available at https://www.nsf.gov/awards/managing/rtc.jsp.

This award is made in accordance with the provisions of NSF Solicitation: NSF 22-626 Advancing Informal STEM Learning.

**BUDGET**

| A. Senior Personnel | |
|---|---|
| Senior Personnel Count | 1.00 |
| Senior Personnel Calendar Months | 1.00 |
| Senior Personnel Academic Months | 0.00 |
| Senior Personnel Summer Months | 0.00 |
| Senior Personnel Amount | $7,548 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 0.00 |
| Post Doctoral Calendar Months | 0.00 |
| Post Doctoral Academic Months | 0.00 |
| Post Doctoral Summer Months | 0.00 |
| Post Doctoral Amount | $0 |
| **Other Professionals** | |
| Other Professionals Count | 1.00 |
| Other Professionals Calendar Months | 1.00 |
| Other Professionals Academic Months | 0.00 |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $4,736 |
| **Graduate Students** | |
| Graduate Students Count | 0.00 |
| Graduate Students Amount | $0 |
| **Undergraduate Students** | |
| Undergraduate Students Count | 0.00 |
| Undergraduate Students Amount | $0 |
| **Secretarial - Clerical** | |
| Secretarial - Clerical Count | 0.00 |

| | |
|---|---|
| Secretarial - Clerical Amount | $0 |
| **Other** | |
| Other Count | 0.00 |
| Other Amount | $0 |
| *Total Salaries and Wages (A+B)* | $12,284 |
| **C. Fringe Benefits** | $0 |
| *Total Salaries, Wages, Fringe Benefits (A + B + C)* | $12,284 |
| **D. Equipment** | $0 |
| **E. Travel** | |
| Domestic | $30,000 |
| International | $0 |
| **F. Participant Support Costs** | |
| Participant Support Costs Stipends | $4,000 |
| Participant Support Costs Travel | $0 |
| Participant Support Costs Subsistence | $5,000 |
| Participant Support Costs Other | $0 |
| Total Number of Participants | 20.00 |
| *Total Participant Costs (F)* | $9,000 |
| **G. Other Direct Costs** | |
| Materials Supplies | $680 |
| Publication Costs | $0 |
| Consultant Services | $26,200 |
| Computer Services | $0 |
| Subawards | $20,000 |
| Other | $0 |
| *Total Other Direct Costs (G)* | $46,880 |
| **H. Total Direct Costs (A Through G)** | **$98,164** |
| **I. Indirect Costs\*** | **$51,269** |
| **J. Total Direct and Indirect Costs (H + I)** | $149,433 |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$149,433** |
| **M. Cost Sharing Proposed Level** | $0 |
| | |

\*Indirect Cost Rates

| Item Name | Indirect Cost Rate |
|-----------|-------------------|
| University of Rhode Island | 57.5000% |

These rates are at the time of award and are based upon the budget submitted to the NSF. It does not include any out-year adjustments. The NSF will not modify awards simply to correct indirect cost rates cited in the award notice. See the Proposal & Award Policies & Procedures Guide (PAPPG) Chapter X.A.3.a. for guidance on re-budgeting authority.

# Exhibit G



Theodore Myatt <tedmyatt@uri.edu>

## Fwd: NSF Award Notice for Award ID 2115971 - Amendment ID 000
1 message

**SPA URI** <spauri@etal.uri.edu>                                                                                    Tue, Jul 20, 2021 at 2:28 PM
To: Jean Gentile <jgentile@uri.edu>, Theodore Myatt <tedmyatt@uri.edu>

This will need a shell

---------- Forwarded message ---------
From: <lfarrior@nsf.gov>
Date: Fri, Jul 16, 2021 at 2:35 PM
Subject: NSF Award Notice for Award ID 2115971 - Amendment ID 000
To: <SPAURI@etal.uri.edu>
Cc: <adestruli@nsf.gov>, <cmcgee@nsf.gov>, <imcghee@nsf.gov>, <kclaibor@nsf.gov>, <sallen@nsf.gov>, <sdiggs@nsf.gov>, <smiller@nsf.gov>, <sunshine@uri.edu>

---

### NATIONAL SCIENCE FOUNDATION

#### Award Notice

**Award Number (FAIN):** 2115971

**Managing Division Abbreviation:** DRL                                                          **Amendment Number:** 000

**AWARDEE INFORMATION**

**Award Recipient:** University of Rhode Island
**Awardee Address:** Research Office 70 Lower College Road Kingston, RI 02881-1967
**Official Awardee Email Address:** SPAURI@ETAL.URI.EDU
**Unique Entity Identifier (DUNS ID):** 144017188

**AMENDMENT INFORMATION**

---

**Amendment Type:** New Project
**Amendment Date:** 07/16/2021
**Amendment Number:** 000
**Proposal Number:** 2115971
**Amendment Description:**

The National Science Foundation hereby awards a Continuing Grant for support of the project described in the proposal referenced above as modified by revised budget dated 06/22/2021.

PIs are required to submit the final Summative Evaluation of or other knowledge-building product(s) from the project for posting to the web site http://www.informalscience.org (or other sites designated by AISL) as part of submission of the Final Report. Final reports will not be approved before the summative evaluation/knowledge-building products are posted for the project.

As a condition of this award, the grantee agrees to work with an NSF third-party evaluator for the purpose of program evaluation.

Broadcasts and all other materials produced as a part of this project, including digital media and World Wide Web pages, must include a clear indication of the source of support and must include the NSF logo all in a manner to be approved by NSF. NSF credits normally should be included at both the heads and tails of both broadcast and non-broadcast programs and placed on the cover of cover of publications. All promotional materials for the project produced under the control of the grantee must include NSF funding credit. All television programs must have closed captions encoded on the master and broadcast with closed captions.

The award is subject to the Memorandum of Agreement (MOA) between the National Science Foundation (NSF) and the Bureau of International Information Programs (IIP) of the U.S. Department of State Concerning Cooperation and Partnership in the Dissemination Overseas of NSF-supported STEM-related Films. AISL grantees with film, television program, and related projects may be contacted by the State Department to provide access to a high-resolution master copy of their media to IIP pursuant to NSF's government license. IIP shall cover any expenses associated with obtaining copies of NSF-funded films and other media and delivering copies to U.S. Embassies, Consulates, and American Spaces.

Fiscal Year 2021 and 2022 budgets have been combined in this award. It is still the grantee's responsibility to submit an annual project report in accordance with the NSF Research Terms and Conditions (RTCs) dated November 12, 2020, and NSF Agency Specific Requirements, dated November 12, 2020.

No work with human subjects, including recruitment, may be conducted under this protocol or grant until IRB approval has been obtained.

Funds provided for participant support may not be diverted by the awardee to other categories of expense without the prior written approval of the cognizant NSF Program Officer. Since participant support cost is not a normal account classification, the awardee organization must be able to separately identify participant support costs. It is highly recommended that separate accounts, sub-accounts, sub-task, or sub-ledgers be established to accumulate these costs. The awardee should have written policies and procedures to segregate participant support costs.

Costs of entertainment, amusement, diversion and social activities, and any costs directly associated with such costs (such as meals, lodging, rentals, transportation and gratuities) are unallowable. When certain meals are an integral and necessary part of a conference or meeting (i.e., working meals where business is transacted), grant funds may be used for such meals. Grant funds may also be used to furnish a reasonable amount of coffee or soft drinks for conference or meeting participants and attendees during coffee breaks. No NSF funds may be spent on meals or coffee breaks for intramural meetings of an organization or any of its components, including, but not limited to, laboratories, departments and centers.

**AWARD INFORMATION**

**Award Number (FAIN):** 2115971
**Award Instrument:** Continuing Grant
**Award Date:** 07/16/2021
**Award Period of Performance:**   Start Date: 09/01/2021    End Date: 08/31/2026
**Project Title:** Intercultural Science Communication Research and Training to Broaden Participation Among Historically Minoritized Science Practitioners
**Managing Division Abbreviation:** DRL
**Research and Development Award:** Yes
**Funding Opportunity:** NSF 20-607 Advancing Informal STEM Learning
**CFDA Number and Name:** 47.076 Education and Human Resources

**FUNDING INFORMATION**

**Amount Obligated by this Amendment:** $739,492
**Total Intended Award Amount:** $1,696,109
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $739,492
**Expenditure Limitation:** Not Applicable

Contingent on the availability of funds and scientific progress of the project, NSF expects to continue support at approximately the following level:

| Fiscal Year | Increment Amount |
| --- | --- |
| 2023 | $374,132 |
| 2024 | $375,337 |
| 2025 | $207,148 |

**PROJECT PERSONNEL**

**Principal Investigator:** Sunshine Menezes          **Email:** sunshine@uri.edu          **Institution:** University of Rhode Island

**COLLABORATIVE INFORMATION**

| Proposal ID | Lead | PI Name | Institution |
| --- | --- | --- | --- |
| 2115971 | Y | Sunshine Menezes | University of Rhode Island |
| 2115522 | N | Bruno Takahashi | Michigan State University |

**NSF CONTACT INFORMATION**

**Managing Grants Official** (Primary Contact)
**Name:** Cartia Brown-Morgan
**Email:** cbrownmo@nsf.gov

**Awarding Official**
**Name:** LeVar R. Farrior
**Email:** lfarrior@nsf.gov

**Managing Program Officer**
**Name:** Arlene M. de Strulle
**Email:** adestrul@nsf.gov

**GENERAL TERMS AND CONDITIONS**

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75) and is subject to Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 11/12/2020, available at https://www.nsf.gov/awards/managing/rtc.jsp.

This award is made in accordance with the provisions of NSF Solicitation: NSF 20-607 Advancing Informal STEM Learning.

**BUDGET**

| A. Senior Personnel | |
|---|---|
| Senior Personnel Count | 10.00 |
| Senior Personnel Calendar Months | 8.50 |
| Senior Personnel Academic Months | 0.00 |
| Senior Personnel Summer Months | 5.00 |
| Senior Personnel Amount | $91,864 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 2.00 |
| Post Doctoral Calendar Months | 24.00 |
| Post Doctoral Academic Months | 0.00 |

| | |
|---|---|
| Post Doctoral Summer Months | 0.00 |
| Post Doctoral Amount | $109,133 |
| **Other Professionals** | |
| Other Professionals Count | 2.00 |
| Other Professionals Calendar Months | 4.00 |
| Other Professionals Academic Months | 0.00 |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $21,484 |
| **Graduate Students** | |
| Graduate Students Count | 1.00 |
| Graduate Students Amount | $13,670 |
| **Undergraduate Students** | |
| Undergraduate Students Count | 2.00 |
| Undergraduate Students Amount | $11,500 |
| **Secretarial - Clerical** | |
| Secretarial - Clerical Count | 0.00 |
| Secretarial - Clerical Amount | $0 |
| **Other** | |
| Other Count | 0.00 |
| Other Amount | $0 |
| *Total Salaries and Wages (A+B)* | $247,651 |
| **C. Fringe Benefits** | $108,685 |
| *Total Salaries, Wages, Fringe Benefits (A + B + C)* | $356,336 |
| **D. Equipment** | $0 |
| **E. Travel** | |
| Domestic | $7,780 |
| International | $0 |

| **F. Participant Support Costs** | |
|---|---|
| Participant Support Costs Stipends | $100,000 |
| Participant Support Costs Travel | $27,200 |
| Participant Support Costs Subsistence | $4,310 |
| Participant Support Costs Other | $2,400 |
| Total Number of Participants | 20.00 |
| *Total Participant Costs (F)* | $133,910 |
| **G. Other Direct Costs** | |
| Materials Supplies | $2,981 |
| Publication Costs | $0 |
| Consultant Services | $2,500 |
| Computer Services | $0 |
| Subawards | $0 |
| Other | $14,900 |
| *Total Other Direct Costs (G)* | $20,381 |
| **H. Total Direct Costs (A Through G)** | **$518,407** |
| **I. Indirect Costs\*** | **$221,085** |
| **J. Total Direct and Indirect Costs (H + I)** | $739,492 |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$739,492** |
| **M. Cost Sharing Proposed Level** | $0 |

\*Indirect Cost Rates

| Item Name | Indirect Cost Rate |
|---|---|
| Fringe | 57.5000% |
| Other Direct Costs | 57.5000% |

| Personnel | 57.5000% |
|-----------|----------|
| Travel | 57.5000% |

These rates are at the time of award and are based upon the budget submitted to the NSF. It does not include any out-year adjustments. The NSF will not modify awards simply to correct indirect cost rates cited in the award notice. See the Proposal & Award Policies & Procedures Guide (PAPPG) Chapter X.A.3.a. for guidance on re-budgeting authority.



**sunshine.pdf**
10878K

# Exhibit H

# FDP Cost Reimbursement Subaward

| **Federal Awarding Agency:** | National Science Foundation (NSF) |
| --- | --- |

| **Pass-Through Entity (PTE):** | **Subrecipient:** |
| --- | --- |
| University of Connecticut | University of Rhode Island |

| PTE PI: Carl Lejuez | Sub PI: Walter Besio |
| --- | --- |

| PTE Federal Award No: 2110083 | Subaward No: 147203923 |
| --- | --- |

Project Title: Louis Stokes Renewal STEM Pathways and Research Alliance:Northeast LSAMP Alliance 2021-2026

| Subaward Budget Period:<br>Start: 09/01/2021      End: 08/31/2022 | Amount Funded This Action (USD): $ 46,272.00 |
| --- | --- |
| Estimated Period of Performance:<br>Start: 09/01/2021      End: 08/31/2026 | Incrementally Estimated Total (USD): $ 248,073.00 |

## Terms and Conditions

1.  PTE hereby awards a cost reimbursable subaward, (as determined by 2 CFR 200.331), to Subrecipient. The Statement of Work and budget for this Subaward are as shown in Attachment 5. In its performance of Subaward work, Subrecipient shall be an independent entity and not an employee or agent of PTE.

2.  Subrecipient shall submit invoices not more often than monthly and not less frequently than quarterly for allowable costs incurred. Upon the receipt of proper invoices, the PTE agrees to process payments in accordance w h this Subaward and 2 CFR 200.305. All invoices shall be submitted using Subrecipient's standard invoice, but at a minimum shall include current and cumulative costs (including cost sharing), breakdown by major cost category, Subaward number, and certification, as required in 2 CFR 200.415(a). Invoices that do not reference PTE Subaward number shall be returned to Subrecipient. Invoices and questions concerning invoice receipt or payments shall be directed to the party's Financial          Contact, shown in Attachment 3A.

3.  A final statement of cumulative costs incurred, including cost sharing, marked "FINAL" must be submitted to PTE's Financial          Contact, as shown in Attachment 3A, not later than 60 days after the final Budget Period end date. The final statement of costs shall constitute Subrecipient's final financial report.

4.  All payments shall be considered provisional and are subject to adjustment within the total estimated cost in the event such adjustment is necessary as a result of an adverse audit finding against the Subrecipient.

5.  Matters concerning the technical performance of this Subaward shall be directed to the appropriate party's Principal Investigator as shown in Attachments 3A and 3B. Technical reports are required as shown in Attachment 4.

6.  Matters concerning the request or negotiation of any changes in the terms, conditions, or amounts cited in this Subaward, and any changes requiring prior approval, shall be directed to the PTE's Administrative          Contact and the Subrecipient's Authorized Official          Contact shown in Attachments 3A and 3B. Any such change made to this Subaward requires the written approval of each party's Authorized Official as shown in Attachments 3A and 3B.

7.  The PTE may issue non-substantive changes to the Budget Period(s) and Budget Bilaterally          . Unilateral modification shall be considered valid 14 days after receipt unless otherwise indicated by Subrecipient when sent to Subrecipient's Authorized Official          Contact, as shown in Attachment 3B.

8.  Each party shall be responsible for its negligent acts or omissions and the negligent acts or omissions of its employees, officers, or directors, to the extent allowed by law.

9.  Either party may terminate this Subaward with 30 days written notice. Notwithstanding, if the Awarding Agency terminates the Federal Award, PTE will terminate in accordance with Awarding Agency requirements. PTE notice shall be directed to the Authorized Official          Contact, and Subrecipient notice shall be directed to the Authorized Official          Contact as shown in Attachments 3A and 3B. PTE shall pay Subrecipient for termination costs as allowable under Uniform Guidance, 2 CFR 200, or 45 CFR Part 75 Appendix IX, as applicable

10. By signing this Subaward, including the attachments hereto which are hereby incorporated by reference, Subrecipient certifies that it will perform the Statement of Work in accordance with the terms and conditions of this Subaward and the applicable terms of the Federal Award, including the appropriate Research Terms and Conditions ("RTCs") of the Federal Awarding Agency, as referenced in Attachment 2. The parties further agree that they intend this subaward to comply with all applicable laws, regulations, and requirements.

| By an Authorized Official of the PTE: | By an Authorized Official of the Subrecipient: |
| --- | --- |
| [signature]                    8\|12\|21 | Theodore A. Myatt  Digitally signed by Theodore A. Myatt<br>Date: 2021.08.11 14:37:42 -04'00' |
| Name: Mark Reeves          Date | Name: Theodore Myatt, Sc.D.          Date |
| Title: Director, Sponsored Program Contract Services | Title: Associate Vice President for Research Administration |

| Attachment 1<br>Certifications and Assurances | Subaward Number:<br>147203923 |
| --- | --- |

**Certification Regarding Lobbying (2 CFR 200.450)**
By signing this Subaward, the Subrecipient Authorized Official certifies, to the best of his/her knowledge and belief, that no Federal appropriated funds have been paid or will be paid, by or on behalf of the Subrecipient, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement in accordance with 2 CFR 200.450.

If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or intending to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the Subrecipient shall complete and submit Standard Form -LLL, "Disclosure Form to Report Lobbying," to the PTE.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by 31 U.S.C. 1352. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

**Debarment, Suspension, and Other Responsibility Matters (2 CFR 200.214 and 2 CFR 180)**
By signing this Subaward, the Subrecipient Authorized Official certifies, to the best of his/her knowledge and belief that neither the Subrecipient nor its principals are presently debarred, suspended, proposed for debarment, declared ineligible or voluntarily excluded from participation in this transaction by any federal department or agency, in accordance with 2 CFR 200.213 and 2 CFR 180.

**Audit and Access to Records**
Subrecipient certifies that it will provide PTE with notice of any adverse findings which impact this Subaward. Subrecipient certifies compliance with applicable provisions of 2 CFR 200.501-200.521. If Subrecipient is not required to have a Single Audit as defined by 200.501, Awarding Agency requirements, or the Single Audit Act, then Subrecipient will provide notice of the completion of any required audits and will provide access to such audits upon request. Subrecipient will provide access to records as required by parts 2 CFR 200.337 and 200.338 as applicable.

**Program for Enhancement of Contractor Employee Protections (41 U.S.C 4712)**
Subrecipient is hereby notified that they are required to: inform their employees working on any federal award that they are subject to the whistleblower rights and remedies of the program; inform their employees in writing of employee whistleblower protections under 41 U.S.C §4712 in the predominant native language of the workforce; and include such requirements in any agreement made with a subcontractor or subgrantee.

The Subrecipient shall require that the language of the certifications above in this Attachment 1 be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

**Use of Name**
Neither party shall use the other party's name, trademarks, or other logos in any publicity, advertising, or news release without the prior written approval of an authorized representative of that party. The parties agree that each party may use factual information regarding the existence and purpose of the relationship that is the subject of this Subaward for legitimate business purposes, to satisfy any reporting and funding obligations, or as required by applicable law or regulation without written permission from the other party. In any such statement, the relationship of the parties shall be accurately and appropriately described.

**Prohibition on Certain Telecommunication and Video Surveillance Services or Equipment**
Pursuant to 2 CFR 200.216, Subrecipient will not obligate or expend funds received under this Subaward to: (1) procure or obtain; (2) extend or renew a contract to procure or obtain; or (3) enter into a contract (or extend or renew a contract) to procure or obtain equipment, services, or systems that uses covered telecommunications equipment or services (as described in Public Law 115-232, section 889) as a substantial or essential component of any system, or as a critical technology as part of any system.

## Attachment 2
### Federal Award Terms and Conditions

Subaward Number

| 147203923 |

## Required Data Elements

The data elements required by Uniform
Guidance are incorporated | in the attached Federal Award. |

Awarding Agency Institute (If Applicable)

| |

| Federal Award Issue Date | FAIN | Assistance Listing No. |
|---|---|---|
| 06/11/21 | 2110083 | 47.076 |

### Assistance Listing Program Title (ALPT)

| Education and Human Resource |

### Key Personnel Per NOA

| |

## This Subaward Is:

■ Research & Development     ■ Subject to FFATA

## General Terms and Conditions

By signing this Subaward, Subrecipient agrees to the following:

1. To abide by the conditions on activities and restrictions on expenditure of federal funds in appropriations acts that are applicable to this Subaward to the extent those restrictions are pertinent. This includes any recent legislation noted on the Federal Awarding Agency's website:

   | https://www.nsf.gov/pubs/policydocs/pappg20_1/nsf20_1.pdf |

2. 2 CFR 200 and 2 CFR 2500.

3. The Federal Awarding Agency's grants policy guidance, including addenda in effect as of the beginning date of the period of performance or as amended found at:

   | http://www.nsf.gov/bfa/dias/policy/grants.jsp |

4. Research Terms and Conditions, including any Federal Awarding Agency's Specific Requirements found at:

   | https://www.nsf.gov/awards/managing/rtc.jsp |   except for the following :

   a. No-cost extensions require the written approval of the PTE. Any requests for a no-cost extension shall be directed to the | Administrative | Contact shown in Attachment 3A, not less than 30 days prior to the desired effective date of the requested change.

   b. Any payment mechanisms and financial reporting requirements described in the applicable Federal Awarding Agency Terms and Conditions and Agency-Specific Requirements are replaced with Terms and Conditions (1) through (4) of this Subaward; and

   c. Any prior approvals must be sought from the PTE and not the Federal Awarding Agency.

   d. Title to equipment as defined in 2 CFR 200.1 that is purchased or fabricated with research funds or Subrecipient cost sharing funds, as direct costs of the project or program, shall vest in the Subrecipient subject to the conditions specified in 2 CFR 200.313.

   e. Prior approval must be sought for a change in Subrecipient PI or change in Key Personnel (defined as listed on the NOA).

5. Treatment of program income: | Additive |

## Special Terms and Conditions:

**Data Sharing and Access:**
Subrecipient agrees to comply with the Federal Awarding Agency's data sharing and/or access requirements as reflected in the NOA or the Federal Awarding Agency's standard terms and conditions as referenced in General Terms and Conditions 1-4 above.

| No additional requirements |

**Data Rights:**
Subrecipient grants to PTE the right to use data created in the performance of this Subaward solely for the purpose of and only to the extent required to meet PTE's obligations to the Federal Government under its PTE Federal Award.

**Copyrights:**
| Subrecipient Shall Grant |   to PTE an irrevocable, royalty-free, non-transferable, non-exclusive right and license to use, reproduce, make derivative works, display, and perform publicly any copyrights or copyrighted material (including any computer software and its documentation and/or databases) first developed and delivered under this Subaward solely for the purpose of and only to the extent required to meet PTE's obligations to the Federal Government under its PTE Federal Award.

Subrecipient grants to PTE the right to use any written progress reports and deliverables created under this Subaward solely for the purpose of and only to the extent required to meet PTE's obligations to the Federal Government under its PTE Federal Award.

**Promoting Objectivity in Research (COI):**
Subrecipient must designate herein which entity's Financial Conflicts of Interest policy (COI) will apply: | Subrecipient |

If applying its own COI policy, by execution of this Subaward, Subrecipient certifies that its policy complies with the requirements of the relevant Federal Awarding Agency as identified herein: | NSF - NSF PAPPG Chapter IX.A |

Subrecipient shall report any financial conflict of interest to PTE's Administrative Representative or COI contact, as designated on Attachment 3A. Any financial conflicts of interest identified shall, when applicable, subsequently be reported to Federal Awarding Agency. Such report shall be made before expenditure of funds authorized in this Subaward and within 45 days of any subsequently identified COI.

**Work Involving Human or Vertebrate Animals** (Select Applicable Options)

☑ No Human or Vertebrate Animals

This section left intentionally blank.

**Human Subjects Data** (Select One)    Not Applicable

This section left intentionally blank

This section left intentionally blank

## Additional Terms

Subrecipient shall report any changes to debarment and/or suspension status, in accordance with 2 CFR 200.214 and 2 CFR 180, to PTE's Administrative Representative contact, as designated on Attachment 3A. Such report shall be made before expenditure of funds authorized in this Subaward and within 10 days of any subsequently identified changes.

| Attachment 3A<br>Pass-Through Entity (PTE) Contacts | Subaward Number:<br>147203923 |
|---|---|

**PTE Information**

Entity Name: University of Connecticut

Legal Address:
438 Whitney Road Extension, Unit 1133
Storrs, CT 06269-1133

Website: https://ovpr.uconn.edu/

**PTE Contacts**

Central Email: subawards@uconn.edu

Principal Investigator Name: Carl Lejuez

Email: carl.lejuez@uconn.edu    Telephone Number: 860-486-4037

Administrative Contact Name: Holly Kasem-Beg

Email: subawards@uconn.edu    Telephone Number: 860-486-4121

COI Contact email (if different to above): fcoi@uconn.edu

Financial Contact Name: Accounts Payable

Email: apinquiries@uconn.edu    Telephone Number: 860-486-4137

Email invoices? (●) Yes ( ) No    Invoice email (if different): apinvoices@uconn.edu

Authorized Official Name: Mark Reeves

Email: mark.reeves@uconn.edu    Telephone Number: 860-486-8074

**PI Address:**

University of Connecticut
352 Mansfield Road, Unit 1086
Storrs, Connecticut 06269-1086

**Administrative Address:**

University of Connecticut
438 Whitney Road Extension, Unit 1133
Storrs, CT 06269-1133

**Invoice Address:**

University of Connecticut
3 Discovery Drive, Unit 6080
Storrs, CT 06269-6080

**Attachment 3B**
Research Subaward Agreement
Subrecipient Contacts

Subaward Number: 147203923

**Subrecipient Information for FFATA reporting** Entity's UEI/DUNS Name: University of Rhode Island

EIN No.: 223011455

Institution Type: Public/State Controlled Inst. of Higher Ed.

UEI / DUNS: 144017188

Currently registered in SAM.gov: ● Yes ○ No
Exempt from reporting executive compensation: ● Yes ○ No *(if no, complete 3Bpg2)*

Parent UEI / DUNS:

*This section for U.S. Entities:* Zip Code Look-up
Congressional District: RI-002    Zip Code+4: 02881-1967

**Place of Performance Address**

College of Engineering
Fascitelli Center for Advanced Engineering 392
Kingston, RI 02881

**Subrecipient Contacts**

Central Email: osp_subcontracts@etal.uri.edu
Website: web.uri.edu/research-admin/

Principal Investigator Name: Walter Besio
Email: besio@uri.edu    Telephone Number: 401.874.4738

Administrative Contact Name: Franca Cirelli
Email: franca@uri.edu    Telephone Number: 401-874-5891

Financial Contact Name: Sara Clabby
Email: sara_clabby@uri.edu    Telephone Number: 401-874-6403

Invoice Email: besio@uri.edu

Authorized Official Name: Theodore Myatt
Email: tedmyatt@uri.edu    Telephone Number: 401-874-2636

**Legal Address:**

Office of Sponsored Projects
70 Lower College Road
Kingston, RI 02881-1967

**Administrative Address:**

Office of Sponsored Projects
70 Lower College Road
Kingston, RI 02881-1967

**Payment Address:**

Office of Sponsored Projects
70 Lower College Road
Kingston, RI 02881-1967

FDP 3B.1 JAN 2020

**Attachment 3B Page 2**
Research Subaward Agreement
**Highest Compensated Officers**

Subaward Number:
147203923

## Subrecipient

Entity Name: University of Rhode Island

PI Name: Walter Besio

## Highest Compensated Officers

The names and total compensation of the five most highly compensated officers of the entity(ies) must be listed if the entity in the preceding fiscal year received 80 percent or more of its annual gross revenues in Federal awards; and $25,000,000 or more in annual gross revenues from Federal awards; and the public does not have access to this information about the compensation of the senior executives of the entity through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. See FFATA § 2(b)(1) Internal Revenue Code of 1986.

Officer 1 Name:

Officer 1 Compensation:

Officer 2 Name:

Officer 2 Compensation:

Officer 3 Name:

Officer 3 Compensation:

Officer 4 Name:

Officer 4 Compensation:

Officer 5 Name:

Officer 5 Compensation:

Subaward Number:

147203923

## Attachment 4
### Reporting and Prior Approval Terms

Subrecipient agrees to submit the following reports (PTE contacts are identified in Attachment 3A):

**Technical Reports:**

☐ Monthly technical/progress reports will be submitted to the PTE's [Administrative Contact] within [15] days of of the end of the month.

☐ Quarterly technical/progress reports will be submitted within 30 days after the end of each project quarter to the PTE's [Administrative Contact].

☐ Annual technical / progress reports will be submitted within [60] days prior to the end of each budget period to the PTE's [Administrative Contact]. Such report shall also include a detailed budget for the next Budget Period, updated other support for key personnel, certification of appropriate education in the conduct of human subject research of any new key personnel, and annual IRB or IACUC approval, if applicable.

☑ A Final technical/progress report will be submitted to the PTE's [Principal Investigator] within [45] days of the end of the Project Period or after termination of this award, whichever comes first.

☑ Technical/progress reports on the project as may be required by PTE's [Principal Investigator] in order for the PTE to satisfy its reporting obligations to the Federal Awarding Agency.

**Prior Approvals:**

Carryover:

[Carryover is automatic]

**Other Reports:**

☑ In accordance with 37 CFR 401.14, Subrecipient agrees to notify both the Federal Awarding Agency via iEdison and PTE's [Principal Investigator] within 60 days after Subrecipient's inventor discloses invention(s) in writing to Subrecipient's personnel responsible for patent matters. The Subrecipient will submit a final invention report using Federal Awarding Agency specific forms to the PTE's [Principal Investigator] within 60 days of the end of the Project Period to be included as part of PTE's final invention report to the Federal Awarding Agency.

A negative report is required: [Upon Request]

☐ Property Inventory Report (only when required by Federal Awarding Agency), specific requirements below.

**Additional Technical and Reporting Requirements:**

**Attachment 5**
Statement of Work, Cost Sharing, Indirects & Budget

Subaward Number:
147203923

## Statement of Work

◯ Below  ⦿ Attached, [1] pages

If award is FFATA eligible and SOW exceeds 4000 characters, include a *Subrecipient Federal Award Project Description*

## Budget Information

**Indirect Information** Indirect Cost Rate (IDC) Applied [57.5] %

Rate Type: [Modified Total Direct Costs]

**Cost Sharing** [No]

If Yes, include Amount: $ [        ]

**Budget Details**     ◯ Below  ⦿ Attached, [3] pages

### Budget Totals

Direct Costs  $ [41,792.00]

Indirect Costs  $ [4,480.00]

Total Costs  $ [46,272.00]

*All amounts are in United States Dollars*



THE
**UNIVERSITY**
OF RHODE ISLAND

COLLEGE OF
ENGINEERING





**OFFICE OF THE DEAN**
1 Lippitt Road, 102 Bliss Hall, Kingston, RI 02881 USA     p: 401.874.2186     f: 401.782.1066     egr.uri.edu

2021-2026 NELSAMP University of Rhode Island Scope of Work

The NELSAMP offers effective, individualized recruitment and retention programs for historically underrepresented students pursuing baccalaureate degrees in STEM fields. We proactively build relationships with NELSAMP institutions, other LSAMP alliances, community colleges, and K-12 institutions through the Northeast region to expand regional resources for URM STEM scholars. We will increase the number of LSAMP eligible students enrolling and graduating with baccalaureate degrees in STEM fields and encourage high-achieving undergraduates to pursue graduate study, thus diversifying the next generation of STEM professionals to become faculty members/mentors. NELSAMP pursues this vision by implementing proven, innovative, and emerging interventions; sharing best practices regarding recruitment and retention within and beyond our Alliance; promoting Alliance-wide programming; and building community among our students, staff, the Alliance institutions, and our partners in the region.

**THE UNIVERSITY OF RHODE ISLAND**
DIVISION OF RESEARCH AND ECONOMIC DEVELOPMENT

**Budget Tempate 5 Years**
Rev August 20, 2019
**PROPOSAL BUDGET**
**NSF: LSAMP**
**Walt Besio**
**Period of Performance:**

Office of
Sponsored Projects

| | | Base Salary | CAL | ACAD | SUMR | Year 1 DATES () | Year 2 DATES () | Year 3 DATES () | Year 4 DATES () | Year 5 DATES () | Total Request | Check |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A. SENIOR PERSONNEL** | | | | | | | | | | | | |
| 1 | (Acad) | - | | | | - | - | - | - | - | - | |
| 2 | (Sum) | - | | | | - | - | - | - | - | - | |
| 3 | (Acad) | - | | | | - | - | - | - | - | - | |
| 4 | (Sum) | - | | | | - | - | - | - | - | - | |
| 5 | (Acad) | | | | | - | - | - | - | - | - | |
| 6 | (Sum) | | | | | - | - | - | - | - | - | |
| 7 | (Acad) | | | | | - | - | - | - | - | - | |
| 8 | (Sum) | | | | | - | - | - | - | - | - | |
| **B. OTHER PERSONNEL** | | | | | | | | | | | | |
| 1 Post Doctoral Associates | | | | | | - | - | - | - | | - | |
| 2 Admin professional | | | | | | - | - | - | - | | - | |
| 3 Clerical Technical | | | | | | - | - | - | - | | - | |
| 4 Graduate students, A/Y | | | | | | - | - | - | - | | - | |
| Graduate students, Summer | | | | | | - | - | - | - | | - | |
| 5 Undergraduate students, A/Y | | | | | | - | - | - | - | | - | |
| Undergraduate students, Summer | | | | | | - | - | - | - | | - | |
| 6 General - LSAMP Staff | | | | | | 5,000 | 7,500 | 7,000 | 7,600 | 5,300 | 32,400 | |
| | | | | | | | | | | | | |
| Total Salaries & Wages | | | | | | 5,000 | 7,500 | 7,000 | 7,600 | 5,300 | 32,400 | 32,400.00 |
| | | | | | | | | | | | | |
| **C. FRINGE BENEFITS** | | | | | | | | | | | | |
| Faculty Academic Yr. LSAMP Staff | | | | | | 383 | 575 | 536 | 581 | 405 | 2,480 | |
| Faculty Academic Yr. | | | | | | | | | | | - | |
| Faculty Academic Yr. | | | | | | | | | | | - | |
| Faculty Academic Yr. | | | | | | | | | | | - | |
| Post Doc (YY) | | | | | | | | | | | - | |
| GA (A/Y) | | | | | | | | | | | - | |
| GA (summer) | | | | | | | | | | | - | |
| Undergraduate Fringe (summer) | | | | | | | | | | | - | |
| Total Fringe Benefits | | | | | | 383 | 575 | 536 | 581 | 405 | 2,480 | 2,480.00 |
| | | | | | | | | | | | | |
| **Total Salaries & Fringes** | | | | | | 5,383 | 8,075 | 7,536 | 8,181 | 5,705 | 34,880 | 34,880.00 |
| | | | | | | | | | | | | |
| D. Equipment over ($5,000) | | | | | | | | | | | - | - |
| | | | | | | | | | | | | |
| E. Travel Domestic | | | | | | 2,409 | 3,725 | 2,669 | 2,819 | 3,069 | 14,691 | |
| Travel Foreign | | | | | | | | | - | | - | |
| Total Travel | | | | | | 2,409 | 3,725 | 2,669 | 2,819 | 3,069 | 14,691 | 14,691.00 |
| | | | | | | | | | | | | |
| F. Participant Support Costs | | | | | | | | | | | | |
| Stipends | | | | | | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 150,000 | |
| Travel | | | | | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 20,000 | |
| Subsistence | | | | | | | | | | | - | |
| Other | | | | | | | | | | | - | |
| Total Participant Support Costs | | | | | | 34,000 | 34,000 | 34,000 | 34,000 | 34,000 | 170,000 | 170,000.00 |
| | | | | | | | | | | | | |
| G. Other Direct Costs | | | | | | | | | | | | |
| 1. Materials & Supplies | | | | | | | | | | | - | |
| 2. Publication Costs | | | | | | | | | | | - | |
| 3. Consultant Services | | | | | | | | | | | - | |
| 4. Software Maintenance | | | | | | | | | | | - | |
| 5. Subaward | | | | | | | | | | | - | |
| Sub 1<25000 | | | | | | | | | | | - | |
| Sub 1>25000 | | | | | | | | | | | - | |
| Sub 2<25000 | | | | | | | | | | | - | |
| Sub 2>25000 | | | | | | | | | | | - | |
| Sub 3<25000 | | | | | | | | | | | - | |
| Sub 3>25000 | | | | | | | | | | | - | |
| 6. Other | | | | | | | | | | | - | |
| 7. Other Tuition (Scholarships) | | | | | | | | | | | - | |
| Total Other Direct Costs | | | | | | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |
| H. Total direct costs | | | | | | 41,792 | 45,800 | 44,205 | 45,000 | 42,774 | 219,571 | 219,571.00 |
| | | | | | | | | | | | | |
| Total Modified Direct Costs | | | | | | 7,792 | 11,799 | 10,205 | 11,000 | 8,774 | 49,570 | |
| | | | | | Rate | | | | | | | |
| I. Indirect Cost Rate | | | 57.5% | | | 4,480 | 6,784 | 5,868 | 6,325 | 5,045 | 28,502 | 28,502.75 |
| | | | | | | | | | | | | |
| J. Total amount requested | | | | | | 46,272 | 52,584 | 50,073 | 51,325 | 47,819 | 248,073 | 248,073.00 |

**Budget Justification**
**University of Rhode Island**

**A. Senior Personnel – N/A**

**B. Other Personnel**

**TBN** (Part Time Staff) will assist with data collection, student mentoring, and matching students with research faculty. A total of $32,400 ($5,000 in year 1, $7,500 in year 2, $7,000 in year 3, $7,600 in year 4, and $5,300 in year 5) is requested for part time staff.

**C.  Fringe Benefits**

Fringe Benefits are requested for the LSAMP Staff member (FICA – 7.65%).

**D.  Travel**

Funds totaling $14,691 are requested for domestic travel for PI and Senior Coordinator to attend annual LSAMP conferences.

**F. Participant Support Costs**

Participant Costs:  A total of $150,000 ($30,000 X 5) for stipend and $20,000 ($4,000 X 5years) per year in cost for program participants is requested.

- A total of $30,000 (12 X $500 stipends X 5 years) is budgeted for URI students' participant in mentoring program initiatives).

- A total of $60,000 (6 students X $2,000 X 5 years) is requested for undergraduate summer domestic and international research stipend.

- A total of $35,000 ($7,000 X 5 years) is requested for STEM conferences for the students.

- A total of $25,000 ($5,000 X 5 years) year is allotted for international research stipend.

- A total of $10,000 ($2,000 x 5years) is budgeted to house alliance students for one month at International Engineering Program to participate in research opportunities.

- Community College Partnership: $10,000 ($2,000 X 5 years) has been allotted for recruitment activities at the Community College of Rhode Island for recruitment activities and research opportunities in STEM for eligible students.

1

**I. Indirect Costs**

The University of Rhode Island's Sponsored Training indirect cost rate is 57.5% on MTDC for a request of $28,502.

Subaward Number:
147203923

**Attachment 6**

**Notice of Award (NOA) and any additional documents**

⦿    The following pages include the NOA and if applicable any additional documentation referenced throughout this Subaward.

◯    Not incorporating the NOA or any additional documentation to this Subaward.

| | |
|---|---|
| **From:** | jgosey@nsf.gov |
| **To:** | osp@uconn.edu |
| **Cc:** | Lejuez, Carl; cdouglas@nsf.gov; Prescod, Diandra J; mdues@nsf.gov; mjames@nsf.gov; ngass@nsf.gov; sallen@nsf.gov; sholland@nsf.gov; tedquist@nsf.gov; Starke, Tadarrayl; ymcilwai@nsf.gov |
| **Subject:** | NSF Award Notice for Award ID 2110083 - Amendment ID 000 |
| **Date:** | Friday, June 11, 2021 11:14:32 AM |

*Message sent from a system outside of UConn.*

# NATIONAL SCIENCE FOUNDATION

## Award Notice

**Award Number (FAIN):** 2110083

**Managing Division Abbreviation:** HRD

**Amendment Number:** 000

## AWARDEE INFORMATION

**Award Recipient:** University of Connecticut
**Awardee Address:** 438 Whitney Road Ext. Unit 1133 Storrs, CT 06269-1133
**Official Awardee Email Address:** osp@uconn.edu
**Unique Entity Identifier (DUNS ID):** 614209054

## AMENDMENT INFORMATION

**Amendment Type:** New Project
**Amendment Date:** 06/11/2021
**Amendment Number:** 000
**Proposal Number:** 2110083
**Amendment Description:**

The National Science Foundation hereby awards a Continuing Grant for support of the project described in the proposal referenced above as modified by revised budget dated 02/11/2021.

Funds provided for participant support may not be diverted by the awardee to other categories of expense without the prior written approval of the cognizant NSF Program Officer. Since participant support cost is not a normal account classification, the awardee organization must be able to separately identify participant support costs. It is highly recommended that separate accounts, sub-accounts, sub-task, or sub-ledgers be established to accumulate these costs. The awardee should have written policies and procedures to segregate participant support costs.

The Foundation authorizes the awardee to enter into the proposed subaward arrangement and to fund the subaward with award funds up to the amount indicated in the approved budget or

NSF-approved post award request. The subaward should contain appropriate provisions consistent with Appendix B of the Research Terms and Conditions (RTC) dated November 12, 2020, or Articles 8.a.4. and 9 of the NSF Grant General Conditions (GC-1) dated November 12, 2020 (as appropriate), as well as any special conditions included in this award.

No work with human subjects, including recruitment, may be conducted under this protocol or grant until IRB approval has been obtained.

The proposal is amended by the revised budget dated February 11, 2021 and responses from the alliance dated February 12, 2021.
<!--[if !supportLineBreakNewLine]-->
The alliance must continue to report annually on its production of two-year transfers to four-year STEM programs.
<!--[if !supportLineBreakNewLine]-->
<!--[endif]-->Dual-enrolled community college students are ineligible for direct LSAMP support.
<!--[if !supportLineBreakNewLine]-->
<!--[endif]-->Faculty release time is not allowed.
<!--[if !supportLineBreakNewLine]-->
The grantee must inform the cognizant program officer in writing of any delays in the timely hiring of proposed project personnel.

No funds from this project shall be used to support faculty development activities.

The awardee shall establish a Governing Board composed of Presidents and/or Provosts/Vice President of Academic Affairs of all partner institutions to oversee general project operations and to ensure that the alliance's goals/objectives are achieved. The purpose of the Board is to provide global perspective, direction, and assistance in broadening the base of support for the implementation and sustainability of LSAMP activities. The project director should report directly to the Governing Board on alliance issues and concerns. Annual and final reporting must include governing board activities, including minutes or agendas of meetings during the project period.

The external evaluator must have a reporting role to the alliance leadership.

The NSF Louis Stokes Alliances for Minority Participation allows some stipend/fellowship support; however, it is not a student financial aid scholarship program.  Only performance-based stipends/fellowships are allowed under this award.
<!--[if !supportLineBreakNewLine]-->
<!--[endif]-->Funds may not be reallocated to senior personnel categories without prior approval of the cognizant NSF Program Officer.

Except for the Principal Investigator(s) (PIs) or Co-PIs identified in this award, requests to make any changes to personnel, organizations, and/or partnerships specifically named in the proposal, that have been approved as part of this award, shall be submitted in writing to the cognizant NSF Program Official for approval prior to any changes taking effect.  Requests for prior approval of changes to the PI(s) must be submitted through FastLane for review by the cognizant NSF Program Official and approval by an NSF Grants Officer.
<!--[if !supportLineBreakNewLine]-->
<!--[endif]-->Reporting Requirements
<!--[if !supportLineBreakNewLine]-->
<!--[endif]-->Annual and final reporting for all LSAMP projects must address progress toward institutionalization and sustainability of successful recruitment and retention

programs as a result of NSF investment. Leveraging from other private, public, non-profit and professional society sources to increase the quality of research experiences for STEM students must be addressed in the annual and final reports.
<!--[if !supportLineBreakNewLine]-->
<!--[endif]-->Annual and final reports must include a description of the progress/results of the knowledge-generating research study. In particular, changes that may have been made to the research questions/hypotheses or methods of analysis must be addressed. Annual and final reports must address progress and activities, including timelines, for publishing of scholarly research from the STEM Pathways Research Alliance (SPRA) research component of the proposal.

Institutions in the alliance will adhere to requests for project data according to instructions from the NSF/LSAMP Program Officer and/or cognizant contractor.

The awardee will submit all certifications, ad hoc and regular progress reports with content, format and submission timelines designated by NSF and the cognizant NSF Program Officer. The awardee will submit all NSF reports and certifications via FastLane/Research.gov using the appropriate reporting category. In addition to annual and final NSF reporting, the awardee is required to report enrollment, degree data, and other data annually via the Annual LSAMP Survey (WebAMP) reporting system (which opens mid-September annually). Correspondence about WebAMP will be sent by ICF International or designated NSF contractor.

Annual reporting, WebAMP data, and site visit reports will be used to determine the level of continuing support for the awardee. These reports shall serve as the primary source of information used to determine whether NSF will continue to support the Alliance or will phase-out NSF support. In the event NSF phases-out or terminates support of the Alliance, procedures for reorganization and/or establishing a new alliance must be followed in consultation with the NSF LSAMP Office. The NSF LSAMP Office must also be consulted to determine eligibility to submit proposals to any NSF-announced LSAMP competition during a phase-out process.
<!--[if !supportLineBreakNewLine]-->
<!--[endif]-->The awardee is required to conduct a rigorous evaluation of the project and submit a copy of the evaluation report of their project and alliance responses to recommendations with annual report submissions and/or with project year three annual reporting. Final evaluation reports must be submitted. Evaluation reports must include progress articulated by proposed goal, objective, or activity. In addition, evaluation reports should include any highlights that capture interesting accomplishments or features of the projects.
<!--[if !supportLineBreakNewLine]-->
<!--[endif]-->Cooperation with NSF evaluation and/or special projects: NSF, an NSF contractor, or a grantee on behalf of NSF, may from time-to-time conduct program evaluations of LSAMP projects. These may occur at any time during the grant period and sometimes after the grant period has ended. Reasonable cooperation with these efforts is required by the awardee.
<!--[if !supportLineBreakNewLine]-->
<!--[endif]-->Verbal Reports and Liaison: The awardee shall meet as necessary with personnel from the Division of Human Resource Development, or its designee, and other staff designated by NSF to review operations of the Alliance and to exchange views, ideas, and information concerning the Alliance.
<!--[if !supportLineBreakNewLine]-->
In accordance with NSF's strategic plan, entitled "Building the Future: Investing in Discovery and Innovation, NSF Strategic Plan for Fiscal Years (FY) 2018-2022", NSF 18-

045, alliance institutions shall comply as necessary with reasonable data requests in support of new approaches and methods for assessing and evaluating the performance of NSF's investments in science and engineering research and education. The URL for NSF's new strategic plan is https://www.nsf.gov/pubs/2018/nsf18045/nsf18045.pdf

Incentive payments or gifts to participants must be made in accordance with written institutional policies and procedures and supported by auditable documentation. The allowability of these costs will ultimately be based on the awardee institution's ability to adequately demonstrate that the incentives have been disbursed in accordance with its policies and procedures.

In accordance with the proposed advertising costs on this award, all funding shall be limited to those promoting or enhancing attendance at the Louis Stokes Alliance for Minority Participation conferences, meetings, and/or workshops.
<!--[if !supportLineBreakNewLine]-->
<!--[endif]-->Costs of entertainment, amusement, diversion and social activities, and any costs directly associated with such costs (such as meals, lodging, rentals, transportation and gratuities) are unallowable. When certain meals are an integral and necessary part of a conference or meeting (i.e., working meals where business is transacted), grant funds may be used for such meals. Grant funds may also be used to furnish a reasonable amount of coffee or soft drinks for conference or meeting participants and attendees during coffee breaks.

## AWARD INFORMATION

**Award Number (FAIN):** 2110083
**Award Instrument:** Continuing Grant
**Award Date:** 06/11/2021
**Award Period of Performance:**   Start Date: 09/01/2021    End Date: 08/31/2026
**Project Title:** Louis Stokes Renewal STEM Pathways and Research Alliance: Northeast LSAMP 2021-2026
**Managing Division Abbreviation:** HRD
**Research and Development Award:** Yes
**Funding Opportunity:** NSF 20-590 Louis Stokes Alliances for Minority Participation
**CFDA Number and Name:** 47.076 Education and Human Resources

## FUNDING INFORMATION

**Amount Obligated by this Amendment:** $500,000
**Total Intended Award Amount:** $2,500,000
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $500,000
**Expenditure Limitation:** Not Applicable

Contingent on the availability of funds and scientific progress of the project, NSF expects to continue support at approximately the following level:

| Fiscal Year | Increment Amount |
|---|---|
| 2022 | $500,000 |
| 2023 | $500,000 |

| 2024 | $500,000 |
|------|----------|
| 2025 | $500,000 |

## PROJECT PERSONNEL

**Principal Investigator:** Carl W Lejuez

**Email:** carl.lejuez@uconn.edu

**Institution:** University of Connecticut

**Co-Principal Investigator:** Diandra J Prescod

**Email:** diandra.prescod@uconn.edu

**Institution:** University of Connecticut

**Co-Principal Investigator:** Tadarrayl M Starke

**Email:** tstarke@uconn.edu

**Institution:** University of Connecticut

## NSF CONTACT INFORMATION

**Managing Grants Official** (Primary Contact)
**Name:** Jannele L. Gosey
**Email:** jgosey@nsf.gov

**Awarding Official**
**Name:** Jannele L. Gosey
**Email:** jgosey@nsf.gov

**Managing Program Officer**
**Name:** Martha James
**Email:** mjames@nsf.gov

## GENERAL TERMS AND CONDITIONS

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75) and is subject to Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 11/12/2020, available at https://www.nsf.gov/awards/managing/rtc.jsp.

This award is made in accordance with the provisions of NSF Solicitation: NSF 20-590 Louis Stokes Alliances for Minority Participation.

## BUDGET

| **A. Senior Personnel** | |
|-------------------------|------|
| Senior Personnel Count | 1.00 |
| Senior Personnel Calendar Months | 0.00 |
| Senior Personnel Academic Months | 0.00 |

| | |
|---|---|
| Senior Personnel Summer Months | 1.00 |
| Senior Personnel Amount | $13,170 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 0.00 |
| Post Doctoral Calendar Months | 0.00 |
| Post Doctoral Academic Months | 0.00 |
| Post Doctoral Summer Months | 0.00 |
| Post Doctoral Amount | $0 |
| **Other Professionals** | |
| Other Professionals Count | 0.00 |
| Other Professionals Calendar Months | 0.00 |
| Other Professionals Academic Months | 0.00 |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $0 |
| **Graduate Students** | |
| Graduate Students Count | 2.00 |
| Graduate Students Amount | $15,991 |
| **Undergraduate Students** | |
| Undergraduate Students Count | 1.00 |
| Undergraduate Students Amount | $4,200 |
| **Secretarial - Clerical** | |
| Secretarial - Clerical Count | 0.00 |
| Secretarial - Clerical Amount | $0 |
| **Other** | |
| Other Count | 0.00 |
| Other Amount | $0 |

| | |
|---|---|
| *Total Salaries and Wages (A+B)* | $33,361 |
| **C. Fringe Benefits** | $5,700 |
| *Total Salaries, Wages, Fringe Benefits (A + B + C)* | $39,061 |
| **D. Equipment** | $0 |
| **E. Travel** | |
| Domestic | $2,000 |
| International | $0 |
| **F. Participant Support Costs** | |
| Participant Support Costs Stipends | $46,272 |
| Participant Support Costs Travel | $0 |
| Participant Support Costs Subsistence | $12,000 |
| Participant Support Costs Other | $10,000 |
| Total Number of Participants | 45.00 |
| *Total Participant Costs (F)* | $68,272 |
| **G. Other Direct Costs** | |
| Materials Supplies | $2,000 |
| Publication Costs | $0 |
| Consultant Services | $0 |
| Computer Services | $0 |
| Subawards | $270,900 |
| Other | $0 |
| *Total Other Direct Costs (G)* | $272,900 |
| **H. Total Direct Costs (A Through G)** | **$382,233** |
| **I. Indirect Costs\*** | **$117,767** |
| **J. Total Direct and Indirect Costs (H + I)** | $500,000 |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$500,000** |

| M. Cost Sharing Proposed Level | $0 |
|---|---|
| | |

*Indirect Cost Rates

| Item Name | Indirect Cost Rate |
|---|---|
| MTDC | 61.0000% |

These rates are at the time of award and are based upon the budget submitted to the NSF. It does not include any out-year adjustments. The NSF will not modify awards simply to correct indirect cost rates cited in the award notice. See the Proposal & Award Policies & Procedures Guide (PAPPG) Chapter X.A.3.a. for guidance on re-budgeting authority.

# Exhibit I



# THE UNIVERSITY OF RHODE ISLAND

**Bethany Jenkins <bdjenkins@uri.edu>**

---

## Notice from National Science Foundation

---

**NSF Grants** <grants005@nsf.gov>                                    Fri, Apr 18, 2025 at 3:48 PM
To: "bdjenkins@uri.edu" <bdjenkins@uri.edu>
Cc: "SPAURI@ETAL.URI.EDU" <SPAURI@etal.uri.edu>

**U.S. National Science Foundation Division of Grants and Agreements**
**2415 Eisenhower Avenue**
**Alexandria, Virginia 22314**
**(703) 292-8210**

04/18/2025

Bethany Jenkins
Vice President for Research and Economic Development
University of Rhode Island
bdjenkins@uri.edu

Dear Bethany Jenkins:

The U.S. National Science Foundation (NSF) has undertaken a review of its award portfolio. Each award was carefully and individually reviewed, and the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorities.

Effective immediately, the following are terminated:

| NSF Award Id |
|---|
| 2148704 |
| 2321219 |
| 2327257 |
| 2422305 |

NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish a summary of progress under the award and an itemized accounting of allowable costs incurred prior to the termination date.

Sincerely,

Jamie H. French, Division Director
Office of Budget Finance and Award Management (BFA)
Division of Grants and Agreements (DGA)

# Exhibit J



THE
UNIVERSITY
OF RHODE ISLAND

**Bethany Jenkins <bdjenkins@uri.edu>**

---

## Notice from National Science Foundation
3 messages

---

**NSF Grants** <grants005@nsf.gov>                                                    Fri, Apr 25, 2025 at 11:51 AM
To: "bdjenkins@uri.edu" <bdjenkins@uri.edu>
Cc: "SPAURI@ETAL.URI.EDU" <SPAURI@etal.uri.edu>

**U.S. National Science Foundation Division of Grants and Agreements**
**2415 Eisenhower Avenue**
**Alexandria, Virginia 22314**
**(703) 292-8210**

04/25/2025

Bethany Jenkins
Vice President for Research and Economic Development
University of Rhode Island
bdjenkins@uri.edu

Dear Bethany Jenkins:

The U.S. National Science Foundation (NSF) has undertaken a review of its award portfolio. Each award was carefully and individually reviewed, and the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorites.

Effective immediately, the following are terminated:

| NSF Award Id |
| --- |
| 2415563 |
| 2115971 |

NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish a summary of progress under the award and an itemized accounting of allowable costs incurred prior to the termination date.

Sincerely,

Jamie H. French, Division Director
Office of Budget Finance and Award Management (BFA)
Division of Grants and Agreements (DGA)

---

**'SPA URI' via Federal Funding Communications** <FederalFundingCommunications-group@uri.edu>    Fri, Apr 25, 2025 at 1:30 PM
Reply-To: SPA URI <spauri@etal.uri.edu>
To: federalfundingcommunications-group@uri.edu

We received two additional terminations for NSF. Please see the attached Excel file—I've added a tab for today's updates, and last week's information is also included in a separate tab so everything is organized in one place.

| NSF Award Number | InfoEd ID | PS Award # | PI | College | Title | Start Date | End Date | Total Awarded |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2415563 | P13030 | AWD13030 | Kendall Moore | A&S | Films for Racial Equity and Engagement | 10/1/2024 | 10/25/2025 | $149,433 |
| 2115971 | P10523 | AWD08441 | Sunshine Menezes | Cels | Broadening Participation Among Science Communication Practitioners: Science Communication and Representation Fellowship | 9/1/2021 | 8/31/2025 | $1,488,962.00 |

[Quoted text hidden]

--
You received this message because you are subscribed to the Google Groups "Federal Funding Communications" group.
To unsubscribe from this group and stop receiving emails from it, send an email to FederalFundingCommunications-group+unsubscribe@uri.edu.
To view this discussion visit https://groups.google.com/a/uri.edu/d/msgid/FederalFundingCommunications-group/CAJOepZQL70Q-enxqiwQMsxpgJL1wr_vx%2BER-Y8fYk1B9LDTv-g%40mail.gmail.com.

---

📄 **NSF Terminations 4.25.xlsx**
17K

---

**Bethany Jenkins** <bdjenkins@uri.edu>                                    Fri, Apr 25, 2025 at 1:34 PM
To: SPA URI <spauri@etal.uri.edu>
Cc: federalfundingcommunications-group@uri.edu

Thanks Kate for updating things,  it's friday's bad news.
Best wishes,
Bethany
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Bethany D. Jenkins, PhD (she/her)
Vice President of Research and Economic Development
Professor, Department of Cell and Molecular Biology and Graduate School of Oceanography
University of Rhode Island

bdjenkins@uri.edu
Phone: 401-874-4576
Zoom: https://uri-edu.zoom.us/my/bdjenkins
**Executive Assistant:** Patricia Correia pcorreia@uri.edu

Carlotti Administration Building, 2nd Floor
75 Lower College Road
Kingston, Rhode Island 02881

*We show gratitude to the Narragansett Nation and the Niantic People and acknowledge that we occupy and conduct scholarship and research on their traditional stomping grounds.*

[Quoted text hidden]

# Exhibit K

**From:** Starke, Tadarrayl <tstarke@uconn.edu>
**Sent:** Friday, May 2, 2025 8:35 PM
**To:** ri.harris <ri.harris@northeastern.edu>; Charles Watson <hitman@uri.edu>; grace.caldara@tufts.edu; craigmcnally@umass.edu; Whittington, Catherine <cfwhittington@wpi.edu>; Coburn, Jeannine <jmcoburn@wpi.edu>
**Cc:** Petro, Michael <michael.petro@uconn.edu>; Prescod, Diandra J <diandra.prescod@uconn.edu>; Burkey, Daniel <daniel.burkey@uconn.edu>; Nowosad, Berkeley <berkeley.nowosad@uconn.edu>
**Subject:** [EXT] NSF NELSAMP Award Update

Good evening, NELSAMP Alliance Coordinators,

It is with a heavy heart that I write to inform you that the Northeast LSAMP Alliance received a notice to cease LSAMP operations, effective immediately (5/2/2025). Our Sponsored Programs office is reviewing the notification and will provide us with guidance next week to ensure we are in compliance with policies and regulations. We will pass updates on to you all as soon as possible so we can navigate this space collectively and appropriately.

This is truly disappointing and unfortunate.

In solidarity,

Tadarrayl M. Starke, Ed.D.
Vice Provost for Undergraduate Student Success
University of Connecticut
(860) 486-6709
tstarke@uconn.edu

# Exhibit L

# FDP Subaward Amendment

| | | | |
|---|---|---|---|
| Awarding Agency | National Science Foundation (NSF) | Amendment No | 5 |
| PTE/Prime Award No. | 2110083 | Subaward No | 447020 |

| Pass-Through Entity (PTE) | | Subrecipient |
|---|---|---|
| University of Connecticut | Entity Name | University of Rhode Island |
| subawards@uconn.edu | Contact Email | osp_subcontracts@etal.uri.edu |
| Anne D'Alleva | Principal Investigator | Walter Besio |

| Project Title | Louis Stokes Renewal STEM Pathways and Research Alliance:Northeast LSAMP Alliance 2021-2026 |
|---|---|

| Cumulative Budget Period(s) (Agreement Start Date) (End Date of Latest Budget Period) | Amount Funded This Action | Total Amount of Funds Obligated to Date |
|---|---|---|
| Start Date: 09/01/2021   End Date: 05/02/2025 | $ 0.00 | $ 200,254.00 |

| Subrecipient Cost Share ☐ | Subject to FFATA ☑ | Subrecipient UEI (Unique Entity Identifier - May leave blank if unchanged from prior Agreement) | CJDNG9D14MW7 |
|---|---|---|---|

## Amendment(s) to Original Terms and Conditions
This Amendment revises the above-referenced Subaward Agreement as follows:

The purpose of this amendment is to terminate the project effective immediately as per the attached notification from the National Science Foundation (NSF) dated May 2, 2025. Costs resulting from financial obligations incurred after the termination date of May 2, 2025 are not allowable.

Revisions to Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (Uniform Guidance) effective November 12, 2020, inclusive of the amendments to Sec. 200.216 and Sec. 200.340 effective August 13, 2020, are hereby incorporated.

Subrecipient shall report any changes to debarment and/or suspension status, in accordance with 2 CFR 200.214 and 2 CFR 180, to PTE's Administrative Representative contact, as designated on Attachment 3A. Such report shall be made before expenditure of funds authorized in this Subaward and within 10 days of any subsequently identified changes.

Carryover is **Not Applicable**

*For clarity: all amounts stated in this amendment are in United States Dollars.*

## All other terms and conditions of this Subaward Agreement remain in full force and effect.

| By an Authorized Official of PTE: | Date | By an Authorized Official of Subrecipient: | Date |
|---|---|---|---|
| *Tanja deMauro* (signature) | Digitally signed by Tanja deMauro DN: cn=Tanja deMauro, o=University of Connecticut, ou=Sponsored Programs Services, email=tanja.demauro@uconn.edu, c=US Date: 2025.05.05 14:15:09 -04'00' | | 05/05/2025 |
| Name | Tanja deMauro | Name | Elizabeth A. Buchanan |
| Title | Associate Director, Pre-Award Services | Title | AVP Research Administration   P10585 |

FDP Mar 2024

| | |
|---|---|
| **From:** | VP for Research - SPS Subawards |
| **To:** | Cahill, Matthew |
| **Subject:** | Notice from National Science Foundation - LSAMP 2110083 |
| **Date:** | Monday, May 5, 2025 9:50:00 AM |

---

**From:** NSF Grants <grants005@nsf.gov>
**Sent:** Friday, May 2, 2025 10:02 AM
**To:** Przybyszewski, Jennifer M <jennifer.przybyszewski@uconn.edu>
**Cc:** VP for Research - SPS Award Setup <spsawards@uconn.edu>
**Subject:** Notice from National Science Foundation

*Message sent from a system outside of UConn.*

**U.S. National Science Foundation Division of Grants and Agreements**
**2415 Eisenhower Avenue**
**Alexandria, Virginia 22314**
**(703) 292-8210**

05/02/2025

Jen Przybyszewski
Director of Award Management & Post-Award Services
University of Connecticut
jennifer.przybyszewski@uconn.edu

Dear Jen Przybyszewski:

The U.S. National Science Foundation (NSF) has undertaken a review of its award portfolio. Each award was carefully and individually reviewed, and the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorites.

Effective immediately, the following are terminated:

| NSF Award Id |
|---|
| 2110083 |

NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish an itemized accounting of allowable costs incurred prior to the termination date.

Sincerely,

Jamie H. French, Division Director
Office of Budget Finance and Award Management (BFA)
Division of Grants and Agreements (DGA)