AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| New York et al. <br> *Plaintiff* <br> v. <br> National Science Foundation et al. <br> *Defendant* | ) <br> ) <br> )   Case No.   25-cv-4452 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New York

Date: 05/28/2025

*Attorney's signature*

Jessica Ranucci, NY Bar No. 5499645
*Printed name and bar number*

New York Office of the Attorney General
28 Liberty Street
New York, NY 10005

*Address*

jessica.ranucci@ag.ny.gov
*E-mail address*

(212) 416-8776
*Telephone number*

*FAX number*