AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| STATE OF NEW YORK, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-04452 |
| NATIONAL SCIENCE FOUNDATION, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF NEVADA                                                                                       .

Date:     05/28/2025

/s/ Heidi Parry Stern
*Attorney's signature*

Heidi Parry Stern, NY Bar No. 3053261
*Printed name and bar number*

1 State of Nevada Way
Suite 100
Las Vegas, NV 89119

*Address*

HStern@ag.nv.gov
*E-mail address*

(702) 486-3420
*Telephone number*

(702) 486-3768
*FAX number*