AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| New York, et al. | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-4452 |
| National Science Foundation, et ano | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of New York.

Date: 05/28/2025

/s/ Colleen K. Faherty
*Attorney's signature*

Colleen K. Faherty
*Printed name and bar number*
Office of the New York State Attorney General
28 Liberty Street New York, NY 10005

*Address*

colleen.faherty@ag.ny.gov
*E-mail address*

(212) 416-6046
*Telephone number*

(212) 416-6009
*FAX number*