AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25 Civ. 4452

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **National Science Foundation**
was received by me on *(date)* **May 29, 2025**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the summons and complaint via certified mail on the following:
National Science Foundation, 2415 Eisenhower Avenue Alexandria, Virginia 22314
U.S. Department of Justice 950 Pennsylvania Ave., NW, Washington, DC 20530
U.S. Attorney's Office for the Southern District of New York, 86 Chambers Street, 3rd Floor, New York, NY 10007

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **5/29/2025**

*Server's signature* [signature]

**Labiba Hasan - Legal Support Analyst**
*Printed name and title*

**28 Liberty Street, New York, NY 10005**
*Server's address*

Additional information regarding attempted service, etc: