UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
STATE OF NEW YORK, *et al.*,                                            :
:
                        Plaintiffs,                    :
:
                -v-                                          :      25 Civ. 4452 (JPC)
:
NATIONAL SCIENCE FOUNDATION and BRIAN  :      ORDER
STONE, *in his official capacity as Acting Director of the*  :
*National Science Foundation*,                                          :
:
                      Defendants.                    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       This case has been assigned to the undersigned. Plaintiffs have moved for a preliminary injunction under Federal Rule of Civil Procedure 65(a). Dkt. 5. Plaintiffs shall serve Defendants with copies of the motion and supporting papers, Dkts. 5-7, as well as a copy of this Order, by May 30, 2025, and shall file proof of service on the docket that same day. By June 2, 2025, the parties shall file a letter containing either a joint proposal for a briefing schedule on Plaintiffs' motion or dueling proposals if the parties are unable to come to an agreement. Defendants shall respond to the Complaint within twenty-one days following the Court's ruling on Plaintiffs' motion for a preliminary injunction.

       SO ORDERED.

Dated: May 29, 2025
       New York, New York
                                                            JOHN P. CRONAN
                                                     United States District Judge