AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York    ▼

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-04452 |
| National Science Foundation, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Massachusetts                                                                    .

Date:     05/29/2025

/s/ Katherine Dirks
*Attorney's signature*

Katherine Dirks (Mass. #673674)
*Printed name and bar number*
Office of the Attorney General
1 Ashburton Place, 20th Floor
Boston, MA 02108

*Address*

katherine.dirks@mass.gov
*E-mail address*

(617) 963-2277
*Telephone number*

*FAX number*