## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

New York et al.,

                Plaintiff,

-against-                              25 Civ. 04452 (JPC)

National Science Foundation et al.,          **MOTION FOR ADMISSION**

                                                 **PRO HAC VICE**

                Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Lauren K. Peach hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff State of Colorado in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Colorado and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 05/30/2025                Respectfully Submitted,

                                          Applicant Signature: /s/ Lauren K. Peach

                                          Applicant's Name: Lauren K. Peach

                                          Firm Name: Colorado Department of Law

                                          Address: 1300 Broadway, 10th Floor

                                          City/State/Zip: Denver, CO 80203

                                          Telephone/Fax: (720) 508-6000

                                          Email: Lauren.Peach@coag.gov