**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

New York et al.,

                Plaintiff(s),

v.

National Science Foundation, e

                Defendant(s).

---

25-cv-04452

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

I, Lauren K. Peach, being duly sworn, hereby depose and say as follows:

1. I am a(n) First Assistant Attorney General with the law firm of Colorado Department of Law.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Colorado.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 49234
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 25-cv-04452 for Plaintiff State of Colorado.

Date: 5/27/2025

**State of Colorado**
**City and County of Denver**

Signed and sworn to before me on this 27th day of May, 2025 by Lauren Peach.

Notary Public
My commission expires 12/12/2028

Signature of Movant
Firm Name Colorado Department of Law
Address Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Email lauren.peach@coag.gov
Phone (720) 508-6000

ALEXANDER MORGAN MILLER
Notary Public
State of Colorado
Notary ID # 20244045446
My Commission Expires 12-12-2028