

# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, __Cheryl Stevens__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Lauren Kelsey Peach__

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the __22nd__

day of __December__ A.D. __2015__ and that at the date

hereof the said __Lauren Kelsey Peach__ is in good standing

at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __30th__ day of __May__ A.D. __2025__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk