DAN RAYFIELD
Attorney General
ANURADHA SAWKAR  #181564
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  anu.sawkar@doj.oregon.gov

Attorneys for State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF HAWAI'I, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEVADA; STATE OF NEW JERSEY,  STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF WASHINGTON, and STATE OF WISCONSIN, | Case No.  25-cv-4452 <br><br> MOTION FOR ADMISSION PRO HAC VICE |
|        Plaintiffs, | |
|   v. | |
| NATIONAL SCIENCE FOUNDATION; and BRIAN STONE, in his official capacity as acting director of the National Science Foundation, | |
|       Defendants. | |

Page 1 -   MOTION FOR ADMISSION
          PRO HAC VICE
     AS7/jl9/

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Oregon Department of Justice Assistant Attorney General Anuradha Sawkar hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the State of Oregon in the above-captioned action.

I am in good standing of the bars of the states of Oregon and Washington and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED May ___29___, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General


_____*s/ Anuradha Sawkar*_____
ANURADHA SAWKAR #181564
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
anu.sawkar@doj.oregon.gov
Of Attorneys for State of Oregon