DAN RAYFIELD
Attorney General
ANURADHA SAWKAR #181564
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: anu.sawkar@doj.oregon.gov

Attorneys for State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF HAWAI'I, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEVADA; STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION; and BRIAN STONE, in his official capacity as acting director of the National Science Foundation,<br><br>Defendants. | Case No. 25-cv-4452<br><br>AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

Page 1 -    AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE
            AS7/jl9/

I, Anuradha Sawkar, being duly sworn, hereby depose and say as follows:

1. I am an Assistant Attorney General for the Oregon Department of Justice.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the states of Oregon and Washington.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter for the State of Oregon.

Date: 5/29/25

Signature of Movant: _____

Office:   Oregon Department of Justice
Address:  100 SW Market St., Portland, OR
Email:    Anu.Sawkar@doj.oregon.gov;
Phone:    (971) 673-1880

**NOTARIZED**

SUBSCRIBED AND SWORN to before me this 29th day of May, 2025.

OFFICIAL STAMP
HUNG HOANG LE
NOTARY PUBLIC - OREGON
COMMISSION NO. 1013587
MY COMMISSION EXPIRES JUNE 16, 2025

Notary Public for Oregon
My Commission Expires: June 16, 2025

Page 2 -   AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE
           AS7/jl9/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000



STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

ANURADHA P. SAWKAR

as an Attorney of this Court.

I, as State Court Administrator of the State of Oregon, certify that on the 17th day of May, 2018

ANURADHA P. SAWKAR

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

May 27, 2025.

NANCY COZINE
State Court Administrator



_____
Authorized Representative

## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 59539 |
| OF | ) | **CERTIFICATE** |
| ANURADHA PRASHANT SAWKAR | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**ANURADHA PRASHANT SAWKAR**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 21, 2022, and is now and has continuously since that date been an attorney in good standing, and has a current status of inactive.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 28th day of May, 2025.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court