DAN RAYFIELD
Attorney General
ANURADHA SAWKAR  #181564
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  anu.sawkar@doj.oregon.gov

Attorneys for State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF HAWAI'I, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEVADA; STATE OF NEW JERSEY,  STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>       Plaintiffs,<br><br>   v.<br><br>NATIONAL SCIENCE FOUNDATION; and BRIAN STONE, in his official capacity as acting director of the National Science Foundation,<br><br>       Defendants. | Case No.  25-cv-4452<br><br>ORDER FOR ADMISSION PRO HAC VICE |

Page 1 -   ORDER FOR ADMISSION
              PRO HAC VICE
       AS7/jl9/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

The motion of Oregon Assistant Attorney General Anuradha Sawkar, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bars of the states of Oregon and Washington; and that his/her contact information is as follows (please print):

Applicant's Name: Anuradha Sawkar

Firm Name: Oregon Department of Justice

Address: 100 SW Market Street

City/ State/ Zip: Portland, OR 97201

Telephone/ Fax: (971) 673-1880

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for State of Oregon in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____

United States District/ Magistrate Judge

Page 2 -   ORDER FOR ADMISSION
           PRO HAC VICE
AS7/jl9/