## CERTIFICATE OF SERVICE

COLLEEN K. FAHERTY, an attorney admitted to practice in the courts of the State of New York, certifies as follows:

I am an attorney licensed to practice in the State of New York, and am Special Trial Counsel in the office of Letitia James, Attorney General of the State of New York. I am over 18 years of age and not a party to this action.

On May 30, 2025, I served copies of the following papers:

1. PLAINTIFF STATES' MOTION AND SUPPORTING PAPERS SEEKING A PRELIMINARY INJUNCTION (ECF Nos. 5-7); and
2. ORDER DATED MAY 29, 2025 (ECF No. 15)

on the following person(s), counsel for defendants, via e-mail at his government-issued email address:

> Jeffrey Oestericher
> Chief, Civil Division
> U.S. Attorney's Office
> Southern District of New York

The email provided a secure Office of the Attorney General cloud link to courtesy copies of all such electronic versions of the documents.

Additionally, I provided a letter containing the website access information to the electronic versions of such above-described papers to the following person(s) or entity:

> National Science Foundation
> 2415 Eisenhower Avenue
> Alexandria, Virginia 22314

> Brian Stone
> 2415 Eisenhower Avenue
> Alexandria, Virginia 22314

Attorney General Pam Bondi
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

U.S. Attorney's Office for the Southern District of New York
Attn: Civil Process Clerk
86 Chambers Street, 3rd Floor
New York, NY 10007

by depositing copies of the letter enclosed in properly addressed wrappers with proper postage affixed into the custody of the U.S Mail.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30, 2025
   New York, New York

                                              /s/
                              _____
                              Colleen K. Faherty, Special Trial Counsel