UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF HAWAI'I, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEVADA; STATE OF NEW JERSEY,  STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>                Plaintiffs,<br><br>        v.<br><br>NATIONAL SCIENCE FOUNDATION; and BRIAN STONE, in his official capacity as acting director of the National Science Foundation,<br><br>                Defendants. | C.A. No.    25-cv-04452<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

I, Shannon Stevenson, being duly sworn, hereby depose and say as follows:

1. I am the Solicitor General with the Colorado Department of Law.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Colorado.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in 25-cv-04452 for plaintiff State of Colorado.

Date: May 29, 2025

**State of Colorado**
**City and County of Denver**

Signed and sworn to before me on this 29th day of May, 2025 by Shannon Stevenson.

_____
Notary Public
My commission expires 12/12/2028

ALEXANDER MORGAN MILLER
Notary Public
State of Colorado
Notary ID # 20244045446
My Commission Expires 12-12-2028

Signature of Movant:

_____
Shannon Stevenson
Office: Colorado Department of Law
Address: 1300 Broadway, 10th Floor
Denver, CO 80203
Email: Shannon.Stevenson@coag.gov
Phone: (720) 508-6000