

**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

_____**SHANNON WELLS STEVENSON**_____

has been duly licensed and admitted to practice as an

## *ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**26th**__ day of __**May**__ A.D. __**2004**__ and that at the date hereof the said __**SHANNON WELLS STEVENSON**__ is in good standing at this Bar.



**IN WITNESS WHEREOF**, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this* __**30th**__ *day of* __**May**__ *A.D.* __**2025**__

*Cheryl Stevens*
_____
Clerk

By _____
Deputy Clerk