UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

New York et al.,

                                        Plaintiff,

                    -against-

National Science Foundation et al.,

                                        Defendant.
_____

25 cv 04452 ( JPC )

ORDER FOR ADMISSION
PRO HAC VICE

The  motion of  Shannon Stevenson                                      , for admission to

practice Pro Hac Vice in the above captioned action is granted.

        Applicant  has declared that he/she is a member  in good standing of the bar(s) of the state(s) of

Colorado                                      ; and that his/her contact information is as follows

(please print):

        Applicant's Name:  Shannon Stevenson

        Firm Name:  Colorado Department of Law

        Address:  1300 Broadway, 10th Floor

        City / State / Zip:  Denver, CO 80203

        Telephone / Fax:  (720) 508-6000

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Plaintiff State of Colorado                                      in the above entitled action;

        **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____        _____

                                        United States District / Magistrate Judge