UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, STATE OF HAWAI'I, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL SCIENCE FOUNDATION and BRIAN STONE, in his official capacity as acting director of the National Science Foundation,<br><br>    Defendants. | C.A. No. 25-cv-4452<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Leonard Giarrano IV, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for the State of Rhode Island in the above-captioned action.

      I am in good standing of the bar of the state(s) of Rhode Island and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: June 2, 2025                                Respectfully submitted,

/s/ Leonard Giarrano IV
Leonard Giarrano IV (RI Bar No. 10731)
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400, Ext. 2062
Fax: (401) 222-3016
lgiarrano@riag.ri.gov