UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, STATE OF HAWAI'I, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL SCIENCE FOUNDATION and BRIAN STONE, in his official capacity as acting director of the National Science Foundation,<br><br>　　　　Defendants. | C.A. No. 25-cv-4452<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

　　I, Leonard Giarrano IV, being duly sworn, hereby depose and say as follows:

　　1.  I am a Special Assistant Attorney General with the Rhode Island Office of the Attorney General.

　　2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

　　3.  As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Rhode Island.

　　4.  There are no pending disciplinary proceedings against me in any state or federal court.

　　5.  I have never been convicted of a felony.

1

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that they be permitted to appear as counsel and advocate *pro hac vice* in Case No. 25-cv-4452 for the State of Rhode Island.

Dated: June 2, 2025

Leonard Giarrano IV (RI Bar No. 10731)
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400, Ext. 2062
Fax: (401) 222-3016
lgiarrano@riag.ri.gov

Notarized: Meghan Spooner
6/2/2025

Meghan E. Spooner
Notary Public, State of Rhode Island
Notary ID# 754220
My Commission Expires 11/9/27

2