UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, STATE OF HAWAI'I, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION and BRIAN STONE, in his official capacity as acting director of the National Science Foundation,<br><br>Defendants. | C.A. No. 25-cv-4452<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Leonard Giarrano IV for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that they are a member in good standing of the bar of the state of Rhode Island; and that their contact information is as follows:

Applicant's Name: Leonard Giarrano IV

Firm Name: Rhode Island Office of the Attorney General

Address: 150 South Main Street

City/State/Zip: Providence, RI 02903

Telephone: (401) 274-4400, Ext. 2062

Fax: (401) 222-3016

1

Email: lgiarrano@riag.ri.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the State of Rhode Island in the above-captioned action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____
United States District/Magistrate Judge