## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>NATIONAL SCIENCE FOUNDATION;<br>BRIAN STONE, in his official capacity as<br>Acting Director of the National Science<br>Foundation,<br><br>        Defendants. | **No. 1:25-cv-4452** |

### SUPPLEMENTAL DECLARATION OF JESSICA RANUCCI

JESSICA RANUCCI, an attorney duly admitted to practice before the Courts of this State, does hereby state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I am Jessica Ranucci, Special Counsel in the Office of the Attorney General for the State of New York, who appears on behalf of the State of New York in this action.

2.      I submit this supplemental declaration in support of Plaintiffs States' Motion for a Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65.  The facts set forth herein are based upon my personal knowledge and/or a review of the files in my possession.

3.      I have attached hereto this affirmation true and correct copies of the following documents, as noted herein.

4.    Attached hereto as Exhibit 69 is a true and correct copy of the declaration of Dr. Brian Payne, Interim Dean of the College of Humanities and Social Sciences at Bridgewater State University (BSU).

5.    Attached hereto as Exhibit 70 is a true and correct copy of the declaration Steve Roller, Executive Director of Grants at Bunker Hill Community College (BHCC).

6.    Attached hereto as Exhibit 71 is a true and correct copy of the declaration Kristen Porter-Utley, Provost and Vice President for the Division of Academic Affairs at Framingham State University.

7.    Attached hereto as Exhibit 72 is a true and correct copy of the declaration Marie Tupaj, Dean of STEM at Middlesex Community College.

8.    Attached hereto as Exhibit 73 is a true and correct copy of the declaration of Lauretta Siggers-Benton, Chief Operating Officer at Roxbury Community College (RCC).

9.    Attached hereto as Exhibit 74 is a true and correct copy of the declaration Linda S. Larrivee, Ph.D., Dean of Science, Technology, and Health at Worcester State University (WSU).

10.    Attached as Exhibit 75 is an updated table listing the 69 declarations filed by Plaintiffs in support of their motion. This is an updated version of the chart that appears at ECF No. 7-4.


Dated:    New York, New York
          June 5, 2025

                                              _____
                                              Jessica Ranucci