

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

EXECUTIVE DIVISION
OFFICE OF FEDERAL INITIATIVES

June 14, 2025

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

RE:   *New York v. National Science Foundation*, SDNY No. 25 Civ. 4452 (JPC)

We write on behalf of all parties pursuant to the Court's Order dated June 3, 2025, directing the parties to provide the Court a joint letter by noon today setting forth (1) a status update on the related District of Massachusetts case, (2) whether Plaintiffs continue to seek the same relief in this matter following the June 13, 2025 hearing in the District of Massachusetts, (3) the status of Defendants' stay on implementation of the Indirect Cost Directive, and (4) whether any extension of the briefing schedule in this case is requested. *See* ECF No. 24.

First, on June 13, 2025, the U.S. District Court for the District of Massachusetts held a hearing on the cross-motions for summary judgment in *Ass'n of Am. Univs. (AAU) v. Nat'l Sci. Found.*, No. 25-cv-11231. Plaintiffs in that case challenge the Indirect Cost Directive, which is one of the two directives at issue in this action. The court took the matter under advisement.

Second, Plaintiffs continue to seek the same relief in this matter following that hearing.

Third, Defendants have agreed to continue their voluntary pause on implementing the Indirect Cost Directive until June 20, 2025. No. 25-cv-11231, ECF 62 at 42, fn. 30.

Fourth, Defendants' opposition to the motion for a preliminary injunction is currently due by June 16, 2025, and Plaintiffs' reply is due by June 23, 2025. ECF No. 24. Neither party seeks an extension of the briefing schedule at this time. We thank the Court for its consideration of this submission.

Respectfully,

*/s/ Colleen K. Faherty*
Colleen K. Faherty
Special Trial Counsel
(212) 416-6046