UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation, <br><br> Defendants. | Case No. 25-cv-4452-JPC <br><br> NOTICE OF MOTION TO INTERVENE |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and supporting exhibits, Proposed Intervenor National Association of Scholars moves this Court pursuant to Rule 24 of the Federal Rules of Civil Procedure for an Order permitting National Association of Scholars to intervene in the above captioned case and such other and further relief as the Court deems necessary and appropriate. A proposed order is attached.

Dated: June 20, 2025                    Respectfully submitted,

/s/ *Anna St. John*
Anna St. John
Neville S. Hedley (*pro hoc vice forthcoming*)
HAMILTON LINCOLN LAW INSTITUTE
1629 K St. NW, Suite 300
Washington, DC 20006
Phone: (917) 327-2392
Email: anna.stjohn@hlli.org
Phone: (312) 342-6008
Email: ned.hedley@hlli.org

*Attorneys for National Association of Scholars*