UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>NATIONAL SCIENCE FOUNATION, BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation.<br><br>　　　　　Defendants. | Case No. 25-cv-4452-JPC |

**DECLARATION OF PETER WOOD**

I, Peter W. Wood, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify the same.

2. I am resident of New York, and have been so for the past 13 years.

3. I have been a member of the National Association of Scholars ("NAS") for 18 years and am currently the President of the NAS and have been so for the past 16 years.

4. From 2007 to 2008, I served as the Executive Director of NAS, and I served as the provost of King's College in New York City from 2005 to 2007.

5. I was a tenured faculty member of the Anthropology Department at Boston University for over 9 years, and also served in a variety of administrative positions, including associate provost.

6. I received a bachelor's degree in 1975 from Haverford College, and a Master's in Library Science from Rutgers University in 1977. I received a Ph.D. in anthropology in 1987 from the University of Rochester.

7. In addition to scholarly research and publications, I frequently publish opinion pieces in publications such as the Wall Street Journal and Chronicle of Higher Education.

8. The NAS is a 501(c)(3) tax-exempt organization that seeks to reform higher education.

9. I am intimately familiar with the mission and goals of the NAS, which is the uphold the traditional standards of a liberal arts education that fosters intellectual freedom, searches for truth, and promotes virtuous citizenship.

10. In pursuit of its mission, the NAS defends academic freedom of faculty members, students, and others through issue advocacy, investigative research, and the publication of reports that highlight issues pertaining to higher education.

11. An area that the NAS has focused attention and resources is the expansion of Diversity, Equity and Inclusion ("DEI") within college and university campuses over the past several years.

12. NAS opposes DEI programs and requirements within higher education because it believes that DEI is counter to the mission and goals of the NAS. NAS opposes DEI programs and requirements in higher education because it believes that they undermine academic freedom and are counter to academic excellence and individual merit and achievement.

13. Over the past five years, NAS has conducted research and published reports critical of DEI efforts within higher education and continues to advocate for discontinuing DEI programs and requirements within higher education. NAS continues to advocate for the elimination of DEI programs and requirements within academia, including the requirement of DEI statements for obtaining faculty positions or research grant funding.

14. NAS and its members believe that hiring for faculty and research positions and the awarding of research funding should be based on intellectual or scientific merit, rather than on notions of diversity, equity and inclusion.

15. When given the opportunity, NAS submits comment letters or pursues other forms of advocacy to oppose DEI programs or requirements in higher education.

16. One aspect of DEI in higher education has been the use of racial and gender preferences with respect to admission to institutions of higher education and the allocation of research funding provided to researchers and scholars. Indeed, NAS has submitted amicus brief in support of plaintiffs that have challenged racial preferences in college admissions.

17. NAS has many members who are researchers and scholars in the science, technology, engineering, and mathematics disciplines ("STEM") who regularly apply for and have received federal research grants from federal government agencies, including the National Science Foundation.

18. NAS believes that its members who are not in a preferred racial or gender group, or not considered as part of an underrepresented minority are at a disadvantage in obtaining faculty or research positions or competing for federal research grants when gender or racial preferences are imposed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 19, 2025, in New York City, NY.

Peter W. Wood