UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                            :

STATE OF NEW YORK, *et al.*,          :

                      :

             Plaintiffs,     :

                      :

         -v-             :        25 Civ. 4452 (JPC)

                      :

NATIONAL SCIENCE FOUNDATION and BRIAN   :        ORDER
STONE, *in his official capacity as Acting Director of the* :
*National Science Foundation*,       :

                      :

             Defendants.    :

                      :

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Earlier today, the United States District Court for the District of Massachusetts issued a ruling which vacated and declared invalid, arbitrary and capricious, and contrary to law Defendant National Science Foundation's *Policy Notice: Implementation of Standard 15% Indirect Cost Rate*, NSF 25-034.  *See Ass'n of Am. Univs. v. Nat'l Sci. Found.*, No. 25 Civ. 11231 (IT), Dkts. 77, 78 (D. Mass. June 20, 2025).  To the extent the District of Massachusetts's ruling affects the relief Plaintiffs seek in their motion for a preliminary injunction, Dkt. 5, Plaintiffs shall indicate that to the Court in their principal reply brief due June 23, 2025.

      SO ORDERED.

Dated: June 20, 2025
      New York, New York             _____
                                 JOHN P. CRONAN
                          United States District Judge