## DECLARATION OF KURT MCMILLEN

I, Kurt McMillen, declare as follows:

1.      I am the Interim Associate Vice Chancellor for Research Administration at the University of Wisconsin-Madison ("UW-Madison"), a position I have held since January 16th, 2025.   In this role, I have responsibility for providing expertise, leadership, and policy development regarding extramurally sponsored research at UW-Madison and I have decision-making authority and oversight for pre- and post-award activities in the Office of Research and Sponsored Programs.

2.      I have personal knowledge of the contents of this declaration or have knowledge of the matters based on my review of information and records gathered by UW-Madison personnel and could testify thereto.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of an Award Notice issued by the National Science Foundation (NSF) to UW-Madison on June 16, 2025, for award number (FAIN) 1829597.   The Award Notice is a no cost extension amendment, to extend the end date of the award by a period of one year.   NSF issued award number (FAIN) 1829597 to UW-Madison on August 16, 2018.   Despite that this award was in existence prior to May 5, 2025, the Award Notice includes the following, in relevant part:

> If a court decision permits application of [Policy Notice: Implementation of Standard 15% Indirect Cost Rate (NSF 25-034)], NSF may unilaterally modify the terms and conditions of this award to impose the Award Specific [Financial & Administrative Terms and Conditions] set forth below, which shall be applicable to the entire duration of the award. . . .   If a court decision permits application of the policy, in accordance with Policy Notice: Implementation of Standard 15% Indirect Cost Rate (NSF 25-034), reimbursement of indirect costs for this award must not exceed 15 percent of the modified total direct cost base (MTDC), regardless of whether the recipient has a current Federal negotiated indirect cost rate. The recipient must use a rate no greater than 15 percent of MTDC, as defined in 2 CFR § 200.1, for the life of the award, including the award period prior to notification of the application of this term.   Excess indirect costs charged to an NSF

1

grant due to use of an incorrect rate will be disallowed. This term and condition supersedes any previously submitted and/or approved budget.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of an Award Notice issued by NSF to UW-Madison on June 12, 2025, for award number (FAIN) 2349582.  The Award Notice is an incremental funding amendment, adding funding to the award.  NSF issued award number (FAIN) 2349582 to UW-Madison on October 20, 2023.  Despite that this award was in existence prior to May 5, 2025, the Award Notice includes the following, in relevant part:

> If a court decision permits application of [Policy Notice: Implementation of Standard 15% Indirect Cost Rate (NSF 25-034)], NSF may unilaterally modify the terms and conditions of this award to impose the Award Specific [Financial & Administrative Terms and Conditions] set forth below, which shall be applicable to the entire duration of the award. . . .  If a court decision permits application of the policy, in accordance with Policy Notice: Implementation of Standard 15% Indirect Cost Rate (NSF 25-034), reimbursement of indirect costs for this award must not exceed 15 percent of the modified total direct cost base (MTDC), regardless of whether the recipient has a current Federal negotiated indirect cost rate. The recipient must use a rate no greater than 15 percent of MTDC, as defined in 2 CFR § 200.1, for the life of the award, including the award period prior to notification of the application of this term.  Excess indirect costs charged to an NSF grant due to use of an incorrect rate will be disallowed. This term and condition supersedes any previously submitted and/or approved budget.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of an Award Notice issued to UW-Madison on May 29, 2025, for award number (FAIN) 2311075.  The Award Notice is a forward funding amendment, moving forward funds originally scheduled for future years into the present budget year.  NSF issued award number (FAIN) 2311075 to UW-Madison on May 3, 2023.  Despite that this award was in existence prior to May 5, 2025, the Award Notice includes the following, in relevant part:

> If a court decision permits application of [Policy Notice: Implementation of Standard 15% Indirect Cost Rate (NSF 25-034)], NSF may unilaterally modify the terms and conditions of this award to impose the Award Specific [Financial & Administrative Terms and Conditions] set forth below, which shall be applicable to the entire duration of the award. . . .  If a court decision permits application of

the policy, in accordance with Policy Notice: Implementation of Standard 15% Indirect Cost Rate (NSF 25-034), reimbursement of indirect costs for this award must not exceed 15 percent of the modified total direct cost base (MTDC), regardless of whether the recipient has a current Federal negotiated indirect cost rate. The recipient must use a rate no greater than 15 percent of MTDC, as defined in 2 CFR § 200.1, for the life of the award, including the award period prior to notification of the application of this term.  Excess indirect costs charged to an NSF grant due to use of an incorrect rate will be disallowed. This term and condition supersedes any previously submitted and/or approved budget.

I declare under penalty of perjury that the foregoing is true and correct.

      Executed on June 19, 2025.

# Exhibit 1

| | |
|---|---|
| **From:** | skerchne@nsf.gov |
| **To:** | RSP - NSF |
| **Cc:** | aarmstro@nsf.gov; afrasset@nsf.gov; alray@nsf.gov; ashetty@nsf.gov; axmiller@nsf.gov; dunixon@nsf.gov; Hiroki Sone; mdelaney@nsf.gov; rdouglas@nsf.gov; spage@nsf.gov; thunter@nsf.gov; umcgee@nsf.gov |
| **Subject:** | NSF Award Notice for Award ID 1829597 - Amendment ID 005 |
| **Date:** | Monday, June 16, 2025 10:31:10 AM |

# NATIONAL SCIENCE FOUNDATION

## Award Notice

**Award Number (FAIN):** 1829597

**Managing Division**
**Abbreviation:** EAR                                          **Amendment Number:** 005

### RECIPIENT INFORMATION

**Recipient (Legal Business Name):** UNIVERSITY OF WISCONSIN SYSTEM
**Recipient Address:** 21 N PARK ST STE 6301 MADISON, WI 53715-1218
**Official Recipient Email Address:** nsf@rsp.wisc.edu
**Unique Entity Identifier (UEI):** LCLSJAGTNZQ7

### AMENDMENT INFORMATION

**Amendment Type:** No Cost Extensions
**Amendment Date:** 06/16/2025
**Amendment Number:** 005
**Proposal Number:** Not Applicable
**Amendment Description:**

The purpose of this amendment is to extend the end date from 08/31/2025 to 08/31/2026 in accordance with the NSF Approved No-Cost Extension request submitted on 06/13/2025 without additional funds to allow for the completion of the agreed-to level of effort.

Any outreach, recruitment, or participatory activities to reach individuals from underrepresented populations supported under this award must comply with applicable legal requirements, including those set forth at the term and condition entitled "Non-Discrimination Statutes." Further requirements are set forth in applicable national policy requirements, including Executive Orders, as set forth at the term and condition entitled "Recipient Responsibilities and Federal Requirements."

Recipient is hereby notified of proceedings and resulting stay in Case No. 1:25-cv-11231 in the United States District Court for the District of Massachusetts. In accordance with the court's order dated May 19, 2025, NSF is temporarily staying effectuation of Policy Notice: Implementation of Standard 15% Indirect Cost Rate (NSF 25-034). If a court decision permits application of the policy, NSF may unilaterally modify the terms and conditions of this award to impose the Award Specific FATC set forth below, which shall

be applicable to the entire duration of the award. NSF may take such unilateral action by notifying the recipient via email or other written communication. In no event shall NSF unilaterally modify this award to impose an indirect cost rate limitation of less than 15 percent of the modified total direct cost base (MTDC).

If a court decision permits application of the policy, in accordance with Policy Notice: Implementation of Standard 15% Indirect Cost Rate (NSF 25-034), reimbursement of indirect costs for this award must not exceed 15 percent of the modified total direct cost base (MTDC), regardless of whether the recipient has a current Federal negotiated indirect cost rate. The recipient must use a rate no greater than 15 percent of MTDC, as defined in 2 CFR § 200.1, for the life of the award, including the award period prior to notification of the application of this term. Excess indirect costs charged to an NSF grant due to use of an incorrect rate will be disallowed. This term and condition supersedes any previously submitted and/or approved budget.

Except as modified by this amendment, the award conditions remain unchanged.

## PROJECT PERSONNEL

| **Principal Investigator:** Hiroki Sone | **Email:** hsone@wisc.edu | **Organization:** UNIVERSITY OF WISCONSIN SYSTEM |

## NSF CONTACT INFORMATION

| **Managing Grants Official** (Primary Contact) **Name:** Angela A. Turner **Email:** aturner@nsf.gov **Phone:** (703) 292-7524 | **Awarding Official** **Name:** Shirley R. Kerchner **Email:** skerchne@nsf.gov | **Managing Program Officer** **Name:** Andrew Michael Frassetto **Email:** afrasset@nsf.gov **Phone:** |

# Exhibit 2

**From:**     cbrownmo@nsf.gov
**To:**       RSP - NSF
**Cc:**       antkorne@nsf.gov; jthompso@nsf.gov; narce@nsf.gov; natwilli@nsf.gov; sabasu@nsf.gov; scash@nsf.gov;
              TSUNG-WEI HUANG; twilkins@nsf.gov; vswales@nsf.gov; ztyler@nsf.gov
**Subject:**  NSF Award Notice for Award ID 2349582 - Amendment ID 002
**Date:**     Thursday, June 12, 2025 1:26:30 PM

# NATIONAL SCIENCE FOUNDATION

## Award Notice

**Award Number (FAIN):** 2349582

**Managing Division Abbreviation:** CCF                **Amendment Number:** 002

### RECIPIENT INFORMATION

**Recipient (Legal Business Name):** UNIVERSITY OF WISCONSIN SYSTEM
**Recipient Address:** 21 N PARK ST STE 6301 MADISON, WI 53715-1218
**Official Recipient Email Address:** nsf@rsp.wisc.edu
**Unique Entity Identifier (UEI):** LCLSJAGTNZQ7

### AMENDMENT INFORMATION

**Amendment Type:** Increment
**Amendment Date:** 06/12/2025
**Amendment Number:** 002
**Proposal Number:** Not Applicable
**Amendment Description:**

The purpose of this amendment is to add incremental funding to the award in the amount shown below in the Funding Information section.

Recipient is hereby notified of proceedings and resulting stay in Case No. 1:25-cv-11231 in the United States District Court for the District of Massachusetts. In accordance with the court's order dated May 19, 2025, NSF is temporarily staying effectuation of Policy Notice: Implementation of Standard 15% Indirect Cost Rate (NSF 25-034). If a court decision permits application of the policy, NSF may unilaterally modify the terms and conditions of this award to impose the Award Specific FATC set forth below, which shall be applicable to the entire duration of the award. NSF may take such unilateral action by notifying the recipient via email or other written communication. In no event shall NSF unilaterally modify this award to impose an indirect cost rate limitation of less than 15 percent of the modified total direct cost base (MTDC).

If a court decision permits application of the policy, in accordance with Policy Notice: Implementation of Standard 15% Indirect Cost Rate (NSF 25-034), reimbursement of indirect costs for this award must not exceed 15 percent of the modified total direct cost base (MTDC), regardless of whether the recipient has a current Federal negotiated indirect

cost rate. The recipient must use a rate no greater than 15 percent of MTDC, as defined in 2 CFR § 200.1, for the life of the award, including the award period prior to notification of the application of this term. Excess indirect costs charged to an NSF grant due to use of an incorrect rate will be disallowed. This term and condition supersedes any previously submitted and/or approved budget.

Any outreach, recruitment, or participatory activities to reach individuals from underrepresented populations supported under this award must comply with applicable legal requirements, including those set forth at the term and condition entitled "Non-Discrimination Statutes." Further requirements are set forth in applicable national policy requirements, including Executive Orders, as set forth at the term and condition entitled "Recipient Responsibilities and Federal Requirements."

Except as modified by this amendment, the award conditions remain unchanged.

## AWARD INFORMATION

**Award Number (FAIN):** 2349582
**Award Instrument:** Continuing Grant
**Award Date:** 10/20/2023
**Award Period of Performance:**   Start Date: 10/01/2023    End Date: 02/28/2027
**Project Title:** CAREER: HeteroTime: Accelerating Static Timing Analysis with Intelligent Heterogeneous Parallelism
**Managing Division Abbreviation:** CCF
**Research and Development Award:** Yes
**Funding Opportunity:** NSF 20-525 Faculty Early Career Development Program
**Assistance Listing Number(s) and Name(s):** 47.070 Computer and Information Science and Engineering (See Amendment 000 for source of funding for SEFA reporting)

## FUNDING INFORMATION

**Amount Obligated by this Amendment:** $112,554
**Total Intended Award Amount:** $500,429
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $279,577

## PROJECT PERSONNEL

**Principal Investigator:** Tsung-Wei Huang    **Email:** tsung-wei.huang@wisc.edu    **Organization:** UNIVERSITY OF WISCONSIN SYSTEM

## NSF CONTACT INFORMATION

**Managing Grants Official** (Primary Contact) **Name:** Cartia Brown-Morgan

**Awarding Official Name:** Cartia Brown-Morgan **Email:**

**Managing Program Officer Name:** Sankar Basu **Email:** sabasu@nsf.gov

**Email:**
cbrownmo@nsf.gov          cbrownmo@nsf.gov          **Phone:** (703) 292-7843
**Phone:** (703) 292-8709

## GENERAL TERMS AND CONDITIONS

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75) and is subject to NSF Grant General Conditions (GC-1), dated 05/19/2025, available at
https://www.nsf.gov/awards/managing/general_conditions.jsp.

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VI Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

## BUDGET

| A. Senior Personnel | |
|---|---|
| Senior Personnel Count | 1.00 |
| Senior Personnel Calendar Months | 0.50 |
| Senior Personnel Academic Months | 0.00 |
| Senior Personnel Summer Months | 0.00 |
| Senior Personnel Amount | $7,812 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 0.00 |
| Post Doctoral Calendar Months | 0.00 |
| Post Doctoral Academic Months | 0.00 |
| Post Doctoral Summer Months | 0.00 |
| Post Doctoral Amount | $0 |

| | |
|---|---|
| **Other Professionals** | |
| Other Professionals Count | 0.00 |
| Other Professionals Calendar Months | 0.00 |
| Other Professionals Academic Months | 0.00 |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $0 |
| **Graduate Students** | |
| Graduate Students Count | 1.00 |
| Graduate Students Amount | $34,506 |
| **Undergraduate Students** | |
| Undergraduate Students Count | 0.00 |
| Undergraduate Students Amount | $0 |
| **Secretarial - Clerical** | |
| Secretarial - Clerical Count | 0.00 |
| Secretarial - Clerical Amount | $0 |
| **Other** | |
| Other Count | 0.00 |
| Other Amount | $0 |
| *Total Salaries and Wages (A+B)* | $42,318 |
| **C. Fringe Benefits** | $10,347 |
| *Total Salaries, Wages, Fringe Benefits (A + B + C)* | $52,665 |
| **D. Equipment** | $0 |
| **E. Travel** | |
| Domestic | $4,000 |
| International | $8,000 |
| **F. Participant Support Costs** | |

| | |
|---|---|
| Participant Support Costs Stipends | $0 |
| Participant Support Costs Travel | $0 |
| Participant Support Costs Subsistence | $0 |
| Participant Support Costs Other | $0 |
| Total Number of Participants | 0.00 |
| *Total Participant Costs (F)* | $0 |
| **G. Other Direct Costs** | |
| Materials Supplies | $0 |
| Publication Costs | $0 |
| Consultant Services | $0 |
| Computer Services | $0 |
| Subawards | $0 |
| Other | $12,000 |
| *Total Other Direct Costs (G)* | $12,000 |
| **H. Total Direct Costs (A Through G)** | **$76,665** |
| **I. Indirect Costs\*** | **$35,889** |
| **J. Total Direct and Indirect Costs (H + I)** | $112,554 |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$112,554** |
| **M. Cost Sharing Proposed Level** | $0 |

# Exhibit 3

**From:** wpowell@nsf.gov
**To:** RSP - NSF
**Cc:** apavao@nsf.gov; Christian G. Andresen; cfooks@nsf.gov; kbowens@nsf.gov; ksloane@nsf.gov; lizzard@nsf.gov; pmaiden@nsf.gov; rhawley@nsf.gov; rspratle@nsf.gov
**Subject:** NSF Award Notice for Award ID 2311075 - Amendment ID 002
**Date:** Thursday, May 29, 2025 11:50:21 AM

---

# NATIONAL SCIENCE FOUNDATION

## Award Notice

**Award Number (FAIN):** 2311075

**Managing Division Abbreviation:** OPP          **Amendment Number:** 002

### RECIPIENT INFORMATION

**Recipient (Legal Business Name):** UNIVERSITY OF WISCONSIN SYSTEM
**Recipient Address:** 21 N PARK ST STE 6301 MADISON, WI 53715-1218
**Official Recipient Email Address:** nsf@rsp.wisc.edu
**Unique Entity Identifier (UEI):** LCLSJAGTNZQ7

### AMENDMENT INFORMATION

**Amendment Type:** Frwd Funded
**Amendment Date:** 05/29/2025
**Amendment Number:** 002
**Proposal Number:** 2533811
**Amendment Description:**

The purpose of this amendment is to forward fund scheduled incremental funding to the award in the amount shown below in the Funding Information section.

This amendment includes funds that were originally scheduled to be released in future fiscal years 2025 and 2026. It is still the grantee's responsibility to submit an annual project report for each year in accordance with the NSF policies.

Recipient is hereby notified of proceedings and resulting stay in Case No. 1:25-cv-11231 in the United States District Court for the District of Massachusetts. In accordance with the court's order dated May 19, 2025, NSF is temporarily staying effectuation of Policy Notice: Implementation of Standard 15% Indirect Cost Rate (NSF 25-034). If a court decision permits application of the policy, NSF may unilaterally modify the terms and conditions of this award to impose the Award Specific FATC set forth below, which shall be applicable to the entire duration of the award. NSF may take such unilateral action by notifying the recipient via email or other written communication. In no event shall NSF unilaterally modify this award to impose an indirect cost rate limitation of less than 15 percent of the modified total direct cost base (MTDC).

If a court decision permits application of the policy, in accordance with Policy Notice: Implementation of Standard 15% Indirect Cost Rate (NSF 25-034), reimbursement of indirect costs for this award must not exceed 15 percent of the modified total direct cost base (MTDC), regardless of whether the recipient has a current Federal negotiated indirect cost rate. The recipient must use a rate no greater than 15 percent of MTDC, as defined in 2 CFR § 200.1, for the life of the award, including the award period prior to notification of the application of this term. Excess indirect costs charged to an NSF grant due to use of an incorrect rate will be disallowed. This term and condition supersedes any previously submitted and/or approved budget.

Any outreach, recruitment, or participatory activities to reach individuals from underrepresented populations supported under this award must comply with applicable legal requirements, including those set forth at the term and condition entitled "Non-Discrimination Statutes." Further requirements are set forth in applicable national policy requirements, including Executive Orders, as set forth at the term and condition entitled "Recipient Responsibilities and Federal Requirements."

Except as modified by this amendment, the award conditions remain unchanged.

## AWARD INFORMATION

**Award Number (FAIN):** 2311075
**Award Instrument:** Continuing Grant
**Award Date:** 05/03/2023
**Award Period of Performance:**   Start Date: 07/01/2023    End Date: 06/30/2027
**Project Title:** Collaborative Research: Predicting Micro to Macro-scale Hot-spot and Hot-moment dynamics in Arctic Tundra Ecosystems
**Managing Division Abbreviation:** OPP
**Research and Development Award:** Yes
**Funding Opportunity:** NSF 21-526 Arctic Research Opportunities
**Assistance Listing Number(s) and Name(s):** 47.078 Polar Programs (See Amendment 000 for source of funding for SEFA reporting)

## FUNDING INFORMATION

**Amount Obligated by this Amendment:** $86,421
**Total Intended Award Amount:** $303,018
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $303,018

## PROJECT PERSONNEL

**Principal Investigator:**          **Email:**                      **Organization:** UNIVERSITY
Christian G Andresen              candresen@wisc.edu       OF WISCONSIN SYSTEM

## NSF CONTACT INFORMATION

**Managing Grants Official**
(Primary Contact)
**Name:** Angela A. Turner
**Email:** aturner@nsf.gov
**Phone:** (703) 292-7524

**Awarding Official**
**Name:** Willie M. Powell
**Email:** wpowell@nsf.gov

**Managing Program Officer**
**Name:** Robert Lyman Hawley
**Email:** rhawley@nsf.gov
**Phone:** (703) 292-5082

## GENERAL TERMS AND CONDITIONS

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75) and is subject to NSF Grant General Conditions (GC-1), dated 05/19/2025, available at
https://www.nsf.gov/awards/managing/general_conditions.jsp.

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VI Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

## BUDGET

| A. Senior Personnel | |
|---|---|
| Senior Personnel Count | 1.00 |
| Senior Personnel Calendar Months | 1.00 |
| Senior Personnel Academic Months | 0.00 |
| Senior Personnel Summer Months | 0.00 |
| Senior Personnel Amount | $17,598 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 0.00 |
| Post Doctoral Calendar Months | 0.00 |
| Post Doctoral Academic Months | 0.00 |
| Post Doctoral Summer | 0.00 |

| | |
|---|---|
| Months | |
| Post Doctoral Amount | $0 |
| **Other Professionals** | |
| Other Professionals Count | 0.00 |
| Other Professionals Calendar Months | 0.00 |
| Other Professionals Academic Months | 0.00 |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $0 |
| **Graduate Students** | |
| Graduate Students Count | 1.00 |
| Graduate Students Amount | $13,895 |
| **Undergraduate Students** | |
| Undergraduate Students Count | 1.00 |
| Undergraduate Students Amount | $5,432 |
| **Secretarial - Clerical** | |
| Secretarial - Clerical Count | 0.00 |
| Secretarial - Clerical Amount | $0 |
| **Other** | |
| Other Count | 0.00 |
| Other Amount | $0 |
| *Total Salaries and Wages (A+B)* | $36,925 |
| **C. Fringe Benefits** | $10,451 |
| *Total Salaries, Wages, Fringe Benefits (A + B + C)* | $47,376 |
| **D. Equipment** | $0 |
| **E. Travel** | |
| Domestic | $5,200 |
| International | $0 |

| **F. Participant Support Costs** | |
|---|---|
| Participant Support Costs Stipends | $0 |
| Participant Support Costs Travel | $0 |
| Participant Support Costs Subsistence | $0 |
| Participant Support Costs Other | $0 |
| Total Number of Participants | 0.00 |
| *Total Participant Costs (F)* | $0 |
| **G. Other Direct Costs** | |
| Materials Supplies | $0 |
| Publication Costs | $3,000 |
| Consultant Services | $0 |
| Computer Services | $0 |
| Subawards | $0 |
| Other | $0 |
| *Total Other Direct Costs (G)* | $3,000 |
| **H. Total Direct Costs (A Through G)** | **$55,576** |
| **I. Indirect Costs\*** | **$30,845** |
| **J. Total Direct and Indirect Costs (H + I)** | $86,421 |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$86,421** |
| **M. Cost Sharing Proposed Level** | $0 |