UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
STATE OF NEW YORK, *et al.*,

                       Plaintiffs,

          -v-                                 25 Civ. 4452 (JPC)

NATIONAL SCIENCE FOUNDATION and BRIAN       ORDER
STONE, *in his official capacity as Acting Director of the
National Science Foundation*,

                      Defendants.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 16, 2025, Defendants filed their opposition brief to Plaintiffs' motion for a preliminary injunction. *See* Dkts. 53, 54. Defendants' counsel shall file notices of appearance, in accordance with Local Civil Rule 1.4, by June 26, 2025.

SO ORDERED.

Dated: June 25, 2025
       New York, New York

                                             JOHN P. CRONAN
                                        United States District Judge