AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York  ▾

| | |
|---|---|
| State of New York et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| National Science Foundation et al. | ) |
| *Defendant* | ) |

Case No.   25 Civ. 4452 (JPC)

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Science Foundation ("NSF"); Brian Stone, in his official capacity as Acting Director of the NSF    .

Date:    06/25/2025

/s/ Adam Gitlin
*Attorney's signature*

AUSA Adam Gitlin
*Printed name and bar number*

U.S. Attorney's Office, SDNY
86 Chambers Street - Third Floor
New York, New York 10007
*Address*

adam.gitlin@usdoj.gov
*E-mail address*

(212) 637-2734
*Telephone number*

*FAX number*