

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

EXECUTIVE DIVISION
OFFICE OF FEDERAL INITIATIVES

July 3, 2025

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

RE: *New York v. National Science Foundation*, SDNY No. 25 Civ. 4452 (JPC)

This Office represents the State of New York in the above-captioned matter. As the Court is aware, the Plaintiff States hail from around the country, including from as far as the pacific islands of Hawai'i. Accordingly, we write out of consideration to our Plaintiff States to respectfully request the Court provide a listening-line with remote access to next week's preliminary injunction hearing, if possible. We have conferred with counsel for Defendants and they take no position as to this request.

Additionally, we write on behalf of all parties pursuant to the Court's Order dated June 30, 2025, directing the parties to inform the Court whether any witnesses will be called at the upcoming preliminary injunction hearing by today. *See* ECF No. 76. The parties have conferred, and neither side will call witnesses for purposes of this hearing.

We thank the Court for its consideration of this submission.

The request for remote access to the July 9, 2025 preliminary injunction hearing is denied.

SO ORDERED.
Date: July 7, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully,

*/s/ Colleen K. Faherty*
Colleen K. Faherty
Special Trial Counsel
(212) 416-6046