UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x


**IN THE MATTER OF AN APPLICATION**

**TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL**


_____ x


      The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

      ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

_____.

      ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are)_____.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*(Attach Extra Sheet If Needed)*  (SEE ATTACHED)

      The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

      SO ORDERED:


Dated: _____

_____
United States Judge


Revised: July 1, 2019.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| IN THE MATTER OF AN APPLICATION TO BRING PERSONAL ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOUSES OF THE SOUTHERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL |
|---|

Additional attorneys included in the request for authorized devices:

| ATTORNEY | E-Mail | Device(s) | Courtroom | Wifi Granted |
|---|---|---|---|---|
| Sianha Gualano | sianha.m.gualano@hawaii.gov | 1 mobile phone; 1 laptop | 12D | |
| Attorney General Anne E. Lopez | sianha.m.gualano@hawaii.gov | 2 mobile phones | 12D | |