IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF HAWAI'I; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN, <br><br> *Plaintiffs,* <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation, <br><br> *Defendants.* | Case No. 25 Civ. 4452 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs States of New York, Hawai'i, California, Colorado, Connecticut, Delaware, Illinois, Maryland, Massachusetts, Nevada, New Jersey, New Mexico, Oregon, Rhode Island, Washington, and Wisconsin hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants National Science Foundation and Brian Stone, in his official capacity as Acting Director of the National Science Foundation.

Dated: New York, New York
       August 22, 2025

                                        Respectfully Submitted,

                                        *Signatures follow on next page*

**LETITIA JAMES**
Attorney General for the State of New York

By: /s/ *Rabia Muqaddam*
Rabia Muqaddam
Special Counsel for Federal Initiatives
Colleen K. Faherty
Special Trial Counsel
Jessica Ranucci
Special Counsel
28 Liberty St.
New York, NY 10005
(212) 416-8883
Rabia.muqaddam@ag.ny.gov
Colleen.Faherty@ag.ny.gov
Jessica.Ranucci@ag.ny.gov

*Attorneys for the State of New York*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: /s/ *Kalikoʻonālani D. Fernandes*
David D. Day*
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
Solicitor General
Caitlyn B. Carpenter*
Deputy Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
caitlyn.b.carpenter@hawaii.gov

*Attorneys for the State of Hawaiʻi*

**ROB BONTA**
Attorney General for the State of California

By: /s/ *José Pablo Galán de la Cruz*
José Pablo Galán de la Cruz*
Deputy Attorney General
Maureen C. Onyeagbako*
Supervising Deputy Attorney General
Cheryl L. Feiner*
Senior Assistant Attorney General
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3439
Pablo.Galan@doj.ca.gov
Maureen.Onyeagbako@doj.ca.gov
Cheryl.Feiner@doj.ca.gov

*Attorneys for the State of California*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: /s/ *Lauren Peach*
Shannon Stevenson*
Solicitor General
Lauren Peach*
First Assistant Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Lauren.Peach@coag.gov

*Attorneys for the State of Colorado*

| | |
|---|---|
| **WILLIAM TONG** <br> Attorney General for the State of Connecticut <br><br> By: /s/ Ashley Meskill <br> Ashley Meskill* <br> Assistant Attorney General <br> Connecticut Office of the Attorney General <br> 165 Capitol Avenue <br> Hartford, CT 06106 <br> (860) 808-5270 <br> ashley.meskill@ct.gov <br><br> *Attorney for the State of Connecticut* | **KATHLEEN JENNINGS** <br> Attorney General for the State of Delaware <br><br> By: /s/ *Vanessa L. Kassab* <br> Ian R. Liston* <br> Director of Impact Litigation <br> Vanessa L. Kassab* <br> Deputy Attorney General <br> Delaware Department of Justice <br> 820 N. French Street <br> Wilmington, DE 19801 <br> (302) 683-8899 <br> vanessa.kassab@delaware.gov <br><br> *Attorneys for the State of Delaware* |
| **KWAME RAOUL** <br> Attorney General of Illinois <br><br> By: /s/ *Cara Hendrickson* <br> Cara Hendrickson* <br> Assistant Chief Deputy Attorney General <br> Rebekah Newman* <br> Assistant Attorney General <br> Office of the Illinois Attorney General <br> 115 South LaSalle Street <br> Chicago, IL 60603 <br> (312) 814-3000 <br> Cara.Hendrickson@ilag.gov <br> Rebekah.Newman@ilag.gov <br><br> *Attorneys for the State of Illinois* | **ANTHONY G. BROWN** <br> Attorney General for the State of Maryland <br><br> By: /s/ Virginia A. Williamson <br> Virginia A. Williamson* <br> *Assistant Attorney General* <br> Office of the Attorney General <br> 200 Saint Paul Place <br> Baltimore, MD 21202 <br> 410-576-6584 <br> VWilliamson@oag.state.md.us <br><br> *Attorneys for the State of Maryland* |

**ANDREA JOY CAMPBELL**
Attorney General for the State of Massachusetts

/s/ Katherine Dirks
Katherine Dirks*
Chief State Trial Counsel
Jak Kundl*
Assistant Attorney General
Office of the Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: /s/ Farng-Yi Foo
Angela Cai
Executive Assistant Attorney General
Farng-Yi D. Foo*
Anaiis Gonzalez*
Deputy Attorneys General
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5365
Farng-Yi.Foo@law.njoag.gov

*Attorneys for the State of New Jersey*

**AARON D. FORD**
Attorney General for the State of Nevada

By: /s/ Heidi Parry Stern
Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

*Attorney for the State of Nevada*

**RAÚL TORREZ**
Attorney General for the State of New Mexico

By: /s/ Astrid Carrete
Astrid Carrete
Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504
(505) 490-4060
acarrete@nmdoj.gov

*Attorney for the State of New Mexico*

| | |
|---|---|
| **DAN RAYFIELD** <br> Attorney General of the State of Oregon <br><br> By: /s/ *Anuradha Sawkar* <br> Anuradha Sawkar* <br> Assistant Attorney General <br> 100 SW Market Street <br> Portland, OR 97201 <br> (971) 673-1880 <br> anu.sawkar@doj.oregon.gov <br><br> *Attornes for the State of Oregon* | **PETER F. NERONHA** <br> Attorney General for the State of Rhode Island <br><br> By: */s/ Leonard Giarrano IV* <br> Leonard Giarrano IV* <br> Special Assistant Attorney General <br> 150 South Main Street <br> Providence, RI 02903 <br> (401) 274-4400, Ext. 2062 <br> lgiarrano@riag.ri.gov <br><br> *Attorney for the State of Rhode Island* |
| **NICHOLAS W. BROWN** <br> Attorney General for the State of Washington <br><br> By: */s/ Ellen Range* <br> Ellen Range <br> Assistant Attorney General <br> Office of the Washington State Attorney General <br> 7141 Cleanwater Drive SW <br> P.O. Box 40111 <br> Olympia, WA 98504-0111 <br> (360) 709-6470 <br> Ellen.Range@atg.wa.gov <br><br> *Attorney for the State of Washington* | **JOSHUA L. KAUL** <br> Attorney General for the State of Wisconsin <br><br> By: /s/ Aaron J. Bibb <br> Aaron J. Bibb <br> *Assistant Attorney General* <br> 17 West Main Street <br> Post Office Box 7857 <br> Madison, WI 53707-7857 <br> (608) 266-0810 <br> aaron.bibb@wisdoj.gov <br><br> *Attorney for the State of Wisconsin* |