**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

STATE OF NEW YORK; STATE OF
HAWAI'I; STATE OF CALIFORNIA;
STATE OF COLORADO; STATE OF
CONNECTICUT; STATE OF DELAWARE;
STATE OF ILLINOIS; STATE OF
MARYLAND; COMMONWEALTH OF
MASSACHUSETTS; STATE OF NEVADA;
STATE OF NEW JERSEY; STATE OF
NEW MEXICO; STATE OF OREGON;
STATE OF RHODE ISLAND; STATE OF
WASHINGTON; STATE OF WISCONSIN,

       *Plaintiffs,*

v.

NATIONAL SCIENCE FOUNDATION;
BRIAN STONE, in his official capacity as
Acting Director of the National Science
Foundation,

       *Defendants.*

Case No. 25 Civ. 4452

---

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs States of New York,

Hawai'i, California, Colorado, Connecticut, Delaware, Illinois, Maryland, Massachusetts,

Nevada, New Jersey, New Mexico, Oregon, Rhode Island, Washington, and Wisconsin hereby

give notice that the above-captioned action is voluntarily dismissed without prejudice against

Defendants National Science Foundation and Brian Stone, in his official capacity as Acting

Director of the National Science Foundation.

Dated: New York, New York
      August 22, 2025

                          Respectfully Submitted,

                          *Signatures follow on next page*

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Rabia Muqaddam*
Rabia Muqaddam
Special Counsel for Federal Initiatives
Colleen K. Faherty
Special Trial Counsel
Jessica Ranucci
Special Counsel
28 Liberty St.
New York, NY 10005
(212) 416-8883
Rabia.muqaddam@ag.ny.gov
Colleen.Faherty@ag.ny.gov
Jessica.Ranucci@ag.ny.gov

*Attorneys for the State of New York*


**ROB BONTA**
Attorney General for the State of California

By*: /s/ José Pablo Galán de la Cruz*
José Pablo Galán de la Cruz*
Deputy Attorney General
Maureen C. Onyeagbako*
Supervising Deputy Attorney General
Cheryl L. Feiner*
Senior Assistant Attorney General
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3439
Pablo.Galan@doj.ca.gov
Maureen.Onyeagbako@doj.ca.gov
Cheryl.Feiner@doj.ca.gov

*Attorneys for the State of California*


**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
Solicitor General
Caitlyn B. Carpenter*
Deputy Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
caitlyn.b.carpenter@hawaii.gov

*Attorneys for the State of Hawaiʻi*


**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: /s/ *Lauren Peach*
Shannon Stevenson*
Solicitor General
Lauren Peach*
First Assistant Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Lauren.Peach@coag.gov

*Attorneys for the State of Colorado*

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: /s/ Ashley Meskill
Ashley Meskill*
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5270
ashley.meskill@ct.gov

*Attorney for the State of Connecticut*


**KWAME RAOUL**
Attorney General of Illinois

By: /s/ Cara Hendrickson
Cara Hendrickson*
Assistant Chief Deputy Attorney General
Rebekah Newman*
Assistant Attorney General
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
(312) 814-3000
Cara.Hendrickson@ilag.gov
Rebekah.Newman@ilag.gov

*Attorneys for the State of Illinois*


**KATHLEEN JENNINGS**
Attorney General for the State of Delaware

By: /s/ Vanessa L. Kassab
Ian R. Liston*
Director of Impact Litigation
Vanessa L. Kassab*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*


**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: /s/ Virginia A. Williamson
Virginia A. Williamson*
*Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202
410-576-6584
VWilliamson@oag.state.md.us

*Attorneys for the State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General for the State of
Massachusetts

/s/ Katherine Dirks
Katherine Dirks*
Chief State Trial Counsel
Jak Kundl*
Assistant Attorney General
Office of the Massachusetts Attorney
General
1 Ashburton Place
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov

*Attorneys for the Commonwealth of
Massachusetts*

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: /s/ Farng-Yi Foo
Angela Cai
Executive Assistant Attorney General
Farng-Yi D. Foo*
Anaiis Gonzalez*
Deputy Attorneys General
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5365
Farng-Yi.Foo@law.njoag.gov

*Attorneys for the State of New Jersey*

**AARON D. FORD**
Attorney General for the State of Nevada

By: /s/ Heidi Parry Stern
Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

*Attorney for the State of Nevada*

**RAÚL TORREZ**
Attorney General for the State of New
Mexico

By: /s/ Astrid Carrete
Astrid Carrete
Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM  87504
(505) 490-4060
acarrete@nmdoj.gov

*Attorney for the State of New Mexico*

**DAN RAYFIELD**
Attorney General of the State of Oregon

By: /s/ *Anuradha Sawkar*
Anuradha Sawkar*
Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
anu.sawkar@doj.oregon.gov

*Attornes for the State of Oregon*


**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s/ Ellen Range*
Ellen Range
Assistant Attorney General
Office of the Washington State Attorney
General
7141 Cleanwater Drive SW
P.O. Box 40111
Olympia, WA 98504-0111
(360) 709-6470
Ellen.Range@atg.wa.gov

*Attorney for the State of Washington*


**PETER F. NERONHA**
Attorney General for the State of Rhode
Island

By: */s/ Leonard Giarrano IV*
Leonard Giarrano IV*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2062
lgiarrano@riag.ri.gov

*Attorney for the State of Rhode Island*


**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: /s/ Aaron J. Bibb
Aaron J. Bibb
*Assistant Attorney General*
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-0810
aaron.bibb@wisdoj.gov

*Attorney for the State of Wisconsin*